THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendants EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NOEMIA CARVALHO, on behalf of herself and other similarly situated people,

    Plaintiff,

v.

CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,

    Defendants.

Case No. C08 01317 HRL

**CERTIFICATE OF INTERESTED PARTIES**

    Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

///

- 1 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

CERTIFICATE OF INTERESTED PARTIES

ORIGINAL

2. Equifax Inc., a Georgia corporation, and a publicly traded company.

Respectfully submitted,

NOKES & QUINN

Dated: March 6, 2008

_____
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 -

CERTIFICATE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

NOEMIA CARVALHO v CCS, EQUIFAX, et al, CASE NO: _____

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 6, 2008. I served a true copy of the

## CERTIFICATE OF INTERESTED PARTIES

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

## SEE ATTACHED SERVICE LIST

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on March 6, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

CERTIFICATE OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Ron K. Bochner, Esq.<br>Law Offices of Ron Bochner<br>3333 Bowers Avenue, Suite 130<br>Santa Clara, CA 95054<br>Tel: (408) 200-9890<br>Fax: (510) 740-3699 | Attorney for Plaintiff NOEMIA CARVALHO |
| Deanna Johnston, Esq.<br>Kelli Crouch, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-5765<br>Fax: (415) 875-5700 | Attorneys for Defendant EXPERIAN |
| Stephen J. Newman, Esq.<br>Strook & Strook<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 556-5800<br>Fax: (310) 556-5959 | Attorneys for Defendant TRANS UNION |
| Mark E. Ellis, Esq.<br>Ellis, Coleman, Poirier, et al<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Tel: (916) 283-8820<br>Fax: (916) 283-8821 | Attorneys for Defendant CREDIT CONSULTING SERVICES, INC. |