1  THOMAS P. QUINN, JR., SBN : 132268
   NOKES & QUINN
2  450 Ocean Avenue
   Laguna Beach, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email:  tquinn@nokesquinn.com

5  Attorneys for Defendants EQUIFAX
   INFORMATION SERVICES LLC
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11  NOEMIA CARVALHO, on behalf of         ) Case No.  5:08-cv-01317 HRL
    herself and other similarly situated people, )
12                                                )
                       Plaintiff,                 )
13                                                )
    v.                                            )
14                                                ) **PROOF OF SERVICE OF DOCUMENTS**
    CREDIT CONSULTING SERVICES,                   ) **PROVIDED TO MOVING PARTY BY**
15  INC., dba CCS, EQUIFAX CREDIT                 ) **UNITED STATES DISTRICT COURT,**
    INFORMATION SERVICES, LLC,                    ) **SAN JOSE DIVISION, UPON REMOVAL**
16  EXPERIAN INFORMATION                          )
    SOLUTIONS, INC., TRANS UNION LLC              )
17  and DOES 1-50, inclusive,                     )
                                                  )
18                     Defendants.                )
                                                  )
19  _____)

20

21      I, the undersigned, certify and declare that I am over the age of 18 years, employed in

22  the County of Orange, State of California, and not a party to the above-entitled cause.

23      On March 12, 2008. I served a true copy of the following documents provided by the

24  United States District Court upon removal of this case:

25      1.   Welcome Sheet (1 page)
        2.   Northern District … Civil Law and Motion/Trial/Settlement/Case
26           Management/Dismissal Hearing Schedules (1 page)
27      3.   General Order No. 40 — Prohibition of Bias (4 pages)
        4.   ECF Registration Information Handout (3 pages)
28      5.   General Order No. 45 — Electronic Case Filing (9 pages)

- 1 –

PROOF OF SERVICE OF DOCUMENTS PROVIDED BY USDC
Case No:  5:08-cv-01317 HRL

    6.    Notice of Electronic Availability of Case File Information (1 page)
    7.    General Order No. 53 — Privacy (1 page)
    8.    [Form] Notice of Lawsuit and Request for Waiver of Service of Summons
    9.    [Form] Waiver of Service of Summons
   10.    Instructions for Completion of ADR Forms
   11.    [Form] ADR Certification by Parties and Counsel
   12.    [Form] Stipulation and [Proposed] Order Selecting ADR Process (2 pages)
   13.    [Form] Notice of Need for ADR Phone Conference
   14.    Order of the Chief Judge in re Electronic Filing in Cases with Unrepresented Parties

By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/
YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on March 12, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

PROOF OF SERVICE OF DOCUMENTS PROVIDED BY USDC
Case No:  5:08-cv-01317 HRL

**SERVICE LIST**

| | |
|---|---|
| Ron K. Bochner, Esq.<br>Law Offices of Ron Bochner<br>3333 Bowers Avenue, Suite 130<br>Santa Clara, CA 95054<br>Tel: (408) 200-9890<br>Fax: (510) 740-3699 | Attorney for Plaintiff NOEMIA CARVALHO |
| Deanna Johnston, Esq.<br>Kelli Crouch, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-5765<br>Fax: (415) 875-5700 | Attorneys for Defendant EXPERIAN |
| Stephen J. Newman, Esq.<br>Strook & Strook<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 556-5800<br>Fax: (310) 556-5959 | Attorneys for Defendant TRANS UNION |
| Mark E. Ellis, Esq.<br>Ellis, Coleman, Poirier, et al<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Tel: (916) 283-8820<br>Fax: (916) 283-8821 | Attorneys for Defendant CREDIT CONSULTING SERVICES, INC. |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055