```
 1  THOMAS P. QUINN, JR., SBN : 132268
    NOKES & QUINN
 2  450 Ocean Avenue
    Laguna Beach, CA 92651
 3  Tel: (949) 376-3055
    Fax: (949) 376-3070
 4  Email:  tquinn@nokesquinn.com

 5  Attorneys for Defendants EQUIFAX
    INFORMATION SERVICES LLC
 6
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>         Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,<br><br>         Defendants. | Case No.  5:08-cv-01317 HRL<br><br><br><br><br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

NOKES & QUINN

Dated:  March 12, 2008          /s/
                                THOMAS P. QUINN, JR.
                                Attorneys for Defendant EQUIFAX
                                INFORMATION SERVICES, LLC

- 1 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No:  5:08-cv-01317 HRL

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# CERTIFICATE OF SERVICE

NOEMIA CARVALHO v CCS, EQUIFAX, et al, CASE NO: 5:08-cv-01317 HRL

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 12, 2008. I served a true copy of the

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

```
                                   /s/
                            YVONNE M. HOMAN
```

Place of Mailing: Laguna Beach, California

Executed on March 12, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No:  5:08-cv-01317 HRL

**SERVICE LIST**

| | |
|---|---|
| Ron K. Bochner, Esq.<br>Law Offices of Ron Bochner<br>3333 Bowers Avenue, Suite 130<br>Santa Clara, CA 95054<br>Tel: (408) 200-9890<br>Fax: (510) 740-3699 | Attorney for Plaintiff NOEMIA CARVALHO |
| Deanna Johnston, Esq.<br>Kelli Crouch, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-5765<br>Fax: (415) 875-5700 | Attorneys for Defendant EXPERIAN |
| Stephen J. Newman, Esq.<br>Strook & Strook<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Tel: (310) 556-5800<br>Fax: (310) 556-5959 | Attorneys for Defendant TRANS UNION |
| Mark E. Ellis, Esq.<br>Ellis, Coleman, Poirier, et al<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Tel: (916) 283-8820<br>Fax: (916) 283-8821 | Attorneys for Defendant CREDIT CONSULTING SERVICES, INC. |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: 5:08-cv-01317 HRL