Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for CREDIT CONSULTING SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC. et al.,<br><br>  Defendants. | Case No.: 08-cv-01317 HRL<br><br>**NOTICE TO THE COURT AND TO THE PARTIES THAT CREDIT CONSULTING SERVICES, INC. IS NO LONGER A PARTY TO THIS LAWSUIT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

CREDIT CONSULTING SERVICES, INC., is no longer a party to this lawsuit. Credit Consulting Services, Inc., should not be included in any notices regarding this lawsuit and should not appear on the District Court's Docket. Credit Consulting Services, Inc., was dismissed from the underlying state court action long before this case was removed to federal court.

The Superior Court granted Defendant Credit Consulting Service, Inc.'s Demurrer to plaintiff's complaint on February 20, 2007 without leave to amend, thereby disposing of the case as to Credit Consulting Services, Inc. Attached as **Exhibit A** is a true and correct copy of the Order. On March 15, 2007, the Notice of Entry of Order granting Defendant's Demurrer was filed with the Court, attached as **Exhibit B**.

- 1 -

NOTICE TO THE COURT AND TO THE PARTIES THAT CREDIT CONSULTING SERVICES, INC. IS NO LONGER
A PARTY TO THIS LAWSUIT

1  Credit Consulting Services, Inc., hereby requests that the Court remove Credit Consulting
2  Service, Inc., from the above-referenced matter which was removed from State Court to District Court
3  on or about March 12, 2008 and Credit Consulting Services requests that the Docket be updated to
4  reflect that it is no longer a party to this action.

5  Dated: March 12, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By _____
Andrew M. Steinheimer
Attorney for NON-PARTY
CREDIT CONSULTING SERVICES, INC.

- 2 -

NOTICE TO THE COURT AND TO THE PARTIES THAT CREDIT CONSULTING SERVICES, INC. IS NO LONGER
A PARTY TO THIS LAWSUIT

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On March 12, 2008, I served the following document(s) on the parties in the within action:

**NOTICE TO THE COURT AND TO THE PARTIES THAT CREDIT CONSULTING SERVICES, INC. IS NO LONGER A PARTY TO THIS LAWSUIT**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Ron K. Bochner<br>Law Offices of Ron K. Bochner<br>3717 E. Thousand Oaks Boulevard<br>Thousand Oaks, CA 91362 | Attorneys for<br>Plaintiff Noemia Carvalho |
| Thomas P. Quinn, Jr.<br>Nokes Davis & Quinn<br>450 Ocean Avenue, 2FL<br>Laguna Beach, CA 92651 | Attorneys for<br>Defendant Equifax Information Services, LLC |
| Deanna L. Johnston<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104 | Attorneys for<br>Defendant Experian |
| Stephen J. Newman<br>Strook & Strook<br>2029 Century Park East<br>Los Angeles, CA 90067 | Attorneys for<br>Defendant Trans Union |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 12, 2008.

By _____
Jennifer E. Mueller

- 3 -

NOTICE TO THE COURT AND TO THE PARTIES THAT CREDIT CONSULTING SERVICES, INC. IS NO LONGER A PARTY TO THIS LAWSUIT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY

NOEMIA CARVALHO,

                  Plaintiff,

v.

CREDIT CONSULTING SERVICES INC., et al.,

                  **Defendants.**

Case No. M80093

ORDER

Defendant Credit Consulting Services' Demurrer was heard on January 26, 2007. The Court took the matter under submission and now rules as follows:

Plaintiff alleges that Credit Consulting Services, Inc. ("CCS") did not comply with the California Consumer Credit Reporting Act. However, the federal Fair Credit Reporting Act preempts all state law causes of action against furnisher's of information such as CCS. (15 U.S.C. § 1681t(b)(1)(F).)

Therefore, the Court sustains the demurrer without leave to amend because the complaint fails to state a cause of action against CCS.

Dated: FEB 2 0 2007

                                            Hon. Robert A. O'Farrell
                                            Judge of the Superior Court

EXHIBIT A

## CERTIFICATE OF MAILING

I do hereby certify that I am not a party to the within stated cause and that on _____ FEB 2 0 7007 _____, I deposited true and correct copies of the attached ORDER, each in sealed envelopes with postage thereon fully prepaid, in the mail at Salinas, California, directed to each of the following-named persons at their respective addresses, as hereinafter set forth:

Andrew M. Steinheimer, Esq.
ELLIS, COLEMAN, POIRIER, LaVOIE & STEINHEIMER
555 University Avenue, Suite 200
Sacramento, CA 95825

Ron K. Bochner, Esq.
LAW OFFICES OF RON BOCHNER
72 North Fifth Street, #15
P.O. Box 90566
San Jose, CA 95109

LISA M. GALDOS,
Clerk of the Superior Court
Of California, County of Monterey.

By: _____
        Deputy

Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
ELLIS, COLEMAN, POIRIER,
   LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:   (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for CREDIT CONSULTING SERVICES, INC.

**FILED**

MAR 15 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
Lisa Dalia  DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF MONTEREY

| | |
|---|---|
| NOEMIA CARVALHO,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC. et al.,<br><br>    Defendants. | CASE NO: M80093<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT CREDIT CONSULTING SERVICES' DEMURRER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 20, 2007, of the Superior Court of Monterey County, the Honorable Judge Robert A. O'Farrell, Judge of the above-entitled Court, duly entered an Order granting Defendant's Demurrer Without Leave To Amend.

A true and correct copy of the filed Order is attached hereto as Exhibit "A".

Dated: March 13, 2007

ELLIS, COLEMAN, POIRIER,
LA VOIE & STEINHEIMER, LLP

By _____
Andrew M. Steinheimer
Attorneys for Defendant CREDIT CONSULTING SERVICES, INC.


EXHIBIT B

- 1 -

NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT CREDIT CONSULTING SERVICES' DEMURRER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY

NOEMIA CARVALHO,

      Plaintiff,

v.

CREDIT CONSULTING SERVICES INC., et al.,

      <u>Defendants.</u>

Case No. M80093

ORDER

Defendant Credit Consulting Services' Demurrer was heard on January 26, 2007. The Court took the matter under submission and now rules as follows:

Plaintiff alleges that Credit Consulting Services, Inc. ("CCS") did not comply with the California Consumer Credit Reporting Act. However, the federal Fair Credit Reporting Act preempts all state law causes of action against furnisher's of information such as CCS. (15 U.S.C. § 1681t(b)(1)(F).)

Therefore, the Court sustains the demurrer without leave to amend because the complaint fails to state a cause of action against CCS.

Dated: FEB 2 0 2007

              _____
              Hon. Robert A. O'Farrell
              Judge of the Superior Court

EXHIBIT A

# CERTIFICATE OF MAILING

I do hereby certify that I am not a party to the within stated cause and that on _____FEB 2 0 2007_____, I deposited true and correct copies of the attached ORDER, each in sealed envelopes with postage thereon fully prepaid, in the mail at Salinas, California, directed to each of the following-named persons at their respective addresses, as hereinafter set forth:

Andrew M. Steinheimer, Esq.
ELLIS, COLEMAN, POIRIER, LaVOIE & STEINHEIMER
555 University Avenue, Suite 200
Sacramento, CA 95825

Ron K. Bochner, Esq.
LAW OFFICES OF RON BOCHNER
72 North Fifth Street, #15
P.O. Box 90566
San Jose, CA 95109

LISA M. GALDOS,
Clerk of the Superior Court
Of California, County of Monterey.

By: _____
        Deputy

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On March 13, 2007, I served the following document(s) on the parties in the within action:

**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT CREDIT CONSULTING SERVICES' DEMURRER**

| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

Ron K. Bochner  
Law Offices of Ron Bochner  
72 North Fifth Street, #15  
P.O. Box 90566  
San Jose, CA 95109  

Attorney for Plaintiff  
NOEMIA CARVALHO

Thomas P. Quinn, Jr.  
Nokes & Quinn  
450 Ocean Avenue  
Laguna Beach, CA 92651  

Attorney for Defendant  
EQUIFAX INFORMATION SERVICES, LLC

Julia B. Strickland  
Stroock & Stroock & LaVan, LLP  
2029 Century Park East, Suite 1800  
Los Angeles, CA 90067  

Attorney for Defendant  
TRANS UNION, LLC

Deanna L. Johnston  
Jones Day  
555 California Street  
26th Floor  
San Francisco, CA 94104  

Attorney for Defendant  
EXPERIAN INFORMATION SOLUTIONS, INC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 13, 2007.

Jennifer E. Mueller

- 2 -

NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT CREDIT CONSULTING SERVICES' DEMURRER