United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Noemia Carvalho, on behalf of herself and other similarly situated people,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Credit Consulting Services, Inc. , et.al,<br><br>　　　　Defendants.<br>_____/ | No. C08-01317<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 24, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **June 27, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on June 13, 2008.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated:  March 13, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Patty Cromwell_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Ron Keith Bochner     robolaw@justice.com

Kelli A. Crouch     kcrouch@jonesday.com, lfrancegorn@jonesday.com

Mark E. Ellis     mellis@ecplslaw.com

Deanna L. Johnston     dljohnston@jonesday.com, kdorse@jonesday.com, pwalter@jonesday.com

Stephen Julian Newman     SNEWMAN@STROOCK.COM, lacalendar@stroock.com, rharcourt@stroock.com, snewman8@yahoo.com

Thomas P. Quinn     yhoman@nokesquinn.com, tquinn@nokesquinn.com

Andrew M. Steinheimer     asteinheimer@ecplslaw.com, jmueller@ecplslaw.com, mellis@ecplslaw.com