LAW OFFICES OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Ave., Suite 130
Santa Clara, CA 95054
(408) 200-9890

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No.   5:08-cv-1317 JF<br><br>DEMAND FOR JURY TRIAL |

_____/

Plaintiff Noemia Carvalho hereby demands a jury trial pursuant to Federal Rules of Civil Procedure Rule 38.

March 17, 2008                          LAW OFFICE OF RON BOCHNER


                                        BY _____
                                        RON K. BOCHNER
                                        Attorney for Plaintiff
                                        NOEMIA CARVALHO

1