Thomas P. Quinn
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

Barry Goheen, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 572-4618
Fax: (404) 572-5100
Email: BGoheen@kslaw.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC

**FILED**

2008 MAY 28 A 11: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMIA CARVALHO, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC., <br><br> Defendants. | Case No. 5:08-CV-01317-JF <br><br> ***APPLICATION FOR ADMISSION OF BARRY GOHEEN PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Barry Goheen, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

- 1 -

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2008.

By: _____
Barry Goheen, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 572-4618
Fax: (404) 572-5100
BGoheen@kslaw.com
Attorneys for Equifax Information Services LLC

# CERTIFICATE OF SERVICE

NOEMIA CARVALHO v CCS, EQUIFAX, et al, CASE NO: 5:08-cv-01317 JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 27, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF BARRY GOHEEN PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION**

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on May 27, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

CERTIFICATE OF SERVICE

## SERVICE LIST

1

2  Ron K. Bochner, Esq.
   Law Offices of Ron Bochner
3  3333 Bowers Avenue, Suite 130
   Santa Clara, CA 95054
4  Tel: (408) 200-9890                    Attorney for Plaintiff NOEMIA CARVALHO
   Fax: (510) 740-3699
5

6  Deanna Johnston, Esq.
   Kelli Crouch, Esq.
7  Jones Day
   555 California Street, 26th Floor
8  San Francisco, CA 94104
   Tel: (415) 875-5765                    Attorneys for Defendant EXPERIAN
9  Fax: (415) 875-5700

10

11 Stephen J. Newman, Esq.
   Strook & Strook
12 2029 Century Park East
   Los Angeles, CA 90067
13 Tel: (310) 556-5800                    Attorneys for Defendant TRANS UNION
   Fax: (310) 556-5959

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003267
Cashier ID: harwellt
Transaction Date: 05/28/2008
Payer Name: King and Spalding

PRO HAC VICE
 For: Barry Goheen
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 581510
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 08-cv-01317-JF

Checks and drafts are accepted
subject to collections and full
credit will be given when the
check or draft has been accepted
by the financial institution on
which it was drawn.
```