IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMIA CARVALHO,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC.,<br><br>  Defendants. | Case No.<br><br>***ORDER GRANTING APPLICATION FOR ADMISSION OF BARRY GOHEEN PRO HAC VICE*** |

Barry Goheen, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-4618, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
United States District Court Judge

- 3 -