1  THOMAS P. QUINN, JR., SBN : 132268
   NOKES & QUINN
2  450 Ocean Avenue
   Laguna Beach, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email:  tquinn@nokesquinn.com

5  Attorneys for Defendants EQUIFAX
   INFORMATION SERVICES LLC
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN JOSE DIVISION**

11

12 NOEMIA CARVALHO, on behalf of herself )    Case No.  5:08-CV-01317-JF
   and other similarly situated people,          )
13                                           )
                   Plaintiff,                )
14                                           )    **MOTION FOR EXTENSION OF TIME**
   v.                                        )    **FOR DEFENDANT EQUIFAX**
15                                           )    **INFORMATION SERVICES LLC TO FILE**
   CREDIT CONSULTING SERVICES, INC.,        )    **ITS RESPONSE TO PLAINTIFF'S**
16 dba CCS, EQUIFAX CREDIT                   )    **MOTION TO REMAND**
   INFORMATION SERVICES, LLC,               )
17 EXPERIAN INFORMATION SOLUTIONS, )           **Hearing:    June 20, 2008**
   INC., TRANS UNION LLC and DOES 1-50, )       **Time:       9:00 a.m.**
18 inclusive,                               )    **Judge:      Jeremy Fogel**
                                            )             **Courtroom 3, 5th Floor**
19                Defendants.                )             **San Jose, California**
                                            )
20 _____ )

21        COMES NOW Defendant Equifax Information Services LLC ("Equifax"), and pursuant

22 to Local Rule 6-3, hereby requests an extension of time for Equifax to file its response to

23 Plaintiff's Motion to Remand as follows:

24        1.    Plaintiff's Motion is scheduled for a hearing on June 20, 2008.  Pursuant to Local

25 Rule 7-3, Equifax's opposition to the motion must be served and filed not less than 21 days

26 before the hearing, on May 30, 2008.

27        2.    Equifax's attorney, Barry Goheen (Application for Admission *Pro Hac Vice*

28 recently filed) has taken the lead in preparing the response and plans to attend the hearing on the

- 1 –

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFF'S MOTION TO REMAND

1   motion on June 20.  Unfortunately, Mr. Goheen's mother is seriously ill and he has had to leave

2   town to be with her, so that he is unable to complete the response for filing tomorrow.

3       3.      Because of this hardship, Equifax requests an extension of time for Equifax to file

4   its response to June 6, 2008.

5       4.      No other extensions have been requested in this matter and this extension will not

6   effect the hearing date.

7       5.      Equifax attempted to obtain Plaintiff's consent to this extension by telephone and

8   multiple emails earlier today.  However, Plaintiff's attorney, Mr. Bochner, has been unavailable.

9   Equifax is filing this motion before receiving Mr. Bochner's response to the request for

10  stipulation because of the urgency of the matter, with the response deadline tomorrow, and the

11  last-minute, unexpected nature of this hardship.

12      6.      A Declaration in Support of this Motion pursuant to Local Rule 6-3 is being filed

13  herewith.

14      Respectfully submitted, this 29th day of May, 2008.

15                          NOKES & QUINN

16

17                          **/s/Thomas P. Quinn, Jr.**
                            THOMAS P. QUINN, JR.
18                          Attorneys for Defendants EQUIFAX,
                            INFORMATION SERVICES LLC

19

20

21

22

23

24

25

26

27

28

- 2 –

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFF'S MOTION TO REMAND

**CERTIFICATE OF SERVICE**

CARVALHO v DEFENDANT EQUIFAX, et al, CASE NO: 5:08-CV-01317-JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 29, 2008. I served a true copy of the

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO REMAND; [PROPOSED] ORDER**

[ ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> Ron Keith Bochner
> Law Office of Ron Bochner
> 3333 Bowers Avenue, Suite 130
> Santa Clara, CA 95054

> Deanna L. Johnston
> Kelli A. Crouch
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA 94104-1500

> Stephen Julian Newman
> Brian C. Frontino
> Strook & Strook
> 2029 Century Park East
> Los Angeles, CA 90067

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
/s/
YVONNE M. HOMAN

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFF'S MOTION TO REMAND