THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorneys for Defendants EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.  5:08-CV-01317-JF<br><br>**[PROPOSED] ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO REMAND**<br><br>**Hearing:　June 20, 2008**<br>**Time:　　9:00 a.m.**<br>**Judge:　　Jeremy Fogel**<br>**　　　　　Courtroom 3, 5th Floor**<br>**　　　　　San Jose, California** |

　　　Good cause appearing,

　　　**IT IS HEREBY ORDERED** that Defendant Equifax Information Services LLC's time to respond to the Plaintiff's Motion to Remand is extended through and including June 6, 2008.

DATED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JEREMY FOGEL, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT