THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendants EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:08-CV-01317-JF<br><br>**DECLARATION OF LEWIS P. PERLING IN SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO REMAND**<br><br>Hearing: June 20, 2008<br>Time: 9:00 a.m.<br>Judge: Jeremy Fogel<br>Courtroom 3, 5th Floor<br>Place: San Jose |

　　　　I, Lewis P. Perling, hereby declare under penalty of perjury that the following is true and correct:

　　　　1.　　I am an attorney with the law firm of King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309. Along with Barry Goheen, who is also a member of this firm, and Thomas P. Quinn, I represent Defendant Equifax Information Services LLC ("Equifax") in the above-styled matter. Mr. Goheen and I recently made application to appear in the case *pro hac vice*. We were both admitted in the case when it was pending in the Monterey County Superior Court.

2. I make this Declaration pursuant to Local Rule 6-3 in support of Equifax's Motion for Extension of Time to File a Response to Plaintiff's Motion to Remand. I have personal knowledge of the matters set forth herein.

3. Plaintiff's Motion is scheduled for a hearing on June 20, 2008. Pursuant to Local Rule 7-3, Equifax's opposition to the motion must be served and filed not less than 21 days before the hearing, on May 30, 2008.

4. Equifax's attorney, Barry Goheen, has taken the lead in preparing the response and plans to attend the hearing on the motion on June 20.

5. Unfortunately, Mr. Goheen's mother is seriously ill and he has had to leave town to be with her, so that he is unable to complete the response for filing tomorrow.

6. Because of this hardship, Equifax requests an extension of time for Equifax to file its response to June 6, 2008.

7. No other extensions have been requested in this matter and this extension will not effect the hearing date.

8. I attempted to obtain Plaintiff's consent to this extension by telephone and multiple emails earlier today. However, Plaintiff's attorney, Mr. Bochner, has been unavailable.

9. Equifax is filing this motion before receiving Mr. Bochner's response to the request for stipulation because of the urgency of the matter, with the response deadline tomorrow, and the last-minute, unexpected nature of this hardship.

I declare under penalty of perjury that the foregoing is true and correct.

//

//

//

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 -
DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO REMAND

1  Dated this 29th day of May, 2008 at Atlanta, Georgia

By: _____
Lewis P. Perling
(application for *pro hac vice* admission pending)
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
404/572-3079
lperling@kslaw.com

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 -

DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S MOTION TO REMAND

# CERTIFICATE OF SERVICE

CARVALHO v DEFENDANT EQUIFAX, et al, CASE NO: 5:08-CV-01317-JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May __, 2008. I served a true copy of the

**DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPOSNE TO PLAINTIFF'S MOTION TO REMAND**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> Ron Keith Bochner
> Law Office of Ron Bochner
> 3333 Bowers Avenue, Suite 130
> Santa Clara, CA  95054
>
> Deanna L. Johnston
> Kelli A. Crouch
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA  94104-1500
>
> Stephen Julian Newman
> Brian C. Frontino
> Strook & Strook
> 2029 Century Park East
> Los Angeles, CA  90067

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
YVONNE M. HOMAN