1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 | STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
3 | 2029 Century Park East
Los Angeles, CA  90067-3086
4 | Telephone:  310-556-5800
Facsimile:  310-556-5959
5 | lacalendar@stroock.com

6 | Attorneys for Defendant
   TRANSUNION LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>    Plaintiff,<br><br>    vs.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 5:08-cv-01317-JF-HRL<br><br>**REQUEST OF DEFENDANT TRANSUNION LLC TO APPEAR TELEPHONICALLY AT HEARING ON TRANSUNION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF**<br><br>Date:     June 17, 2008<br>Time:    10:00 a.m.<br>Crtrm:   2<br><br>[[Proposed] Order Lodged Concurrently] |

LA 51056191

REQUEST TO APPEAR TELEPHONICALLY FOR  MOTION TO COMPEL PRODUCTION OF DOCUMENTS; DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF– Case No. 5:08-cv-01317-JF-HRL

1    Defendant TransUnion LLC ("TransUnion") respectfully requests to appear telephonically
2 at the hearing on TransUnion's Motion to Compel Production of Documents currently set for
3 hearing on June 17, 2008, at 10:00 a.m. before the Honorable Howard R. Lloyd.

4    Good cause exists to grant this request because counsel for TransUnion would be required
5 to travel from Los Angeles, California to San Jose, California, such that TransUnion will incur
6 significant travel costs and attorney's fees at a time when TransUnion is attempting to minimize the
7 cost of litigation in this and numerous other matters. Counsel for TransUnion believes the
8 objectives of this hearing will be accomplished if TransUnion appears by telephone.

Dated: June 2, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO


By:    /s/ Brian C. Frontino
           Brian C. Frontino

Attorneys for Defendant
   TRANSUNION LLC

LA 51056191                                                                        - 1 -
REQUEST TO APPEAR TELEPHONICALLY FOR MOTION TO COMPEL PRODUCTION OF DOCUMENTS;
DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF– Case No. 5:08-cv-01317-JF-HRL

## DECLARATION OF BRIAN C. FRONTINO

I, Brian C. Frontino, hereby declare:

1. I am admitted to practice before this Court and am associated with Stroock & Stroock & Lavan LLP, counsel for defendant TransUnion LLC ("TransUnion") in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. My office is located in Los Angeles, California. An in-person appearance at the hearing on TransUnion's Motion to Compel Production of Documents scheduled for June 17, 2008, would require me to travel by plane to San Jose, California and potentially seek accommodations the evening before. This will cause TransUnion to incur significant attorneys' fees and costs for travel time and expenses and would be unduly burdensome on TransUnion at a time when TransUnion is attempting to minimize the cost of litigation in this and numerous other matters.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of June, 2008.

/s/ Brian C. Frontino
Brian C. Frontino

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 NOEMIA CARVALHO, on behalf of herself )   Case No. 5:08-cv-01317-JF-HRL
   and other similarly situated people,        )
12                                              )   **[PROPOSED] ORDER GRANTING**
                                                )   **REQUEST OF DEFENDANT**
13           Plaintiff,                         )   **TRANSUNION LLC TO APPEAR**
                                                )   **TELEPHONICALLY AT HEARING ON**
14      vs.                                     )   **TRANSUNION'S MOTION TO COMPEL**
                                                )   **PRODUCTION OF DOCUMENTS**
15 CREDIT CONSULTING SERVICES, INC.,  )
   dba CCS, EQUIFAX CREDIT                      )   Date:  June 17, 2008
16 INFORMATION SERVICES, LLC,                   )   Time:  10:00 a.m.
   EXPERIAN INFORMATION SOLUTIONS, )   Crtrm:  2
17 INC., TRANS UNION LLC, and DOES 1-50,  )
   inclusive,                                   )
18                                              )
                                                )
19           Defendants.                        )
                                                )
20 _____)

21

22

23

24

25

26

27

28

LA 51056228

[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT TRANSUNION LLC TO APPEAR
TELEPHONICALLY AT MOTION TO COMPEL PRODUCTION – Case No. 5:08-cv-01317-JF-HRL

The Request of Defendant TransUnion LLC ("TransUnion") to Appear Telephonically at the Hearing on TransUnion's Motion to Compel Production of Documents (the "Request") came before Magistrate Judge Howard R. Lloyd of the above-captioned Court on or about June 2, 2008. After considering the Request and good cause appearing, **IT IS HEREBY ORDERED** that TransUnion shall be permitted to appear via telephone at the hearing scheduled for June 17, 2008 at 10:00 a.m..

DATED: _____, 2008    _____
                                                                  The Honorable Howard R. Lloyd
                                                                  United States Magistrate Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO


By:    /s/ Brian C. Frontino
           Brian C. Frontino

Attorneys for Defendant
 TRANSUNION LLC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086