LAW OFFICES OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Ave., Suite 130
Santa Clara, CA 95054
(408) 200-9890

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants.<br>_____/ | Case No.   5:08-cv-1317 JF<br><br>MOTION AND DECLARATION OF RON BOCHNER TO APPEAR TELEPHONICALLY AT MOTION TO COMPEL HEARING<br><br>DATE:   June 17, 2008<br>TIME:   10:00 A.M.<br>DEPT.:   COURTROOM 2 |

I, Ron Bochner, declare as follows:

1. Plaintiff moves the court to appear telephonically at the above referenced matter.  Defendant and Movant Trans Union, LLC has already requested such appearance.  Plaintiff counsel has a hearing in the early afternoon in Southern California and would prefer making an early start to that hearing.  Moreover, it appears it may not be appropriate for the court to hear the Motion until the Remand Motion (and this court's jurisdiction) is decided, currently scheduled for hearing on

//

//

June 20, 2008, per the holding of *Valdez v. Allstate*, 372 F3d 1115, 1116 (9th Cir. 2004). The undersigned requested Moving Party continue the hearing to a date after the remand motion was heard, but this request has been refused.

I declare under the penalty of perjury that the above is true and correct.

Executed at the City and County of Santa Clara this 4th day of June, 2008.

BY _____
RON K. BOCHNER
Attorney for Plaintiff
NOEMIA CARVALHO