Deanna L. Johnston (State Bar No. 198017)
Kelli A. Crouch (State Bar No. 239042)
Daniel T. Dobrygowski (State Bar No. 253137)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
Email:  dljohnston@jonesday.com
Email:  kcrouch@jonesday.com
Email:  ddobrygowski@jonesday.com

Suzanne Cate Jones (State Bar No. 157496)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539
Email:  scjones@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOEMIA CARVALHO, on behalf of herself and other similarly situated people,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CREDIT CONSULTING SERVICES, INC., ET AL.,**<br><br>**Defendant.** | Case No. 5:08-CV-01317-JF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S POSITION STATEMENT REGARDING REMOVAL**<br><br>Date:         June 20, 2008<br>Time:        9:00 a.m.<br>Judge:       Hon. Jeremy Fogel |

Although the Class Action Fairness Act does not require all defendants to consent to removal of an action to federal court, *see* 28 U.S.C. § 1453(b), defendant Experian Information Solutions, Inc. hereby advises the Court that it does not object to removal of the instant action. Furthermore, for all the reasons set forth in defendant Equifax Information Services LLC's Notice of Removal, filed March 7, 2008 (Docket No. 1), and Response in Opposition to Plaintiff's Motion to Remand, filed May 30, 2008 (Docket No. 27), plaintiff's Motion to Remand should be denied.

Dated: June 4, 2008

Respectfully submitted,

Jones Day

By:  /S/ Deanna L. Johnston
       Deanna L. Johnston

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.