1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11 | NOEMIA CARVALHO, on behalf of herself ) | Case No. 5:08-cv-01317-JF-HRL
   | and other similarly situated people,   )  |
12 |                                        )  | **REQUEST OF DEFENDANT**
   |                                        )  | **TRANSUNION LLC TO APPEAR**
13 |           Plaintiff,                   )  | **TELEPHONICALLY AT HEARING ON**
   |                                        )  | **PLAINTIFF'S MOTION TO REMAND**
14 |    vs.                                 )  | **CASE TO STATE COURT;**
   |                                        )  | **DECLARATION OF BRIAN C.**
15 | CREDIT CONSULTING SERVICES, INC.,      )  | **FRONTINO IN SUPPORT THEREOF**
   | dba CCS, EQUIFAX CREDIT                )  |
16 | INFORMATION SERVICES, LLC,             )  | Date:      June 20, 2008
   | EXPERIAN INFORMATION SOLUTIONS,        )  | Time:      9:00 a.m.
17 | INC., TRANS UNION LLC, and DOES 1-50,  )  | Location:  Courtroom 3
   | inclusive,                             )  |
18 |                                        )  | [[Proposed] Order Lodged Concurrently]
   |           Defendants.                  )  |
19 |                                        )  |
   |                                        )  |

20

21

22

23

24

25

26

27

28

LA 51056911

REQUEST OF TRANSUNION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO REMAND;
DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF– Case No. 5:08-cv-01317-JF-HRL

1  Defendant TransUnion LLC ("TransUnion") respectfully requests to appear telephonically
2  at the hearing on Plaintiff's Motion to Remand Case to State Court currently set for hearing on
3  June 20, 2008, at 9:00 a.m. before the Honorable Jeremy Fogel.
4  Good cause exists to grant this request because counsel for TransUnion would be required
5  to travel from Los Angeles, California to San Jose, California, such that TransUnion will incur
6  significant travel costs and attorney's fees at a time when TransUnion is attempting to minimize the
7  cost of litigation in this and numerous other matters. Counsel for TransUnion believes the
8  objectives of this hearing will be accomplished if TransUnion appears by telephone.

Dated: June 5, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO


By:    /s/ Brian C. Frontino
                Brian C. Frontino

Attorneys for Defendant
   TRANSUNION LLC

LA 51056911                              - 1 -
REQUEST OF TRANSUNION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO REMAND;
DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF– Case No. 5:08-cv-01317-JF-HRL

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**DECLARATION OF BRIAN C. FRONTINO**

I, Brian C. Frontino, hereby declare:

1. I am admitted to practice before this Court and am an associate with Stroock & Stroock & Lavan LLP, counsel for defendant TransUnion LLC ("TransUnion") in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. My office is located in Los Angeles, California. An in-person appearance at the hearing on Plaintiff's Motion to Remand Case to State Court scheduled for June 20, 2008, would require me to travel by plane to San Jose, California and potentially seek accommodations the evening before. This will cause TransUnion to incur significant attorneys' fees and costs for travel time and expenses at a time when TransUnion has requested that I minimize the cost of litigation in this and other matters through, among other things, requesting telephonic court appearances whenever possible.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of June 2008.

/s/ Brian C. Frontino
Brian C. Frontino

| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | STEPHEN J. NEWMAN (State Bar No. 181570) |
| | BRIAN C. FRONTINO (State Bar No. 222032) |
| 3 | 2029 Century Park East |
| | Los Angeles, CA 90067-3086 |
| 4 | Telephone: 310-556-5800 |
| | Facsimile: 310-556-5959 |
| 5 | lacalendar@stroock.com |
| 6 | Attorneys for Defendant |
| | TRANSUNION LLC |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people, | ) ) ) | Case No. 5:08-cv-01317-JF-HRL |
| Plaintiff, | ) ) ) ) | **[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT TRANSUNION LLC TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT** |
| vs. | ) ) ) | |
| CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and DOES 1-50, inclusive, | ) ) ) ) ) ) ) | Date:      June 20, 2008<br>Time:      9:00 a.m.<br>Location:  Courtroom 3 |
| Defendants. | ) ) ) | |

LA 51056913

The Request of Defendant TransUnion LLC ("TransUnion") to Appear Telephonically at the Hearing on Plaintiff's Motion to Remand Case to State Court came before the Honorable Jeremy Fogel of the above-captioned Court on or about June 5, 2008. After considering the Request and good cause appearing, **IT IS HEREBY ORDERED** that TransUnion shall be permitted to appear via telephone at the hearing on the Motion of Plaintiff Noemia Carvalho to Remand Case to State Court currently scheduled for June 20, 2008 at 9:00 a.m.

DATED: _____, 2008    _____
                                                 The Honorable Jeremy Fogel
                                                 United States District Court Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO


By:      /s/ Brian C. Frontino
               Brian C. Frontino

Attorneys for Defendant
 TRANSUNION LLC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51056913                                    - 1 -
[PROPOSED] ORDER GRANTING REQUEST OF TRANSUNION LLC TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION TO REMAND – Case No. 5:08-cv-01317-JF-HRL