LAW OFFICES OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Ave., Suite 130
Santa Clara, CA 95054
(408) 200-9890

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No.   5:08-cv-1317 JF<br><br>PLAINTIFF CARVAHO'S OBJECTIONS TO EVIDENCE OF EQUIFAX<br><br><br><br>DATE:        June 20, 2008<br>TIME:        9:00 A.M.<br>DEPT.:       COURTROOM 3 |

    Plaintiff Noemia Carvalho objects to the Opposition of Equifax to Plaintiff's Motion to Remand and any purported evidence provided therewith as follows:

1. To the entire Opposition and to any evidence the court might consider.  There is no Declaration supporting the Opposition and none founding the deposition pages attached to the Opposition.

2. To the Deposition Transcript, to the extent the court receives it into evidence, to the extent the objections are not incorporated into it.   Plaintiff requests that if the court receives the transcript

//

| | |
|---|---|
| 1 | into evidence, all objections made at the deposition be ruled upon as appropriate and necessary. |
| 2 | |
| 3 | June 6, 2008                         LAW OFFICE OF RON BOCHNER |
| 4 | |
| 5 | |
| 6 | BY _____ |
|   | RON K. BOCHNER |
| 7 | Attorney for Plaintiff |
|   | NOEMIA CARVALHO |
| 8 | |