```
 1  THOMAS P. QUINN, JR., SBN : 132268
    NOKES & QUINN
 2  450 Ocean Avenue
    Laguna Beach, CA 92651
 3  Tel: (949) 376-3055
    Fax: (949) 376-3070
 4  Email: tquinn@nokesquinn.com

 5  BARRY GOHEEN [Pro Hac Vice]
    Georgia Bar No: 299203
 6  Email: BGoheen@KSLAW.com
    LEWIS P. PERLING [Pro Hac Vice]
 7  Georgia Bar No: 572379
    Email: LPerling@KSLAW.com
 8  KING & SPALDING LLP
    1180 Peachtree Street N.E.
 9  Atlanta, GA 30309
    Tel: (404) 572-4600
10  Fax: (404) 572-5100

11  Attorneys for Defendant EQUIFAX
    INFORMATION SERVICES LLC
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>            Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 5:08-CV-01317-JF<br><br>**REQUEST OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO APPEAR TELEPHONICALLY AT THE HEARING ON DEFENDANT TRANS UNION LLC'S MOTION TO COMPEL; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>**Hearing:** June 17, 2008<br>**Time:** 10:00 a.m.<br>**Courtroom:** 2 |

5100023

- 1 –

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT HEARING
ON MOTION TO COMPEL; DECLARATION OF LEWIS P. PERLING
Case No. 5:08-cv-01317-JF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  COMES NOW Defendant Equifax Information Services LLC ("Equifax"), incorrectly sued herein as "Equifax Credit Information Services LLC," and respectfully requests to appear telephonically at the hearing on Defendant Trans Union's Motion to Compel Production of Documents currently set for hearing on June 17, 2008, at 10:00 a.m. before the Honorable Howard R. Lloyd.

Good cause exists to grant this request because counsel for Equifax would be required to travel from Atlanta, Georgia and/or Laguna Beach, California to San Jose, California, such that Equifax will incur significant travel costs and attorney's fees at a time when Equifax is attempting to minimize the cost of litigation in this and numerous other matters.

Counsel for Equifax believes the objectives of this hearing will be accomplished if Equifax appears by telephone. Equifax is neither the movant nor the respondent on the motion and, therefore, does not anticipate presenting any argument at the hearing. Both movant's counsel and respondent's counsel have similarly requested telephonic appearance.

NOKES & QUINN

Dated:  June 9, 2008

/s/
THOMAS P. QUINN, JR.

BARRY GOHEEN
LEWIS P. PERLING
KING & SPALDING LLP

Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC

5100023

- 2 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT HEARING
ON MOTION TO COMPEL; DECLARATION OF LEWIS P. PERLING
Case No. 5:08-cv-01317-JF

## DECLARATION OF LEWIS P. PERLING

I, Lewis P. Perling, hereby declare:

1. I am admitted to practice *pro hac vice* in this case before this Court and am associated with King & Spalding LLP, counsel for Defendant Equifax Information Services LLC ("Equifax") in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. My office is located in Atlanta, Georgia. A personal appearance at the hearing on Trans Union's Motion to Compel Production of Documents scheduled for June 17, 2008, would require me, and/or my co-counsel Barry Goheen also of King & Spalding in Atlanta or Thomas P. Quinn of Nokes & Quinn of Laguna Beach, California, to travel by plane to San Jose, California and potentially seek accommodations the evening before. This will cause Equifax to incur significant attorneys' fees and costs for travel time and expenses at a time when Equifax has requested that we minimize the cost of litigation in this and other matters through, among other things, requesting telephonic court appearances whenever possible.

Equifax is neither the movant nor the respondent on the motion and, therefore, does not anticipate presenting any argument at the hearing. Both movant's counsel and respondent's counsel have similarly requested telephonic appearance. Further, we will be attending a hearing in this Court three days later, on June 20, 2008 and wish to avoid incurring the cost of travel to San Jose twice on this matter in the same week.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of June, 2008.

/s/
LEWIS P. PERLING

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5100023

- 3 –

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT HEARING
ON MOTION TO COMPEL; DECLARATION OF LEWIS P. PERLING
Case No. 5:08-cv-01317-JF

# CERTIFICATE OF SERVICE

CARVALHO v EQUIFAX, et al, CASE NO: 5:08-CV-01317-JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On June 9, 2008. I served a true copy of the

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF; [PROPOSED] ORDER

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> Ron Keith Bochner
> Law Office of Ron Bochner
> 3333 Bowers Avenue, Suite 130
> Santa Clara, CA  95054
>
> Deanna L. Johnston
> Kelli A. Crouch
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA  94104-1500
>
> Stephen Julian Newman
> Brian C. Frontino
> Strook & Strook
> 2029 Century Park East
> Los Angeles, CA  90067

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/
YVONNE M. HOMAN

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5100023                                 - 4 –

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT HEARING
ON MOTION TO COMPEL; DECLARATION OF LEWIS P. PERLING
Case No. 5:08-cv-01317-JF