THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

BARRY GOHEEN [Pro Hac Vice]
Georgia Bar No: 299203
Email: BGoheen@KSLAW.com
LEWIS P. PERLING [Pro Hac Vice]
Georgia Bar No: 572379
Email: LPerling@KSLAW.com
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 5:08-CV-01317-JF<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANT TRANS UNION LLC'S MOTION TO COMPEL**<br><br>**Hearing:**   June 17, 2008<br>**Time:**      10:00 a.m.<br>**Courtroom: 2** |

5100023

- 1 -

[PROPOSED] ORDER GRANTING REQUEST OF EQUIFAX TO APPEAR
TELEPHONICALLY AT HEARING ON MOTION TO COMPEL
Case No. 5:08-cv-01317-JF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  After considering the Request of Defendant Equifax Information Services LLC to Appear
2  Telephonically at the Hearing on Trans Union LLC's Motion to Compel, and good cause
3  appearing,
4  **IT IS HEREBY ORDERED** that Equifax shall be permitted to appear via telephone at
5  the hearing on the Trans Union Motion to Compel currently scheduled for hearing on June 17,
6  2008 at 10:00 a.m.

8  DATED: June_____, 2008

   THE HONORABLE HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

5100023

- 2 -

[PROPOSED] ORDER GRANTING REQUEST OF EQUIFAX TO APPEAR
TELEPHONICALLY AT HEARING ON MOTION TO COMPEL
Case No. 5:08-cv-01317-JF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055