THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

BARRY GOHEEN [Pro Hac Vice]
Georgia Bar No: 299203
Email: BGoheen@KSLAW.com
LEWIS P. PERLING [Pro Hac Vice]
Georgia Bar No: 572379
Email: LPerling@KSLAW.com
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 5:08-CV-01317-JF <br><br> **SUPPLEMENTAL DECLARATION OF LEWIS P. PERLING IN SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** <br><br> Hearing: June 20, 2008 <br> Time: 9:00 a.m. <br> Judge: Jeremy Fogel <br> Location: Courtroom 3, 5th Floor <br> San Jose |

- 1 –

SUPPLEMENTAL DECLARATION OF LEWIS P. PERLING IN SUPPORT OF
DEFENDANT EQUIFAX'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
CASE NO. 5:08-CV-01317-JF

I, Lewis P. Perling, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309. Along with Barry Goheen, who is also a member of this firm, and Thomas P. Quinn, I represent Defendant Equifax Information Services LLC ("Equifax") in the above-styled matter. I have been admitted *pro hac vice*. I submit this Declaration in support of Equifax Information Services LLC's Opposition to Plaintiff's Motion to Remand. The facts set forth herein are true of my own personal knowledge. If called as a witness, I could and would competently testify thereto.

2. I make this Supplemental Declaration pursuant to Local Rule 7-5 and solely for the purpose of authenticating the deposition excerpts that were attached to Equifax's Response In Opposition to Plaintiff's Motion to Remand as Exhibit A. I was present at the deposition of plaintiff Noemia Carvalho on March 4, 2008. I have since reviewed the deposition transcript from those proceedings. The transcript accurately reflects the testimony given that day. Attached to Equifax's Response as Exhibit A are true and correct copies of portions of the transcript of the deposition taken on March 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of June, 2008 at Atlanta, Georgia

                 /s/
                 LEWIS P. PERLING

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

SUPPLEMENTAL DECLARATION OF LEWIS P. PERLING IN SUPPORT OF DEFENDANT EQUIFAX'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
CASE NO. 5:08-CV-01317-JF

# CERTIFICATE OF SERVICE

CARVALHO v EQUIFAX, et al, CASE NO: 5:08-CV-01317-JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On June 9, 2008. I served a true copy of the

**SUPPLEMENTAL DECLARATION OF LEWIS P. PERLING IN SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

>Ron Keith Bochner
>Law Office of Ron Bochner
>3333 Bowers Avenue, Suite 130
>Santa Clara, CA  95054
>
>Deanna L. Johnston
>Kelli A. Crouch
>Jones Day
>555 California Street, 26th Floor
>San Francisco, CA  94104-1500
>
>Stephen Julian Newman
>Brian C. Frontino
>Strook & Strook
>2029 Century Park East
>Los Angeles, CA  90067

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under the penalty of perjury that the foregoing is true and correct.

/s/
YVONNE M. HOMAN

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

SUPPLEMENTAL DECLARATION OF LEWIS P. PERLING IN SUPPORT OF
DEFENDANT EQUIFAX'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
CASE NO. 5:08-CV-01317-JF