*E-filed 06/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people | Case No. C08-01317 JF (HRL) |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY** |
| CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive | Re: Docket No. 33 |
| Defendants. | |

Defense counsel submits a request to appear by telephone at its Motion to Compel hearing set for June 17, 2008 at 10:00 am. The court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: 06/12/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

**Ron Keith Bochner**  robolaw@justice.com

**Thomas P. Quinn**  an@nokesquinn.com

**Barry Goheen** bgoheen@kslaw.com

**Lewis P. Perling**  lperling@kslaw.com

**Deanna L. Johnston** dljohnston@jonesday.com

**Kelli A. Crouch** kcrouch@jonesday.com

**Stephen Julian Newman**  SNEWMAN@STROOCK.COM

**Brian C. Frontino** bfrontino@stroock.com

Dated: 06/12/08                     /s/  MPK

Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California