*E-filed 06/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive<br><br>    Defendants. | Case No. C08-01317 JF (HRL)<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Docket No. 42 |

Defendant Equifax's counsel submits a request to appear by telephone at the Motion to Compel hearing set for June 17, 2008 at 10:00 am. The court finds good cause and notes that defendant Equifax is neither movant nor respondant to the motion, and accordingly GRANTS the request.

**IT IS SO ORDERED.**

Dated: 06/12/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

**Ron Keith Bochner**  robolaw@justice.com

**Thomas P. Quinn**  an@nokesquinn.com

**Barry Goheen**  bgoheen@kslaw.com

**Lewis P. Perling**  lperling@kslaw.com

**Deanna L. Johnston**  dljohnston@jonesday.com

**Kelli A. Crouch**  kcrouch@jonesday.com

**Stephen Julian Newman**  SNEWMAN@STROOCK.COM

**Brian C. Frontino**  bfrontino@stroock.com

Dated: 06/12/08                           /s/  MPK

                                  Chambers of Magistrate Judge Howard R. Lloyd

2