

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  NOEMIA CARVALHO, on behalf of herself      )  Case No. 5:08-cv-01317-JF-HRL
    and other similarly situated people,        )
12                                              )  [PROPOSED] ORDER GRANTING
                                                )  REQUEST OF DEFENDANT
13               Plaintiff,                      )  TRANSUNION LLC TO APPEAR
                                                )  TELEPHONICALLY AT HEARING ON
14         vs.                                   )  PLAINTIFF'S MOTION TO REMAND
                                                )  CASE TO STATE COURT
15  CREDIT CONSULTING SERVICES, INC.,           )
    dba CCS, EQUIFAX CREDIT                      )  Date:       June 20, 2008
16  INFORMATION SERVICES, LLC,                   )  Time:       9:00 a.m.
    EXPERIAN INFORMATION SOLUTIONS,             )  Location:   Courtroom 3
17  INC., TRANS UNION LLC, and DOES 1-50,       )
    inclusive,                                   )
18                                              )
                                                )
19               Defendants.                     )
                                                )
20  _____)

21

22

23

24

25

26

27

28

LA 51056913

The Request of Defendant TransUnion LLC ("TransUnion") to Appear Telephonically at the Hearing on Plaintiff's Motion to Remand Case to State Court came before the Honorable Jeremy Fogel of the above-captioned Court on or about June 5, 2008.  After considering the Request and good cause appearing, **IT IS HEREBY ORDERED** that TransUnion shall be permitted to appear via telephone at the hearing on the Motion of Plaintiff Noemia Carvalho to Remand Case to State Court currently scheduled for June 20, 2008 at 9:00 a.m.

DATED:  __ 6/12 _____, 2008    _____
                                        The Honorable Jeremy Fogel
                                        United States District Court Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO

By:        /s/ Brian C. Frontino
                    Brian C. Frontino

Attorneys for Defendant
  TRANSUNION LLC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

[PROPOSED] ORDER GRANTING REQUEST OF TRANSUNION LLC TO APPEAR TELEPHONICALLY AT
HEARING ON PLAINTIFF'S MOTION TO REMAND  – Case No. 5:08-cv-01317-JF-HRL