1   Deanna L. Johnston (State Bar No. 198017)
    Daniel T. Dobrygowski (State Bar No. 253137)
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA 94104
    Telephone:    (415) 626-3939
4   Facsimile:    (415) 875-5700
    Email: dljohnston@jonesday.com
5   Email: ddobrygowski@jonesday.com

6   Suzanne Cate Jones (State Bar No. 157496)
    JONES DAY
7   555 South Flower Street, 50th Floor
    Los Angeles, CA 90071
8   Telephone:    (213) 489-3939
    Facsimile:    (213) 243-2539
9   Email: scjones@jonesday.com

10  Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15  **NOEMIA CARVALHO,**              **Case No. C 08-01317-JF-HRL**

16               **Plaintiff,**        **REQUEST OF DEFENDANT
                                       EXPERIAN INFORMATION
17        **v.**                       SOLUTIONS, INC. TO APPEAR
                                       TELEPHONICALLY AT HEARING
18  **CREDIT CONSULTING SERVICES, ET  ON PLAINTIFF'S MOTION TO
    AL.,**                            REMAND CASE TO STATE COURT;
19                                     DECLARATION OF SUZANNE C.
                 **Defendant.**        JONES IN SUPPORT THEREOF
20
                                       Date:        June 20, 2008
21                                     Time:        9:00 a.m.
                                       Location:    Courtroom 3
22

23        Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests

24  permission for Suzanne C. Jones to appear telephonically at the hearing on Plaintiff's Motion to

25  Remand Case to State Court currently set for hearing on June 20, 2008, at 9:00 a.m. before the

26  Honorable Jeremy Fogel.

27  / / /

28  / / /

CASE NO. C 08-01317-JF-HRL              1        REQUEST TO APPEAR TELEPHONICALLY
                                                 AT HEARING ON MOTION TO REMAND

1    Good cause exists to grant this request because Ms. Jones would be required to travel

2   from Los Angeles, California to San Jose, California, such that Experian will incur significant

3   travel costs and attorney's fees.  Deanna Johnston, an associate in Jones Day's San Francisco

4   office, will attend the hearing in person.  Allowing Ms. Jones to appear telephonically would

5   minimize additional costs to Experian.  Furthermore, Experian is neither movant nor respondent

6   to the motion.  Counsel for Experian believes the objectives of the hearing will be accomplished

7   if Ms. Jones appears by telephone.

8   Dated: June 12, 2008                         Respectfully submitted,

9                                                 Jones Day

10

11                                               By: _____/S/ Suzanne Cate Jones_____
                                                         Suzanne Cate Jones
12
                                                 Counsel for Defendant
13                                               EXPERIAN INFORMATION SOLUTIONS,
                                                 INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF SUZANNE C. JONES

2    I, Suzanne C. Jones, hereby declare:

3        1.  I am admitted to practice before this Court and am a partner with Jones Day, counsel

4    for defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter.  I

5    have personal knowledge of the facts stated herein and if called as a witness, I could and would

6    competently testify thereto.

7        2.  I am located at Jones Day's office in Los Angeles, California.  An in-person

8    appearance at the hearing on Plaintiff's Motion to Remand Case to State Court scheduled for June

9    20, 2008, would require me to travel by plane to San Jose, California and potentially seek

10   accommodations the evening before.  Deanna Johnston, an associate in Jones Day's San

11   Francisco office, will attend the hearing in person.  Furthermore, Experian is neither movant nor

12   respondent to the motion.  Allowing me to appear telephonically would minimize additional costs

13   to Experian.

14       I declare under penalty of perjury under the laws of the United States that the foregoing is

15   true and correct. Executed this 12th day of June 2008.

16

17
                                    _____/S/ Suzanne C. Jones_____
                                    Suzanne C. Jones

18

19

20

21

22

23

24

25

26

27

28

SFI-585724v2

---

CASE NO. C 08-01317-JF-HRL                    3           REQUEST TO APPEAR TELEPHONICALLY
                                                          AT HEARING ON MOTION TO REMAND

1  Deanna L. Johnston (State Bar No. 198017)
   Daniel T. Dobrygowski (State Bar No. 253137)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700
   Email:  dljohnston@jonesday.com
5  Email:  ddobrygowski@jonesday.com

6  Suzanne Cate Jones (State Bar No. 157496)
   JONES DAY
7  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
8  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
9  Email:  scjones@jonesday.com

10 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 **NOEMIA CARVALHO,**                 | Case No. C 08-01317-JF-HRL

16             **Plaintiff,**           | **[PROPOSED] ORDER GRANTING
                                          REQUEST OF DEFENDANT
17        **v.**                          EXPERIAN INFORMATION
                                          SOLUTIONS, INC. TO APPEAR
18 **CREDIT CONSULTING SERVICES, ET      TELEPHONICALLY AT HEARING
   AL.,**                                 ON PLAINTIFF'S MOTION TO
19                                        REMAND CASE TO STATE COURT**
             **Defendant.**
20                                        Date:      June 20, 2008
                                          Time:      9:00 a.m.
21                                        Location:  Courtroom 3

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Request of Experian Information Solutions, Inc. ("Experian") to Appear

Telephonically at the Hearing on Plaintiff's Motion to Remand Case to State Court came before

the Honorable Jeremy Fogel of the above-captioned Court on or about June 12, 2008. After

considering the Request and good cause appearing,

IT IS HEREBY ORDERED that Suzanne C. Jones shall be permitted to appear via

telephone at the hearing on the Motion of Plaintiff Noemia Carvalho to Remand Case to State

Court currently scheduled for June 20, 2008 at 9:00 a.m.


DATED: _____, 2008          _____
                                           The Honorable Jeremy Fogel
                                           United States District Court Judge

SFI-585728v1

CASE NO. C 08-01317-JF-HRL                 2         PROPOSED ORDER GRANTING REQUEST
                                                     TO APPEAR TELEPHONICALLY