UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOEMIA CARVALHO, ON BEHALF
OF HERSELF AND OTHER
        Plaintiff(s),

v.

CREDIT CONSULING SERVICES,
INC., ET. AL.
        Defendant(s).
_____/

Case No. CV 08-01317 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/13/08

Troy Kubes, on behalf of
[Party] Equifax Information
       Services LLC

Dated: 6/13/08

Lewis P. Perling, Admitted
[Counsel] PRO HAC VICE