1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11 NOEMIA CARVALHO, on behalf of herself     ) Case No. 5:08-cv-01317-JF-HRL
   and other similarly situated people,      )
12                                           ) **STIPULATION AND [PROPOSED]**
                                             ) **ORDER TO CONTINUE HEARING ON**
13              Plaintiff,                   ) **MOTION OF DEFENDANT**
                                             ) **TRANSUNION LLC TO COMPEL**
14         vs.                               ) **PRODUCTION OF DOCUMENTS**
                                             )
15 CREDIT CONSULTING SERVICES, INC.,         ) Current Hearing Date
   dba CCS, EQUIFAX CREDIT                   ) Date:    June 17, 2008
16 INFORMATION SERVICES, LLC,                ) Time:    10:00 a.m.
   EXPERIAN INFORMATION SOLUTIONS,           ) Crtrm:   2
17 INC., TRANS UNION LLC, and DOES 1-50,     )
   inclusive,                                ) New Hearing Date
18                                           ) Date:    June 24, 2008
                Defendants.                  ) Time:    10:00 a.m.
19                                           ) Crtrm:   2
                                             )
20

21

22

23

24

25

26

27

28

LA 51061961

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION OF DEFENDANT
TRANSUNION LLC TO COMPEL PRODUCTION OF DOCUMENTS Case No. 5:08-cv-01317-JF-HRL

# STIPULATION

WHEREAS, on May 13, 2008, defendant TransUnion LLC ("TransUnion") filed a Motion to Compel Production of Documents (the "Motion"), which it noticed for hearing on June 17, 2008; and

WHERAS, Plaintiff's Motion to Remand the Case is set for hearing on June 20, 2008 in Courtroom 3.

IT IS HEREBY STIPULATED, by and between Plaintiff and TransUnion, through their respective counsel of record, that the June 17, 2008 hearing on the Motion be continued to June 24, 2008 at 10:00 a.m should the court retain jurisdiction of this matter.

Dated: June 13, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO

By: _____/s/ Brian C. Frontino_____
Brian C. Frontino

Attorneys for Defendant
TRANSUNION LLC

Dated: June 13, 2008

LAW OFFICES OF RON BOCHNER
RON K. BOCHNER

By: _____/s/ Ron K. Bochner_____
Ron K. Bochner

Attorney for Plaintiff
NOEMIA CARVALHO

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____, 2008    _____
Honorable Howard R. Lloyd
United States Magistrate Judge

LA 51061961

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION OF DEFENDANT
TRANSUNION LLC TO COMPEL PRODUCTION OF DOCUMENTS Case No. 5:08-cv-01317-JF-HRL