1  Deanna L. Johnston (State Bar No. 198017)
   Daniel T. Dobrygowski (State Bar No. 253137)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:     (415) 875-5700
   Email: dljohnston@jonesday.com
5  Email: ddobrygowski@jonesday.com

6  Suzanne Cate Jones (State Bar No. 157496)
   JONES DAY
7  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
8  Telephone:    (213) 489-3939
   Facsimile:     (213) 243-2539
9  Email: scjones@jonesday.com

10 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOEMIA CARVALHO,** | Case No. C 08-01317-JF-HRL |
| Plaintiff, | **REQUEST OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT HEARING ON TRANSUNION'S MOTION TO COMPEL; DECLARATION OF DEANNA L. JOHNSTON IN SUPPORT THEREOF** |
| v. | |
| **CREDIT CONSULTING SERVICES, ET AL.,** | |
| Defendant. | |
| | Date:      June 17, 2008<br>Time:     10:00 a.m.<br>Location: Courtroom 2 |

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests to appear telephonically at the hearing on Defendant TransUnion's Motion to Compel Production of Documents currently set for hearing on June 17, 2008, at 10:00 a.m. before the Honorable Howard R. Lloyd.

/ / /

/ / /

1  Good cause exists to grant this request because counsel for Experian would be required to
2  travel from San Francisco, California to San Jose, California, such that Experian will incur
3  additional travel costs and attorney's fees at a time when Experian is attempting to minimize the
4  cost of litigation in this and numerous other matters.  Experian is neither movant nor respondent
5  to the motion.  Furthermore, all other parties in the case have similarly requested telephonic
6  appearances.  Accordingly, counsel for Experian believes the objectives of this hearing will be
7  accomplished if Experian appears by telephone.

8  Dated: June 13, 2008                     Respectfully submitted,

9                                            Jones Day

11                                           By:      /S/ Deanna L. Johnston
12                                                    Deanna L. Johnston

                                             Counsel for Defendant
13                                           EXPERIAN INFORMATION SOLUTIONS,
                                             INC.

CASE NO. C 08-01317-JF-HRL        2        REQUEST TO APPEAR TELEPHONICALLY
                                           AT HEARING ON MOTION TO COMPEL

## **DECLARATION OF DEANNA L. JOHNSTON**

I, Deanna L. Johnston, hereby declare:

1. I am admitted to practice before this Court and am an associate with Jones Day, counsel for defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. I am located at Jones Day's office in San Francisco, California. An in-person appearance at the hearing on TransUnion's Motion to Compel Production of Documents currently scheduled for June 17, 2008 would require me to travel by car to and from San Jose, California. I estimate the total time associated with traveling to and attending the hearing could exceed four hours at a time when Experian is attempting to minimize the cost of litigation in this and numerous other matters.

3. Experian is neither movant nor respondent to the motion. Furthermore, all other parties in the case have similarly requested telephonic appearances.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of June 2008.

                                              ____/S/ Deanna L. Johnston____
                                                  Deanna L. Johnston

SFI-585810v1

1  Deanna L. Johnston (State Bar No. 198017)
   Daniel T. Dobrygowski (State Bar No. 253137)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   Email: dljohnston@jonesday.com
5  Email: ddobrygowski@jonesday.com

6  Suzanne Cate Jones (State Bar No. 157496)
   JONES DAY
7  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
8  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
9  Email: scjones@jonesday.com

10 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | **NOEMIA CARVALHO,** | Case No. C 08-01317-JF-HRL |
|----|---|---|
| 16 | **Plaintiff,** | **[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT HEARING ON TRANSUNION'S MOTION TO COMPEL** |
| 17 | v. | |
| 18 | **CREDIT CONSULTING SERVICES, ET AL.,** | |
| 19 | **Defendant.** | |
| 20 | | Date:    June 17, 2008<br>Time:    10:00 a.m.<br>Location: Courtroom 2 |

---

CASE NO. C 08-01317-JF-HRL                    1          PROPOSED ORDER GRANTING REQUEST
                                                              TO APPEAR TELEPHONICALLY

1   The Request of Experian Information Solutions, Inc. ("Experian") to Appear Telephonically at the Hearing on TransUnion's Motion to Compel came before the Honorable Howard R. Lloyd of the above-captioned Court on or about June 13, 2008. After considering the Request and good cause appearing,

IT IS HEREBY ORDERED that Deanna L. Johnston shall be permitted to appear via telephone at the hearing on the Motion of TransUnion to Compel Production of Documents currently scheduled for June 17, 2008 at 10:00 a.m.

DATED: _____, 2008      _____
                                      The Honorable Howard R. Lloyd
                                      United States Magistrate Judge

SFI-585816v1

CASE NO. C 08-01317-JF-HRL       2       PROPOSED ORDER GRANTING REQUEST
                                          TO APPEAR TELEPHONICALLY