|  |  |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 083013)<br>STEPHEN J. NEWMAN (State Bar No. 181570)<br>BRIAN C. FRONTINO (State Bar No. 222032) |
| 3 | 2029 Century Park East<br>Los Angeles, CA 90067-3086 |
| 4 | Telephone: 310-556-5800<br>Facsimile: 310-556-5959 |
| 5 | lacalendar@stroock.com |
| 6 | Attorneys for Defendant<br> TRANSUNION LLC |

*E-filed 6/16/08*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 5:08-cv-01317-JF-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION OF DEFENDANT TRANSUNION LLC TO COMPEL PRODUCTION OF DOCUMENTS**<br><br><u>Current Hearing Date</u><br>Date:    June 17, 2008<br>Time:   10:00 a.m.<br>Crtrm:  2<br><br><u>New Hearing Date</u><br>Date:    June 24, 2008<br>Time:   10:00 a.m.<br>Crtrm:  2 |

LA 51061961

# STIPULATION

WHEREAS, on May 13, 2008, defendant TransUnion LLC ("TransUnion") filed a Motion to Compel Production of Documents (the "Motion"), which it noticed for hearing on June 17, 2008; and

WHERAS, Plaintiff's Motion to Remand the Case is set for hearing on June 20, 2008 in Courtroom 3.

IT IS HEREBY STIPULATED, by and between Plaintiff and TransUnion, through their respective counsel of record, that the June 17, 2008 hearing on the Motion be continued to June 24, 2008 at 10:00 a.m should the court retain jurisdiction of this matter.

Dated: June 13, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO

By: _____/s/ Brian C. Frontino_____
Brian C. Frontino

Attorneys for Defendant
TRANSUNION LLC

Dated: June 13, 2008

LAW OFFICES OF RON BOCHNER
RON K. BOCHNER

By: _____/s/ Ron K. Bochner_____
Ron K. Bochner

Attorney for Plaintiff
NOEMIA CARVALHO

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: June 16, 2008



_____
Honorable Howard R. Lloyd
United States Magistrate Judge

LA 51061961

- 1 -

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:
**Ron Keith Bochner**  robolaw@justice.com
**Thomas P. Quinn** an@nokesquinn.com
**Barry Goheen** bgoheen@kslaw.com
**Lewis P. Perling**  lperling@kslaw.com
**Deanna L. Johnston** dljohnston@jonesday.com
**Kelli A. Crouch** kcrouch@jonesday.com
**Stephen Julian Newman**  SNEWMAN@STROOCK.COM
**Brian C. Frontino** bfrontino@stroock.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  June 16, 2008

_____MPK_____
Chambers of Magistrate Judge Howard R. Lloyd