UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOEMIA CARVALHO,

                Plaintiff(s),

    v.

CREDIT CONSULTING SERVICES, INC., et al.,

                Defendant(s).
_____/

Case No. 5:08-cv-01317-JF-HRL

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 13, 2008

TransUnion LLC
[Party]

Dated: June 13, 2008

/s Brian C. Frontino
[Counsel]

Rev. 12/05