*E-filed 6/17/08*

Deanna L. Johnston (State Bar No. 198017)
Daniel T. Dobrygowski (State Bar No. 253137)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700
Email:  dljohnston@jonesday.com
Email:  ddobrygowski@jonesday.com

Suzanne Cate Jones (State Bar No. 157496)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:     (213) 243-2539
Email:  scjones@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMIA CARVALHO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT CONSULTING SERVICES, ET AL.,<br><br>　　　　　Defendant. | Case No. C 08-01317-JF-HRL<br><br>[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT HEARING ON TRANSUNION'S MOTION TO COMPEL<br><br>Date:　　　June **24**  2008<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 2 |

1  The Request of Experian Information Solutions, Inc. ("Experian") to Appear
2  Telephonically at the Hearing on TransUnion's Motion to Compel came before the Honorable
3  Howard R. Lloyd of the above-captioned Court on or about June 13, 2008.  After considering the
4  Request and good cause appearing,

5  IT IS HEREBY ORDERED that Deanna L. Johnston shall be permitted to appear via
6  telephone at the hearing on the Motion of TransUnion to Compel Production of Documents
7  currently scheduled for June 17, 2008 at 10:00 a.m.

9  DATED: _June 16_____, 2008

   _____
   The Honorable Howard R. Lloyd
   United States Magistrate Judge

27  SFI-585816v1

CASE NO. C 08-01317-JF-HRL             2        ~~PROPOSED~~ ORDER GRANTING REQUEST
                                                TO APPEAR TELEPHONICALLY

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

**Ron Keith Bochner**  robolaw@justice.com
**Thomas P. Quinn** an@nokesquinn.com
**Barry Goheen** bgoheen@kslaw.com
**Lewis P. Perling**  lperling@kslaw.com
**Deanna L. Johnston** dljohnston@jonesday.com
**Kelli A. Crouch** kcrouch@jonesday.com
**Stephen Julian Newman**  SNEWMAN@STROOCK.COM
**Brian C. Frontino** bfrontino@stroock.com

    * Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  6/17/08

MPK
Chambers of Magistrate Judge Howard R. Lloyd