THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com


BARRY GOHEEN [Pro Hac Vice]
LEWIS P. PERLING [Pro Hac Vice]
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: BGoheen@kslaw.com
Email: LPerling@kslaw.com

Attorneys for Defendants EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,    )<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.    )<br>)<br>CREDIT CONSULTING SERVICES, INC., )<br>dba CCS, EQUIFAX CREDIT )<br>INFORMATION SERVICES, LLC, )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., TRANS UNION LLC and DOES 1-50, )<br>inclusive,    )<br>)<br>            Defendants.    )<br>)<br>)<br>)<br>)<br>_____    ) | Case No.  5:08-CV-01317-JF-HRL<br><br>**REQUEST OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF**<br><br>**Hearing: June 27, 2008**<br>**Time:  10:30 a.m.**<br>**Courtroom 3**<br><br>**[[Proposed] Order Lodged Concurrently]** |

5100023

- 1 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF
Case No. 5:08-cv-01317-JF-HRL

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), incorrectly sued herein as "Equifax Credit Information Services LLC," and respectfully requests to appear telephonically at the Case Management Conference currently set for on June 27, 2008, at 10:30 a.m. before the Honorable Howard R. Lloyd.

Good cause exists to grant this request because counsel for Equifax would be required to travel from Atlanta, Georgia and/or Laguna Beach, California to San Jose, California, such that Equifax will incur significant travel costs and attorney's fees at a time when Equifax is attempting to minimize the cost of litigation in this and numerous other matters.  Counsel for Equifax believes the objectives of this conference will be accomplished if Equifax appears by telephone.  Equifax will be appearing in person at the hearing on Plaintiff's Motion to Remand on June 20, 2008 and wishes to avoid the costs of travel on this twice within a week.

KING & SPALDING LLP

Dated:  June 18, 2008

/s/ **Lewis P. Perling**
LEWIS P. PERLING
(admitted pro hac vice)

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

1

**DECLARATION OF LEWIS P. PERLING**

2

I, Lewis P. Perling, hereby declare:

3

1.     I am admitted to practice *pro hac vice* in this case before this Court and am

4

associated with King & Spalding LLP, counsel for Defendant Equifax Information Services LLC

5

("Equifax") in the above-captioned matter.  I have personal knowledge of the facts stated herein

6

and if called as a witness, I could and would competently testify thereto.

7

2.     My office is located in Atlanta, Georgia.  An in-person appearance at the Case

8

Management Conference scheduled for June 27, 2008, would require me, and/or my co-counsel

9

Barry Goheen also of King & Spalding in Atlanta or Thomas P. Quinn of Nokes & Quinn of

10

Laguna Beach, California, to travel by plane to San Jose, California and potentially seek

11

accommodations the evening before.  This will cause Equifax to incur significant attorneys' fees

12

and costs for travel time and expenses at a time when Equifax has requested that we minimize the

13

cost of litigation in this and other matters through, among other things, requesting telephonic

14

court appearances whenever possible.  We will be attending a hearing in this Court a week

15

earlier, on June 20, 2008, and wish to avoid incurring the cost of travel to San Jose twice on this

16

matter within a week.

17

I declare under penalty of perjury under the laws of the United States that the foregoing is

18

true and correct.

19

Executed this 18th day of June 2008.

20

21

/s/ Lewis P. Perling
Lewis P. Perling

22

23

24

25

26

27

28

5100023

- 3 -

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF
Case No. 5:08-cv-01317-JF-HRL

## CERTIFICATE OF SERVICE

CARVALHO v DEFENDANT EQUIFAX, et al, CASE NO: 5:08-CV-01317-JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On June 18, 2008, I served a true copy of the

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

Ron Keith Bochner
Law Office of Ron Bochner
3333 Bowers Avenue, Suite 130
Santa Clara, CA  95054

Deanna L. Johnston
Kelli A. Crouch
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104-1500

Stephen Julian Newman
Brian C. Frontino
Strook & Strook
2029 Century Park East
Los Angeles, CA  90067

I hereby certify that I am employed in the office of an attorney who is admitted pro hac vice in this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/S/ STEPHANIE PELTIER
STEPHANIE PELTIER

5100023

- 4 -

REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; DECLARATION OF LEWIS P. PERLING IN SUPPORT THEREOF
Case No. 5:08-cv-01317-JF-HRL

1  THOMAS P. QUINN, JR., SBN : 132268
   NOKES & QUINN
2  450 Ocean Avenue
   Laguna Beach, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email:  tquinn@nokesquinn.com

5  BARRY GOHEEN [Pro Hac Vice]
   LEWIS P. PERLING [Pro Hac Vice]
6  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
7  ATLANTA, GA 30309
   Tel: (404) 572-4600
8  Fax: (404) 572-5100
   Email: BGoheen@kslaw.com
9  Email: LPerling@kslaw.com

10 Attorneys for Defendants EQUIFAX
   INFORMATION SERVICES LLC

11

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN JOSE DIVISION**

16 NOEMIA CARVALHO, on behalf of herself )   Case No.  5:08-CV-01317-JF-HRL
   and other similarly situated people,   )
17                                        )
                                          )
18              Plaintiff,                )
                                          )   **[PROPOSED] ORDER GRANTING**
19 v.                                     )   **REQUEST OF DEFENDANT EQUIFAX**
                                          )   **INFORMATION SERVICES LLC TO**
20 CREDIT CONSULTING SERVICES, INC., )       **APPEAR TELEPHONICALLY AT THE**
   dba CCS, EQUIFAX CREDIT             )      **CASE MANAGEMENT CONFERENCE**
21 INFORMATION SERVICES, LLC,         )
   EXPERIAN INFORMATION SOLUTIONS, )        **Hearing: June 27, 2008**
22 INC., TRANS UNION LLC and DOES 1-50, )   **Time:  10:30 a.m.**
   inclusive,                         )      **Courtroom 3**
23                                        )
              Defendants.              )
24 _____ )

25        The Request of Defendant Equifax Information Services LLC ("Equifax") to Appear

26 Telephonically at the Case Management Conference came before Magistrate Judge Howard R.

27 Lloyd of the above-captioned Court on or about June __, 2008.  After considering the Request

28 and good cause appearing, IT IS HEREBY ORDERED that Equifax shall be permitted to appear

5100023                              - 1 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

[PROPOSED] ORDER GRANTING REQUEST OF EQUIFAX TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No. 5:08-cv-01317-JF-HRL

1    via telephone at the Case Management Conference currently scheduled for June 27, 2008 at 10:30

2    a.m.

3        DATED: _____, 2008    _____

4                                          The Honorable Howard R. Lloyd
                                          United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5100023

- 2 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055