**E-filed 6/18/08**

Deanna L. Johnston (State Bar No. 198017)
Daniel T. Dobrygowski (State Bar No. 253137)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700
Email: dljohnston@jonesday.com
Email: ddobrygowski@jonesday.com

Suzanne Cate Jones (State Bar No. 157496)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539
Email: scjones@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOEMIA CARVALHO,**<br><br>                **Plaintiff,**<br><br>       v.<br><br>**CREDIT CONSULTING SERVICES, ET AL.,**<br><br>                **Defendant.** | **Case No. C 08-01317-JF-HRL**<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT**<br><br>Date:       June 20, 2008<br>Time:      9:00 a.m.<br>Location: Courtroom 3 |

1    The Request of Experian Information Solutions, Inc. ("Experian") to Appear
2    Telephonically at the Hearing on Plaintiff's Motion to Remand Case to State Court came before
3    the Honorable Jeremy Fogel of the above-captioned Court on or about June 12, 2008. After
4    considering the Request and good cause appearing,
5    IT IS HEREBY ORDERED that Suzanne C. Jones shall be permitted to appear via
6    telephone at the hearing on the Motion of Plaintiff Noemia Carvalho to Remand Case to State
7    Court currently scheduled for June 20, 2008 at 9:00 a.m.   Ms. Jones is directed to schedule the
     appearance with "Court Call" at 866-582-6878.
8
9    DATED: __6/18/08_____, 2008
                                             _____
10                                           The Honorable Jeremy Fogel
                                             United States District Court Judge

SFI-585728v1

CASE NO. C 08-01317-JF-HRL                 2        PROPOSED ORDER GRANTING REQUEST
                                                    TO APPEAR TELEPHONICALLY