**E-filed 6/18/08**

THOMAS P. QUINN, JR., SBN : 132268
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

BARRY GOHEEN [Pro Hac Vice]
LEWIS P. PERLING [Pro Hac Vice]
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: BGoheen@kslaw.com
Email: LPerling@kslaw.com

Attorneys for Defendants EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:08-CV-01317-JF-HRL<br><br>[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>Hearing: June 27, 2008<br>Time: 10:30 a.m.<br>Courtroom 3 |

The Request of Defendant Equifax Information Services LLC ("Equifax") to Appear Telephonically at the Case Management Conference came before ~~Magistrate Judge Howard R. Lloyd~~ Judge Jeremy Fogel of the above-captioned Court on or about June 18, 2008. After considering the Request and good cause appearing, IT IS HEREBY ORDERED that Equifax shall be permitted to appear

5100023
- 1 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

[PROPOSED] ORDER GRANTING REQUEST OF EQUIFAX TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No. 5:08-cv-01317-JF-HRL

1  via telephone at the Case Management Conference currently scheduled for June 27, 2008 at 10:30
2  a.m. Counsel is directed to schedule the appearance with 'Court Call' at 866-582-6878.
3  DATED: __6/18/08_____, 2008

~~The Honorable Howard R. Lloyd~~
~~United States Magistrate Judge~~
Judge Jeremy Fogel, US District Court

5100023

- 2 -

[PROPOSED] ORDER GRANTING REQUEST OF EQUIFAX TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No. 5:08-cv-01317-JF-HRL

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055