1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-01317-JF-HRL<br><br>**REQUEST OF DEFENDANT TRANSUNION LLC TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF**<br><br>Date:　　　June 27, 2008<br>Time:　　　10:30 a.m.<br>Location:　Courtroom 3<br><br>[[Proposed] Order Lodged Concurrently] |

LA 51063335

REQUEST OF TRANSUNION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE;
DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF– Case No. 5:08-cv-01317-JF-HRL

1  Defendant TransUnion LLC ("TransUnion") respectfully requests to appear telephonically
2  at the Case Management Conference currently set for June 27, 2008, at 10:30 a.m. before the
3  Honorable Jeremy Fogel.
4  Good cause exists to grant this request because counsel for TransUnion would be required
5  to travel from Los Angeles, California to San Jose, California, such that TransUnion will incur
6  significant travel costs and attorney's fees at a time when TransUnion is attempting to minimize the
7  cost of litigation in this and numerous other matters. Counsel for TransUnion believes the
8  objectives of this hearing will be accomplished if TransUnion appears by telephone.

Dated: June 18, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO


By:  /s/ Brian C. Frontino
          Brian C. Frontino

Attorneys for Defendant
  TRANSUNION LLC

LA 51063335                                    - 1 -
REQUEST OF TRANSUNION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE;
DECLARATION OF BRIAN C. FRONTINO IN SUPPORT THEREOF– Case No. 5:08-cv-01317-JF-HRL

## DECLARATION OF BRIAN C. FRONTINO

I, Brian C. Frontino, hereby declare:

1. I am admitted to practice before this Court and am an associate with Stroock & Stroock & Lavan LLP, counsel for defendant TransUnion LLC ("TransUnion") in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. My office is located in Los Angeles, California. An in-person appearance at the Case Management Conference scheduled for June 27, 2008, would require me to travel by plane to San Jose, California and potentially seek accommodations the evening before. This will cause TransUnion to incur significant attorneys' fees and costs for travel time and expenses at a time when TransUnion has requested that I minimize the cost of litigation in this and other matters through, among other things, requesting telephonic court appearances whenever possible.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of June 2008.

/s/ Brian C. Frontino
Brian C. Frontino

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC
7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11 | NOEMIA CARVALHO, on behalf of herself ) | Case No. 5:08-cv-01317-JF-HRL
   | and other similarly situated people,  )
12 |                                       ) | **[PROPOSED] ORDER GRANTING**
   |                                       ) | **REQUEST OF DEFENDANT**
13 |              Plaintiff,                ) | **TRANSUNION LLC TO APPEAR**
   |                                       ) | **TELEPHONICALLY AT CASE**
14 |     vs.                                ) | **MANAGEMENT CONFERENCE**
   |                                       )
15 | CREDIT CONSULTING SERVICES, INC.,     ) | Date:       June 27, 2008
   | dba CCS, EQUIFAX CREDIT                ) | Time:       10:30 a.m.
16 | INFORMATION SERVICES, LLC,             ) | Location:   Courtroom 3
   | EXPERIAN INFORMATION SOLUTIONS,        )
17 | INC., TRANS UNION LLC, and DOES 1-50, )
   | inclusive,                            )
18 |                                       )
   |              Defendants.               )
19 |                                       )

20

21

22

23

24

25

26

27

28

LA 51063337

The Request of Defendant TransUnion LLC ("TransUnion") to Appear Telephonically at the Case Management Conference came before the Honorable Jeremy Fogel of the above-captioned Court on or about June 18, 2008. After considering the Request and good cause appearing, **IT IS HEREBY ORDERED** that TransUnion shall be permitted to appear via telephone at the Case Management Conference currently scheduled for June 27, 2008 at 10:30 a.m. Counsel is directed to schedule the appearance with CourtCall at 866-582-6878.

DATED: _____, 2008      _____
                                                  The Honorable Jeremy Fogel
                                                  United States District Court Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO

By:      /s/ Brian C. Frontino
            Brian C. Frontino

Attorneys for Defendant
 TRANSUNION LLC