# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 20, 2008
**Case Number:** CV-08-1317-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**        NOEMIA CARVALHO  V. EQUIFAX INFORMATION SERVICES, ET AL

              PLAINTIFF                              DEFENDANT

**Attorneys Present:** Ron Bochner          **Attorneys Present:** Barry Goheen for Equifax
                                            Deanna Johnson and Suzanne Jones for Experian
                                            Brian Frontino for Trans Union

PROCEEDINGS:

  Hearing on Motion to Remand held.  Parties are present.  The motion is taken under submission.