1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | NOEMIA CARVALHO, on behalf of herself | ) Case No. 5:08-cv-01317-JF-HRL
   | and other similarly situated people,  | )
12 |                                        | )
   |                                        | )
13 |               Plaintiff,               | ) **STIPULATION TO TAKE HEARING ON**
   |                                        | ) **MOTION OF DEFENDANT**
14 |        vs.                             | ) **TRANSUNION LLC TO COMPEL**
   |                                        | ) **PRODUCTION OF DOCUMENTS OFF**
15 | CREDIT CONSULTING SERVICES, INC.,      | ) **CALENDAR**
   | dba CCS, EQUIFAX CREDIT                 | )
16 | INFORMATION SERVICES, LLC,             | ) Current Hearing Date
   | EXPERIAN INFORMATION SOLUTIONS,        | ) Date:     June 24, 2008
17 | INC., TRANS UNION LLC, and DOES 1-50,  | ) Time:     10:00 a.m.
   | inclusive,                             | ) Crtrm:    2
18 |                                        | )
   |                                        | )
19 |               Defendants.              | )
   |                                        | )
20 |                                        | )

21

22

23

24

25

26

27

28

LA 51064177

**STIPULATION**

WHEREAS, on May 13, 2008, defendant TransUnion LLC ("TransUnion") filed a Motion to Compel Production of Documents (the "Motion"), which currently is set for hearing on June 24, 2008; and

WHEREAS, on May 27, 2008, plaintiff Noemia Carvalho ("Plaintiff") filed her Opposition to the Motion; and

WHEREAS, on June 3, 2008, TransUnion filed its Reply in support of the Motion; and

WHEREAS, on June 20, 2008, Plaintiff requested that TransUnion withdraw the Motion in exchange for production of the documents TransUnion sought by the Motion; and

WHEREAS, TransUnion agreed to withdraw the Motion in exchange for Plaintiff's production of the documents on June 23, 2008.

IT IS HEREBY STIPULATED, by and between TransUnion and Plaintiff, through their counsel of record, that the Motion is withdrawn, the June 24, 2008 hearing on the Motion be vacated and that neither side be awarded sanctions.

Dated:  June 23, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO


By:_____/s/ Brian C. Frontino_____
          Brian C. Frontino

Attorneys for Defendant
   TRANSUNION LLC

Dated:  June 23, 2008

LAW OFFICES OF RON BOCHNER
RON K. BOCHNER


By:_____/s/ Ron K. Bochner_____
           Ron K. Bochner

Attorney for Plaintiff
   NOEMIA CARVALHO

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51064177

- 1 -

1   STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
2   STEPHEN J. NEWMAN (State Bar No. 181570)
    BRIAN C. FRONTINO (State Bar No. 222032)
3   2029 Century Park East
    Los Angeles, CA  90067-3086
4   Telephone:  310-556-5800
    Facsimile:  310-556-5959
5   lacalendar@stroock.com

6   Attorneys for Defendant
      TRANSUNION LLC

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  NOEMIA CARVALHO, on behalf of herself    )   Case No. 5:08-cv-01317-JF-HRL
    and other similarly situated people,     )
12                                           )
                                             )
13              Plaintiff,                   )   **[PROPOSED] ORDER GRANTING**
                                             )   **STIPULATION TO TAKE HEARING ON**
14         vs.                               )   **MOTION OF DEFENDANT**
                                             )   **TRANSUNION LLC TO COMPEL**
15  CREDIT CONSULTING SERVICES, INC.,        )   **PRODUCTION OF DOCUMENTS OFF**
    dba CCS, EQUIFAX CREDIT                   )   **CALENDAR**
16  INFORMATION SERVICES, LLC,                )
    EXPERIAN INFORMATION SOLUTIONS,          )   Current Hearing Date
17  INC., TRANS UNION LLC, and DOES 1-50,     )   Date:      June 24, 2008
    inclusive,                                )   Time:      10:00 a.m.
18                                           )   Crtrm:     2
                                             )
19              Defendants.                   )
                                             )
20  _____  )

21

22

23

24

25

26

27

28
    LA 51064199
    _____
    [PROPOSED] ORDER GRANTING STIPULATION TO TAKE HEARING ON MOTION OF DEFENDANT
    TRANSUNION LLC TO COMPEL PRODUCTION OF DOCUMENTS OFF CALENDAR
    Case No. 5:08-cv-01317-JF-HRL

1

## [PROPOSED] ORDER

2

3      It is hereby ORDERED that the Notice of Motion and Motion of defendant TransUnion

4  LLC to Compel Production of Documents by plaintiff Noemia Carvalho filed on May 13, 2008 is

5  withdrawn and the hearing on such Motion currently set for hearing on June 24, 2008 is vacated.

6  No sanctions are awarded to either party.

7      **IT IS SO ORDERED.**

8
   DATED: _____, 2008      _____
9                                             Honorable Howard R. Lloyd
                                             United States Magistrate Judge
10

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO TAKE HEARING ON MOTION OF DEFENDANT
TRANSUNION LLC TO COMPEL PRODUCTION OF DOCUMENTS OFF CALENDAR
Case No. 5:08-cv-01317-JF-HRL