UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Noemia Carvalho, on behalf of herself
and other similarly situated people,
                Plaintiff(s),

            v.

Credit Consulting Services, Inc., dba
CCS, Equifax Credit Information
                Defendant(s).
_____/

Case No. 5:08-CV-01317-JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 23, 2008
                                                                               /s/ Ann Sterling; Experian
                                                                               [Party]

Dated: June 23, 2008
                                                                               /s/ Deanna L. Johnston
                                                                               [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

1
## SIGNATURE ATTESTATION

2   I hereby attest that the content of this document is acceptable to all persons whose

3   signatures are indicated by a "conformed" signature (/s/) within this efiled document.

4

5   Dated: June 23, 2008                    JONES DAY

6                                           By: /S/ Deanna L. Johnston
7                                               Attorneys for Defendant
                                                EXPERIAN INFORMATION
8                                               SOLUTIONS