STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
  TRANSUNION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, on behalf of herself and other similarly situated people,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CREDIT CONSULTING SERVICES, INC., dba CCS, EQUIFAX CREDIT INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:08-cv-01317-JF-HRL<br><br>**[PROPOSED]** **ORDER GRANTING REQUEST OF DEFENDANT TRANSUNION LLC TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　June 27, 2008<br>Time:　　　10:30 a.m.<br>Location:　Courtroom 3 |

LA 51063337

[PROPOSED] ORDER GRANTING REQUEST OF TRANSUNION LLC TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE  – Case No. 5:08-cv-01317-JF-HRL

The Request of Defendant TransUnion LLC ("TransUnion") to Appear Telephonically at the Case Management Conference came before the Honorable Jeremy Fogel of the above-captioned Court on or about June 18, 2008. After considering the Request and good cause appearing, **IT IS HEREBY ORDERED** that TransUnion shall be permitted to appear via telephone at the Case Management Conference currently scheduled for June 27, 2008 at 10:30 a.m. Counsel is directed to schedule the appearance with CourtCall at 866-582-6878.

DATED: 6/19, 2008

The Honorable Jeremy Fogel
United States District Court Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO

By:   /s/ Brian C. Frontino
         Brian C. Frontino

Attorneys for Defendant
 TRANSUNION LLC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51063337      - 1 -
[PROPOSED] ORDER GRANTING REQUEST OF TRANSUNION LLC TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE – Case No. 5:08-cv-01317-JF-HRL