1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)                *E-filed 6/23/08*
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
     TRANSUNION LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 | NOEMIA CARVALHO, on behalf of herself ) Case No. 5:08-cv-01317-JF-HRL
12 | and other similarly situated people,   )
   |                                        )
13 |                  Plaintiff,             ) [PROPOSED] ORDER GRANTING
   |                                        ) STIPULATION TO TAKE HEARING ON
14 |             vs.                         ) MOTION OF DEFENDANT
   |                                        ) TRANSUNION LLC TO COMPEL
15 | CREDIT CONSULTING SERVICES, INC.,      ) PRODUCTION OF DOCUMENTS OFF
   | dba CCS, EQUIFAX CREDIT                ) CALENDAR
16 | INFORMATION SERVICES, LLC,             )
   | EXPERIAN INFORMATION SOLUTIONS,        ) Current Hearing Date
17 | INC., TRANS UNION LLC, and DOES 1-50,  ) Date:    June 24, 2008
   | inclusive,                             ) Time:    10:00 a.m.
18 |                                        ) Crtrm:   2
   |                                        )
19 |                  Defendants.            )
   |                                        )
20 |_____)

21

22

23

24

25

26

27

28
   LA 51064199

# [PROPOSED] ORDER

It is hereby ORDERED that the Notice of Motion and Motion of defendant TransUnion LLC to Compel Production of Documents by plaintiff Noemia Carvalho filed on May 13, 2008 is withdrawn and the hearing on such Motion currently set for hearing on June 24, 2008 is vacated. No sanctions are awarded to either party.

**IT IS SO ORDERED.**

DATED: 06/23/08 , 2008

_____
Honorable Howard R. Lloyd
United States Magistrate Judge

LA 51064199

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO TAKE HEARING ON MOTION OF DEFENDANT
TRANSUNION LLC TO COMPEL PRODUCTION OF DOCUMENTS OFF CALENDAR
Case No. 5:08-cv-01317-JF-HRL

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

**Ron Keith Bochner**  robolaw@justice.com
**Thomas P. Quinn** an@nokesquinn.com
**Barry Goheen** bgoheen@kslaw.com
**Lewis P. Perling**  lperling@kslaw.com
**Deanna L. Johnston** dljohnston@jonesday.com
**Kelli A. Crouch** kcrouch@jonesday.com
**Stephen Julian Newman**  SNEWMAN@STROOCK.COM
**Brian C. Frontino** bfrontino@stroock.com

* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  06/23/08

MPK
Chambers of Magistrate Judge Howard R. Lloyd