1  Deanna L. Johnston (State Bar No. 198017)
   Daniel T. Dobrygowski (State Bar No. 253137)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700
   Email:  dljohnston@jonesday.com
5  Email:  ddobrygowski@jonesday.com

6  Suzanne Cate Jones (State Bar No. 157496)
   JONES DAY
7  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
8  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
9  Email:  scjones@jonesday.com

10 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
11

12                         UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15 **NOEMIA CARVALHO,**           | Case No. C 08-01317-JF-HRL

16         **Plaintiff,**          | **REQUEST OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; DECLARATION OF SUZANNE C. JONES IN SUPPORT THEREOF**

17    v.

18 **CREDIT CONSULTING SERVICES, ET AL.,**

19         **Defendant.**

20                                  | Date:      June 27, 2008
                                     | Time:      10:30 a.m.
21                                   | Location:  Courtroom 3

22

23     Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests

24 permission for Suzanne Cate Jones to appear telephonically at the Case Management Conference

25 currently set for June 27, 2008, at 10:30 a.m. before the Honorable Jeremy Fogel.

26 / / /

27 / / /

28 / / /

CASE NO. C 08-01317-JF-HRL          1       REQUEST TO APPEAR TELEPHONICALLY
                                            AT CASE MANAGEMENT CONFERENCE

1     Good cause exists to grant this request because Ms. Jones would be required to travel from Los Angeles, California to San Jose, California, such that Experian will incur significant travel costs and attorney's fees.  Deanna Johnston, an associate in Jones Day's San Francisco office, will attend the conference in person.  Allowing Ms. Jones to appear telephonically would minimize additional costs to Experian.  Additionally, counsel for Experian believes the objectives of the conference will be accomplished if Ms. Jones appears by telephone.

Dated:  June 23, 2008

Respectfully submitted,

Jones Day


By:      /S/ Suzanne Cate Jones
      Suzanne Cate Jones

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

1 **DECLARATION OF SUZANNE C. JONES**

2 I, Suzanne C. Jones, hereby declare:

3     1.  I am admitted to practice before this Court and am a partner with Jones Day, counsel
4 for defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter.  I
5 have personal knowledge of the facts stated herein and if called as a witness, I could and would
6 competently testify thereto.

7     2.  I am located at Jones Day's office in Los Angeles, California.  An in-person
8 appearance at the Case Management Conference scheduled for June 27, 2008, would require me
9 to travel by plane to/from San Jose, California and potentially seek accommodations the evening
10 before.  Deanna Johnston, an associate in Jones Day's San Francisco office, will attend the
11 conference in person.  Allowing me to appear telephonically would minimize additional costs to
12 Experian.

13     I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct. Executed this 23rd day of June 2008.

16                    ____/S/ Suzanne C. Jones____
                         Suzanne C. Jones

28 SFI-586448v1

CASE NO. C 08-01317-JF-HRL        3        REQUEST TO APPEAR TELEPHONICALLY
                                            AT CASE MANAGEMENT CONFERENCE

1  Deanna L. Johnston (State Bar No. 198017)
   Daniel T. Dobrygowski (State Bar No. 253137)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:      (415) 875-5700
   Email:  dljohnston@jonesday.com
5  Email:  ddobrygowski@jonesday.com

6  Suzanne Cate Jones (State Bar No. 157496)
   JONES DAY
7  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
8  Telephone:     (213) 489-3939
   Facsimile:      (213) 243-2539
9  Email:  scjones@jonesday.com

10 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 **NOEMIA CARVALHO,**                    Case No. C 08-01317-JF-HRL

16        **Plaintiff,**                   **[PROPOSED] ORDER GRANTING
                                           REQUEST OF DEFENDANT
17     v.                                  EXPERIAN INFORMATION
                                           SOLUTIONS, INC. TO APPEAR
18 **CREDIT CONSULTING SERVICES, ET        TELEPHONICALLY AT CASE
   AL.,**                                  MANAGEMENT CONFERENCE**
19
          **Defendant.**                   Date:     June 27, 2008
20                                         Time:     10:30 a.m.
                                           Location: Courtroom 3
21

22

23

24

25

26

27

28

CASE NO. C 08-01317-JF-HRL                1      PROPOSED ORDER GRANTING REQUEST
                                                      TO APPEAR TELEPHONICALLY

1 | The Request of Experian Information Solutions, Inc. ("Experian") to Appear
2 | Telephonically at the Case Management Conference came before the Honorable Jeremy Fogel of
3 | the above-captioned Court on or about June 23, 2008. After considering the Request and good
4 | cause appearing,
5 | IT IS HEREBY ORDERED that Suzanne C. Jones shall be permitted to appear via
6 | telephone at the Case Management Conference currently scheduled for June 27, 2008 at
7 | 10:30 a.m.

9 | DATED: _____, 2008          _____
10 |                                             The Honorable Jeremy Fogel
                                              United States District Court Judge

SFI-586451v1

CASE NO. C 08-01317-JF-HRL             2           PROPOSED ORDER GRANTING REQUEST
                                                   TO APPEAR TELEPHONICALLY