LAW OFFICES OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
(408) 200-9890

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, | Case No.  C 08-1317 JF (HRL) |
| Plaintiff, | MANUAL FILING NOTIFICATION OF EXHIBITS A, B AND C TO DECLARATION OF RON BOCHNER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| vs. | |
| CREDIT CONSULTING SERVICES, INC. dba CCS, et al., | |
| Defendants. | DATE:  September 26, 2008<br>TIME:  9:00 a.m.<br>DEPT.:  COURTROOM 3 |

    Regarding Exhibits A, B and C to the Declaration of Ron Bochner in Support of Motion for Class Certification:

    These filings are in paper form only, and are being maintained in the case file in the Clerk's office.

    The filings have been served by electronic mail to each participant in this case.

    For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

//

1  The filing was not efiled because the Exhibits each exceed the data base size allowed for
2  efiling.
3
4  August 22, 2008
5
6
7                                        _____
                                         Ron Bochner
                                         Attorney for Plaintiff
8                                        Noemia Carvalho
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26