1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone:  310-556-5800
   Facsimile:  310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
    TRANSUNION LLC
7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11  NOEMIA CARVALHO, on behalf of herself      )  Case No. 5:08-cv-01317-JF-HRL
    and other similarly situated people,        )
12                                               )  [Assigned to the Honorable Jeremy Fogel]
                                                 )
13              Plaintiff,                       )  **DECLARATION OF DIANE TERRY IN**
                                                 )  **SUPPORT OF MOTION OF DEFENDANT**
14         vs.                                   )  **TRANSUNION LLC FOR SUMMARY**
                                                 )  **JUDGMENT OR, IN THE ALTERNATIVE,**
15  CREDIT CONSULTING SERVICES, INC.,           )  **SUMMARY ADJUDICATION**
    dba CCS, EQUIFAX CREDIT                      )
16  INFORMATION SERVICES, LLC,                   )  **[F.R.C.P. 56(b)]**
    EXPERIAN INFORMATION SOLUTIONS,             )
17  INC., TRANS UNION LLC, and DOES 1-50,        )  Date:        September 26, 2008
    inclusive,                                   )  Time:        9:00 a.m.
18                                               )  Courtroom: 3
                                                 )
19              Defendants.                      )
                                                 )
20  ─────────────────────────────────────       )

21

22

23

24

25

26

27

28

─────────────────────────────────────────────────────────────────

DECLARATION OF DIANE TERRY IN SUPPORT OF MOTION OF DEFENDANT TRANSUNION LLC FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

**DECLARATION OF DIANE TERRY**

I, Diane Terry, hereby declare as follows:

1.       I am the Senior Director of Consumer Relations and the Fraud Victim Assistance Department for the Fullerton, California consumer relations and fraud victim assistance center of defendant TransUnion LLC ("TransUnion"). I have been employed with TransUnion in various capacities since 1973. I submit this declaration in support of TransUnion's Motion for Summary Judgment or, in the Alternative, Summary Adjudication (the "Motion"). The facts set forth herein are true of my own personal knowledge, except where based upon a review of TransUnion's books and records, and as to those matters I am informed and believe them to be true. If called as a witness, I could and would competently testify thereto.

2.       TransUnion is a national credit-reporting agency that provides consumer credit reports to subscribers who use the information to make credit-related decisions. TransUnion collects commercial and public information from its subscribers and other reliable sources and includes this information on credit reports.

3.       TransUnion maintains an extensive Consumer Relations Department that processes and investigates all disputes submitted by consumers. TransUnion encourages consumers to obtain copies of their credit reports, review them, and notify Trans Union of any suspected inaccuracies.

4.       When deciding whether to modify or delete an item from a consumer's credit report in response to a consumer's dispute, TransUnion refers to its documented guidelines regarding consumer disputes. With respect to consumer-provided documentation, TransUnion has created and maintains carefully crafted, detailed guidelines designed to evaluate authenticity and validity of such documentation. For instance, TransUnion will consider consumer-submitted documents valid where they are printed on the information furnisher's letterhead, contain the information furnisher's contact information and refers to the specific disputed account that can be matched to the consumer's credit file. Examples of such documents include cancelled checks indicating payment for a specific account or receipts matching the disputed account.

5.       If the consumer's dispute cannot be resolved based solely on the consumer's communication to TransUnion (either orally or in writing, or by any documentation provided by

- 1 -

the consumer), TransUnion then logs the dispute and records the nature of the dispute on a Consumer Dispute Verification ("CDV") form. A CDV is either automated or manual and includes the consumer's name, address, and social security number, if available. The CDV is then transmitted to the information source, e.g., the creditor, with a request for verification and correction if necessary. Responses to CDVs are reviewed and changes or deletions are made, as appropriate. If TransUnion receives no response to a CDV, the item is deleted.

6.     After an investigation is complete, TransUnion sends the results of the investigation to the consumer along with an updated credit report. These procedures can be and are adapted, depending on the nature of the consumer's dispute.

7.     TransUnion received Plaintiff's first letter disputing the Credit Consulting Services, Inc. ("CCS") item on her credit report (the "First Dispute") on September 16, 2004. Plaintiff enclosed the following 16 pages of documents with her letter:

a.     A benefits page apparently from Plaintiff's employer identifying "Blue Cross PPO Plan" as her "Medical" plan type during her employer's 2001 benefit year;

b.     Two conflicting insurance cards -- one card identified "Blue Cross/Blue Shield" as the insurer and the second card identified "Blue Cross of California" as the insurer; neither card identified the coverage year;

c.     Purported correspondence Plaintiff had sent to Blue Cross, but no responses from Blue Cross;

d.     An Explanation of Benefits form Plaintiff received from Blue Shield of California indicating that Plaintiff was not currently enrolled as a Blue Shield of California insured;

e.     Correspondence Plaintiff received from CCS;

f.     A credit report reflecting the CCS item; and

g.     A bill Plaintiff received from Bayside stating "NOT ELIGIBLE AT THE TIME OF SRVC" regarding insurance payment and advising Plaintiff to "PLEASE CALL YOUR INSURANCE."

8.     Copies of Plaintiff's First Dispute letter and enclosed documents are attached hereto as Exhibit A.

- 2 -

9.    On September 20, 2004, TransUnion began its investigation of Plaintiff's First Dispute in accordance with its standard procedures by first reviewing Plaintiff's dispute letter and each of the enclosed documents.  However, none of the documents met TransUnion's standards set forth above, and none supported Plaintiff's statement in her letter that the CCS item was inaccurate. In fact, the document from the original creditor, Bayside, stated that it had not received payment from any insurer, that Plaintiff was not eligible for insurance, that Plaintiff should call her insurer. TransUnion advised Plaintiff in a letter dated September 20, 2004 that, although TransUnion was unable to accept Plaintiff's documentation, TransUnion would contact CCS and seek verification of the disputed collection item.  A true and correct copy of TransUnion's September 20, 2004 letter to Plaintiff is attached hereto as Exhibit B.

10.    Also on September 20, 2004, TransUnion sent an Automated Consumer Dispute Verification form ("ACDV") to CCS.  The ACDV included TransUnion's internal "claims company will change" notation, which indicates to the creditor that the disputing consumer believes that the creditor would change the way it reports the consumer's account to TransUnion in response to the dispute.  The ACDV further requested that CCS "[v]erify all account information" relating to Plaintiff.  In response, CCS verified the entirety of its item as accurate.

11.    On October 13, 2004, TransUnion completed its investigation of the First Dispute and made the following modifications to the CCS item on Plaintiff's credit report:  (1) changed the "UPDATED" field to "10/2004"; (2) indicated that Plaintiff disputed the CCS item; and (3) noted that the $118 was then past due.  TransUnion sent Plaintiff a new credit report indicating the results of its investigation and the resulting changes to her credit report.  A true and correct copy of the credit report TransUnion sent to Plaintiff on October 13, 2004 is attached hereto as Exhibit C.

12.    On April 5, 2005, TransUnion received another letter from Plaintiff regarding the CCS account on her credit report (the "Second Dispute").  In the letter, Plaintiff specifically requested that the following note appear on her credit report:

> I dispute the above Credit Consulting Services Acct. No. 1834329 on my Credit Report.  These bills arose out of the medical treatment I was covered for by Blue Cross of California.  For some reason that is unknown to me, they did not pay these medical bills.

- 3 -

1  TransUnion treated the letter it received from Plaintiff on April 5, 2005 as yet another dispute

2  about the CCS entry.  A copy of Plaintiff's Second Dispute letter is attached hereto as Exhibit D.

3      13.    On April 11, 2005, TransUnion initiated a reinvestigation and sent CCS another

4  ACDV, this time with an "insurance claim delayed" notation.  TransUnion uses this notation to

5  communicate the consumer's position that an insurer (e.g., workers compensation, government

6  funded or private insurer) should have paid the disputed item.  On May 3, 2005, CCS again verified

7  the account as accurately reported.  TransUnion generated an updated credit report, which included

8  Plaintiff's note that she was disputing the CCS item and sent it to Plaintiff that day.  A true and

9  correct copy of the credit report TransUnion sent to Plaintiff on May 3, 2005 is attached hereto as

10  Exhibit E.

11      14.    On June 9, 2005, TransUnion received Plaintiff's third letter disputing the CCS item

12  on her credit report (the "Third Dispute").  Plaintiff did not include any documents with the Third

13  Dispute.  A copy of Plaintiff's Third Dispute letter is attached hereto as Exhibit F.

14      15.    On June 10, 2005, TransUnion examined Plaintiff's credit report and determined

15  that the Third Dispute was duplicative of the Second Dispute and took no action given CCS's two

16  prior verifications of the item as accurately reported.  On June 10, 2005, TransUnion sent Plaintiff

17  a letter advising her that TransUnion would take no action.  A true and correct copy of

18  TransUnion's June 10, 2005 letter to Plaintiff is attached hereto as Exhibit G.

19      16.    On February 14, 2006, TransUnion received Plaintiff's fourth letter disputing the

20  CCS item on Plaintiff's credit report (the "Fourth Dispute").  The Fourth Dispute was dated

21  February 9, 2006, and this time was sent by Ron Bochner, whom I understand to be Plaintiff's

22  counsel in this action.  In the Fourth Dispute, Mr. Bochner asserted that the CCS item was incorrect

23  and demanded that it be removed.  Mr. Bochner also demanded $25,000 in damages and attorneys'

24  fees.  A copy of the Fourth Dispute letter is attached hereto as Exhibit H.

25      17.    TransUnion began its investigation of the Fourth Dispute on February 16, 2006,

26  despite the fact that it again was duplicative of the First Dispute, Second Dispute and Third

27  Dispute.  TransUnion sent an ACDV to CCS, which again verified the item as accurate.  On

28  February 20, 2006, TransUnion generated an updated credit report with the results of its

1    investigation of the Fourth Dispute, and sent it to Mr. Bochner.  A true and correct copy of the

2    credit report TransUnion sent to Mr. Bochner on February 20, 2006 is attached hereto as Exhibit I.

3    　　　18.　　　TransUnion always strives to conduct reasonable reinvestigations in accordance

4    with its obligations under the federal Fair Credit Reporting Act, 15 U.S.C. section 1681i(a)(1)(A).

5    　　　I declare under penalty of the laws of the United States of America that the foregoing is true

6    and correct.  Executed this *22* day of August 2008, at Fullerton, California.

7

8    　　　　　　　　　　　　　　　　*Diane Terry*

9    　　　　　　　　　　　　　　　　　Diane Terry

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

EXHIBIT A

Dispute Activity Master Record  (129735277-002)
  Monday, September 20, 2004


```
---------------------------
Information For Consumers
---------------------------
           Received On:  Thursday, September 16, 2004
                  Via:  Mail
    Initiated Because Of:  Consumer

        Current Status:  Request completed, credit report
                         updated


-----------------------------------
Information For Internal Use Only
-----------------------------------
     Initially Entered On:  Monday, September 20, 2004
                     At:  3:11:00 am
                     By:  REKHA ROBY (C517B)
                     At:  Consumer Relations Global
```

P 1804

*Noemia Carvalho*



September 10, 2004

Equifax Information Services          Experian
P.O. Box 740241                      P.O. Box 2002
Atlanta, GA 30374                    Allen, TX 75013

Trans Union
P.O. Box 34012
Fullerton, CA 92834

     Social Security No.          1135
     Date of Birth:              1959
     Accounts Disputed: Credit Consulting Services Acct. No.      4329

Dear Sir or Madam:

I dispute the above item on my enclosed Credit Report.  These bills arose out of the medical treatment I was covered for by Blue Cross of California.  For some reason that is unknown to me, they did not pay these medical bills.

Please investigate these charges and let me know of the results of the investigation as soon as possible.  Please send me a revised copy of my credit report once the investigation has been completed and my report amended accordingly.

Also, I would like the first paragraph, above, added to my report/file as my statement.

Very truly yours,

*Noemia Alves Carvalho*
Noemia Carvalho

REDACTED

P 1805



# WASTE MANAGEMENT, INC.

## Waste Management, Inc. 2001 Benefits Enrollment Confirmation Statement

This confirmation statement reflects the benefits coverage you have elected for the Plan Year 2001. It also shows a listing of the family members you are covering under the WM Benefits Program. PLEASE REVIEW IT VERY CAREFULLY, and contact your Benefits Administrator if you have any questions.

NOEMIA CARVALHO

SSN        1135

Print Date   11/3/00

## Benefits Elections

| Plan Type | Option Plan | Coverage Category | Weekly Cost * |
|---|---|---|---|
| Medical | BLUE CROSS PPO PLAN | Employee Only | $3 60 |
| Dental | DELTA DENTAL PLAN | Employee Only | $ 40 |

* The optional life insurance costs will be reduced if the requested coverage is lowered by MetLife. Optional Child Insurance deductions are included with the Optional Employee Insurance deduction.

## Coverage Information

| Employee or Dependent's Name | Soc Sec No | Date of Birth | Use Tobacco |
|---|---|---|---|
| NOEMIA CARVALHO | 1135 | 59 | |

**KEEP THIS CONFIRMATION STATEMENT FOR YOUR RECORDS**

REDACTED

5537

# Waste Management, Inc. 2001 Benefits Enrollment Confirmation Statement

## Company-provided Benefits

The following benefits are complimentary from the Company  There is no cost to you or your family

| Plan Name | Benefit Amount |
|---|---|
| Employee Basic Life | $52,000 |
| Spouse Basic Life | $5000 |
| Child Basic Life | $2500 |
| Short and Long term Salary Continuation | Coverage provided for injury or illness |
| Employee Assistance Program | Six visits/consultations per year |

If any dependents are listed, they are covered for the plans indicated  as long as they remain eligible for benefits coverage   It is your responsibility to update the information about your dependents and other Group Health coverage available to you and your dependents by calling your Benefits Administrator   If other coverage exists, payment will be made for eligible, incurred charges based on the coordination of benefits provisions

These benefits are effective on January 1, 2001 and remain in effect until December 31  2001  In the fourth quarter of 2001, you will have an opportunity to change your coverage for the 2002 plan year

If you have a qualified status change during the 2001 plan year  IRS Section 125 guidelines allow for a change in coverage  You must contact your Benefits Administrator WITHIN 31 DAYS OF THE EVENT TO MAKE CHANGES

The following additional informational messages apply

**You have elected not to participate in the available Flexible Spending Accounts**

P 1806

September 16, 2003

Noemia Alves Carvalho

Jocel Magelssen
Blue Cross of California
P O BOX 60007
Los Angeles, CA 90060

Dear Magelssen,

Per your request it follows the copy of my Blue Cross I D. Card.
My birth date is        59 and my full name is Noemia Alves Carvalho.

Thank you for your attention in this matter

Sincerely,

*Noemia Alves Carvalho*
Noemia Alves Carvalho

Cc   Better Business Bureau
     Credit Consulting Services
     Bayside Medical Group, Inc  -

REDACTED

P 1807

  

Blue Cross
Blue Shield
PPO

CARVALHO NOEMIA
ID# WMM       -1135    GRP# WMM363

COPAY   OV $0   ER $0



BC PLAN 363 BS PLAN 865

Member Service/Benefit Questions  Call 1-800-346-1593

To Receive High Level Benefits  You must receive care from a network
provider  If you choose to receive care through an out of network
provider  for other then emergency care  you will receive payment at a
reduced level of benefits

Hospital or Facility Admissions  You are required to call 1-877-917-2161
Mental Health and Substance Abuse Care  Call 1-800-424-1754 for
network and benefits information and always before an admission.
Member Submitted Claims  If the provider does not submit your claim to
their local Blue Cross Blue Shield plan  send it to Highmark Blue Cross
Blue Shield  P O  Box 1210  Pittsburgh  PA 15230-1210
Your health benefits are entirely funded by your employer  Highmark
Blue Cross Blue Shield provides administrative and claims payment
services only
     Highmark Blue Cross Blue Shield is an independent Licensee
            of the Blue Cross and Blue Shield Association
                    www.highmarkbcbs.com          ACB046

REDACTED

P. 1



Blue Cross
of California *

PRUDENT BUYER PLAN®
PPO



CARVALHO NOEMIA
ID#  CBN           1135  9APFCBN3B3
COPAY  OV$0    ER$0

BC Plan D40

Benefits questions  1-800-349-1896

To secure the highest level of benefits you must receive care from a Prudent Buyer/PPO Network provider.  If you choose to receive care through a non-network provider you will receive payment at a reduced level of benefits.

For all hospital or facility admissions, you are required to call  1-800-846-1895.

Prudent Buyer Providers  Submit claims to Blue Cross of California, PO Box 9271, Van Nuys, CA 91409

Member submitted claims  If the provider does not submit your claim to the local BC/BS network, send your claim to Highmark Blue Cross Blue Shield, P O Box 1210  Pittsburgh, PA 15230-1210

Your health benefits are entirely funded by your employer  Highmark Blue Cross Blue Shield provides administrative and claim payment services only

- An Independent Licensee of the Blue Cross Association
- Registered Mark of the Blue Cross Association
- Registered Mark of the WellPoint Health Networks Inc



REDACTED

P 1809

August 22, 2003

Noemia Alves Carvalho

Blue Cross of California
P O BOX 60007
Los Angeles, CA 90060

To Whom It May Concern:

My name is Noemia Alves Carvalho. I am writing to you due to a letter I received
from Bayside Medical Group, INC. I received a services on 10/19/01 in Berkeley
from a regular office visit. I was under the impression the bill was taken care of
until 03/06/03 when I received the letter from Bayside Medical Group claiming that
payment had not been made. Upon speaking with Shannon from Bayside Medical
Group on 8/22/03, we discovered the bill was being sent to the wrong address.
She also said to me they had received a denial of claim letter from Blue Cross.
(She was not willing to give any info on denial of claim).
Since then I had also received a letter from Credit Consulting Services
(see attached).
I need for this bill to be paid ASAP, or to receive a letter from you stating why it
will not to be paid. I do not want the confusion of others to jeopardize my credit.

My benefits were active with Blue Cross at the time of my office visit.
Please contact Bayside Medical Group at (925) 587-2500 Ext: 51 (Shannon)
Or myself at (510)

Sincerely,

Noemia Alves Carvalho
Noemia Alves Carvalho

Cc: Better Business Bureau
      Credit Consulting Services
      Bayside Medical Group, Inc

REDACTED

# BAYSIDE MEDICAL GROUP, INC.

Bayside Pediatrics, A Medical Corporation
Bayside Family Practice Medical Associates, Inc
Bayside Travel Medical Group, Inc

| PATIENT NAME | | BALANCE DUE |
|---|---|---|
| NOEMIA CARVALHO | | |
| **BILL DATE** | **ACCOUNT NO** | **AMOUNT PAID** |
| 01/15/02 | | |

**RESPONSIBLE PARTY NAME / ADDRESS**

_____ NOEMIA CARVALHO
_____



THIS IS A STATEMENT OF SERVICES RENDERED BY CLINICIANS WHO ARE MEMBERS OF.

BAYSIDE MEDICAL GROUP INC
942854917bmg1
5720 STONERIDGE MALL #240
PLEASANTON CA 94588

DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED RETAIN BOTTOM PORTION FOR YOUR RECORDS

FOR CREDIT CARD PAYMENTS PLEASE SEE REVERSE SIDE PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

| DATE OF SERVICE | CLINICIAN NAME / DESCRIPTION OF SERVICE | INSURANCE ACTIVITY | PATIENT RESPONSIBILITY |
|---|---|---|---|
| 10/19/01 | S HART     OFFICE VISIT, NEW PT | 118.00 | |
| 12/26/01 | INSURANCE PAYMENT | 00 | |
| | NOT ELIGIBLE AT TIME OF SRVC | | |
| | PLEASE CALL YOUR INSURANCE | | |
| | < AMOUNT DUE > | | 118.00 |

*Sent back on 2-13-02*

| DATE | PATIENT NAME | ACCOUNT NO | **PAY THIS AMOUNT** → | 118.00 |
|---|---|---|---|---|
| 01/15/02 | NOEMIA CARVALHO | | | |

↑ PAYMENTS RECEIVED ON OR AFTER THIS DATE
WILL APPEAR ON YOUR NEXT STATEMENT

MAKE CHECKS PAYABLE TO
BAYSIDE MEDICAL GROUP, INC

FOR BILLING INQUIRIES PLEASE CALL (925) 587-2500

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

PAYMENT IS DUE 14 DAYS FROM THE STATEMENT DATE.

OUR BUSINESS OFFICE HAS A NEW PHONE # (925)587-2500

REDACTED


**Blue Shield of California**
An Independent Member of the Blue Shield Association

P.O. BOX 272550, CHICO, CA 95927-2550
(800) 444-1409

NOEMIA CARVALHO

# EXPLANATION OF BENEFITS

**RECEIVED**
**JAN 1 5 2002**

CHICO CUSTOMER SERVICE

ISSUE DATE : 12 28 01
PAGE : 1

EXPLANATION OF BENEFITS NO : 330274810

Your claim has been processed in accordance with the
subscriber's health plan  This detail explanation will
clarify your payment responsibility or reimbursement
Please see reverse side for an important message

| PATIENT NAME SUBSCRIBER NUMBER GROUP NUMBER | CLAIM NUMBER SERVICES BILLED PROCEDURE NUMBER | DATES OF SERVICES NUMBER OF SERVICES | AMOUNT BILLED | AMOUNT ALLOWED | | DEDUCTIBLE AMOUNT | COPAYMENT AMOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|---|---|

PROVIDER OF SERVICES : BAYSIDE PEDIATRICS
PHYSICIAN MEMBER - YES

FOR THE CLAIM RECEIVED ON : 12/20/01

| CARVALHO NOEMIA | 26013542123200 | 10/19/01-10/19/01 | 116 00 | 0.00 | 2 | 0.00 | 0.00 | 0.00 |
| 000LBA5650000 | MISC SERVICES | 1 | | | | | | |
| | 99203 | | | | | | | |

TOTALS :                                       116 00      0 00                 0.00       0.00       0.00

NOTES :

1  **************************************************************************
   *           THANK YOU FOR CHOOSING BLUE SHIELD OF CALIFORNIA.           *
   *   PLEASE READ THE IMPORTANT INFORMATION FOOTNOTED.  NUMBERS ON THE    *
   *      FOOTNOTES CORRESPOND TO THE NUMBERS IN THE "NOTES" COLUMN        *
   **************************************************************************

2  OUR ELIGIBILITY RECORDS INDICATE THAT THIS PERSON IS NOT CURRENTLY ENROLLED IN A BLUE SHIELD OF
   CALIFORNIA HEALTH CARE PLAN   PLEASE CONTACT THE BLUE SHIELD CUSTOMER SERVICE DEPARTMENT IF YOU
   HAVE ADDITIONAL INFORMATION REGARDING ELIGIBILITY.

EXPLANATION OF BENEFITS TOTALS :               116 00      0.00                 0.00       0 00       0.00

*January 10, 2002*
*To Whom it may concern:*
*Please forward this bill to Blue Cross:*
*personally, I don't have no idea why Blue*
*Shield of California is sending this bill to*
*me. Thank you for your attention in this matter.*
*Noêmia Carvalho.*

1214-1

THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

REDACTED

# CREDIT CONSULTING SERVICES, INC.

P O Box 5879 • 201 John Street, Suite E • Salinas, CA 93915
831-424-0606 • 831-375-9836 • Outside 831  1-800-679-6888

October 31, 2003

Noemia Carvalho

RE  BAYSIDE MEDICAL GROUP  INC

ACCOUNT NO
AMOUNT          $118 00
INTEREST         $23 99
BALANCE DUE  : $141.99

**W A R N I N G**

*To: Rochell or claudia*
*Blue Cross of california*
*is responsible to pay this*
*bill.*

YOU HAVE FAILED TO SEND US YOUR PAYMENT

YOU HAVE IGNORED OUR PREVIOUS DEMANDS

UNLESS YOU RESPOND TO THIS NOTICE IMMEDIATELY, EXPECT THE RESULTS OF YOUR OWN NEGLECT

PAYMENT MUST BE MADE TO THIS OFFICE WITHOUT FURTHER NOTICE

*noemia carvalh*

VERY TRULY YOURS,

Rochell Michaels

CREDIT CONSULTING SERVICES, INC

*THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

This communication is from a collection agency

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - In order to credit your account properly, you must return this bottom portion with your payment - - - - - - - - - - -

P O BOX 5879
SALINAS, CA 93915-5879

Address Service Requested

04ZF

Please charge to the following credit card

☐ Visa   ☐ MasterCard

Card # _ _ _ _ _ . _ _ _ _ _ . _ _ _ _ _ . _ _ _ _ _

Cardholder Name _____

Exp Date _____ / _____ / _____ Pmt Amt $_____

Signature _____

Noemia Carvalho                    1834329

llıllıılulılllıllıılllıılllulıllılılılulıllılılılulıll

CCS, Inc
P O Box 5879
Salinas CA 93915-5879

llılıılllıılllıllılılılılılıllılıllılılılulıllılılılulıll

04ZF 000051P 1 015 000047 305 049000 Z-NOCRE

REDACTED



# CREDIT CONSULTING SERVICES, INC.

PO Box 5879 • 201 John Street Suite E • Salinas, CA 93915
831-424-0606 • 831-375-9836 • Outside 831: 1-800-679-6888

SEPTEMBER 15, 2003

NOEMIA CARVALHO

CREDITOR: BAYSIDE MEDICAL GROUP, INC.

AMOUNT   : $  118.00
INTEREST: $   22.50
TOTAL    : $  140.50

TO USE VISA/MASTERCARD PLEASE SEE REVERSE SIDE

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR REMITTANCE

## PROTECT YOUR CREDIT

THIS IS JUST A REMINDER. IF PAYMENT IN FULL REACHES THIS OFFICE
BY 10-8-03, THEN THIS COLLECTION ACCOUNT WILL NOT BE REPORTED ON
YOUR EXPERIAN, EQUIFAX, AND TRANSUNION CREDIT RECORDS. PROTECT
YOUR CREDIT, SEND PAYMENT IN FULL.

VERY TRULY YOURS,

ROCHELL MICHAELS

CREDIT CONSULTING SERVICES, INC.
A PROFESSIONAL COLLECTION AGENCY

REDACTED

This is an attempt to collect a debt. Any information obtained will be used for that purpose
Esta notificación es con la intención de cobrar una deuda. Cualquier información que obtengamos sera usada con ese propósito

 AS AN ADDITIONAL CONVENIENCE, THIS OFFICE ACCEPTS VISA AND
MASTERCARD  IF YOU WISH TO USE YOUR VISA OR MASTERCARD
PLEASE COMPLETE THE INFORMATION BELOW AND RETURN TO OUR
OFFICE 

NAME _____
                                        (PRINT)

Please charge to the following credit card

☐     VISA No _____     Expiration
                                                                              Date _____

☐     MasterCard No _____     Expiration
                                                                              Date _____

                                                                              Payment
Signature _____     Amount $ _____

₱ 1 8 1

# CREDIT DATA INFORMATION

16021 Arrow Highway Unit E Irwindale CA 91706
Tel (626) 337-4949 * Fax (626) 337-3849

**CREDIT REPORT**

| FILE # | 115795    FNMA #1 AIE98192 | REPORT DATE | 8/10/2004 |
|---|---|---|---|
| REPORT TO | WISE INVESTMENTS ENTERPRISE - | DATE ORDERED | 8/10/2004 |
| LOAN TYPE | | REPOSITORIES | XP/TU/SP |
| LOAN # | | PRICE | $30.00 |

| BORROWER | CARVALHO, NOEMIA ALVES | MARITAL STATUS | |
|---|---|---|---|
| CO-BORROWER | | DEPENDENTS | |
| STREET | | YEARS AT ADDR | |
| CITY STATE, ZIP | | | |

| **BORROWER** | | **CO-BORROWER** | |
|---|---|---|---|
| SOC SEC # | | SOC SEC # | |
| AGE | | AGE | |
| EMPLOYER | | EMPLOYER | |
| POSITION | | POSITION | |
| SINCE | | SINCE | |
| MONTHLY INCOME | | MONTHLY INCOME | |
| VERIFIED BY | | VERIFIED BY | |

| CREDITOR | OPENING / DATE LAST ACTIVITY | REPORTED DATE | HIGH CREDIT | BALANCE-TERMS | PAST DUE AMOUNT | 30 | 60 | 90 | HISTORICAL STATUS REV | PRESENT STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SCORE MODELS

```
3 NOEMIA ALVES CARVALHO -
   EQUIFAX/BEACON
   00040 - DEROGATORY PUBLIC RECORD OR COLLECTION FILED
   00020 - LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
   00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
   00008 - TOO MANY INQUIRIES LAST 12 MONTHS

2 NOEMIA ALVES CARVALHO -
   TRANSUNION/EMPIRICA
   040 - DEROGATORY PUBLIC RECORD OR COLLECTION FILED
   020 - LENGTH IF TIME SINCE DEROGARTORY PUBLIC RECORD OR COLLECTION IS TOO SHORT.
   014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
   028 - NUMBER OF ESTABLISHED ACCOUNTS

1 NOEMIA A CARVALHO -
   EXPERIAN/FAIR ISAAC
   40 - DEROGATORY PUBLIC RECORD OR COLLECTION FILED
   20 - LENGTH OF TIME SINCE LEGAL ITEM FILED OR COLLECTION ITEM REPORTED
   14 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
   32 - NO RECENT INSTALLMENT LOAN INFORMATION
```

### CREDIT

| CREDITOR | OPEN/ACT | REPORTED | HIGH CREDIT | BALANCE-TERMS | PAST DUE | 30 | 60 | 90 | REV | PRESENT STATUS | ECOA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHASE MORT | 07/03 07/04 | 07/04 | $291000 MTG | $286411 360 $1410 | $0 | 0 | 0 | 0 | 12 | AS AGREED XP/TU/EF | J |
| DISCOVER FINANCIAL S | 12/98 07/04 | 07/04 | $11000 REV | $723 $14 | $0 | 0 | 0 | 0 | 46 | AS AGREED XP/TU/EF | B |
| CHASE NA | 01/04 06/04 | 07/04 | $2300 REV | $400 $10 | $0 | 0 | 0 | 0 | 7 | AS AGREED XP/TU/EF | B |
| AMEX | 01/04 07/04 | 08/04 | $2000 REV | $325 $16 | $0 | 0 | 0 | 0 | 5 | AS AGREED XP/TU/EF | B |
| FLEET CC | 04/02 07/04 | 07/04 | $11200 REV | $158 $10 | $0 | 0 | 0 | 0 | 27 | AS AGREED XP/TU/EF | B |
| AMEX | 04/93 11/94 | 11/01 | - OPEN | $0 $0 | $0 | 0 | 0 | 0 | | PAID TU/EF | B |
| BANKAMERIC | 07/98 07/04 | 07/04 | $2500 REV | $0 $0 | $0 | 0 | 0 | 0 | 72 | PAID XP/TU/EF | B |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |
| CAPITAL ONE BANK | 03/94 04/99 | 04/99 | $7288 REV | $0 $0 | $0 | 0 | 0 | 0 | 62 | PAID XP/TU | J |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| CBUSASEARS | 09/01 07/04 | 07/04 | $3900 REV | $0 $0 | $0 | 0 | 0 | 0 | 34 | AS AGREED XP/TU/EF | B |
| CHASE | 04/97 07/03 | 07/03 | $11500 REV | $0 $0 | $0 | 0 | 0 | 0 | 48 | CRCDLOST XP/TU/EF | B |

ECOA KEY B=BORROWER C=CO-BORROWER, S=SHARED, J=JOINT, U=UNDESIGNATED, A=AUTHORIZED USER

The reporting bureaus maintain data for information in all transactions Mortgage Credit Reports compliance with the requirements of ECOA, Freddie Mac, FHA, VA, and HUD etc. The information is confidential and may be in a alleged source as requested by PUBLIC LAW 91-508, S. 375 94-239

Page 1/5

REDACTED

p 181

# CREDIT DATA INFORMATION

16021 Arrow Highway, Unit E Irwindale, CA 91706
Tel (626) 337-4949 * Fax (626) 337-3949

**CREDIT REPORT**

| FILE # | 113795    FNMA # AIE58192 | REPORT DATE | 8/10/2004 |
|---|---|---|---|
| REPORT TO | WISE INVESTMENTS ENTERPRISE - | DATE ORDERED | 8/10/2004 |
| LOAN TYPE | | REPOSITORIES | XP/TU/EF |
| LOAN # | | PRICE | $30 00 |

| BORROWER | CARVALHO, NOEMIA ALVES | MARITAL STATUS | |
|---|---|---|---|
| CO-BORROWER | | DEPENDENTS | |
| STREET | | YEARS AT ADDR | |
| CITY, STATE, ZIP | | | |

| CREDITOR | OPENING DATE/LAST ACTIVITY | REPORTED DATE | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | HISTORICAL STATUS 30 | 60 | 90 | MOS REV | PRESENT STATUS | ECOA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHASE | 04/97 04/02 | 04/02 | $7500 REV | $0 $0 | $0 | 0 | 0 | 0 | 60 | PAID XP/TU/EF | B |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| CHASE | 01/97 07/99 | 07/99 | $6500 REV | $0 $0 | $0 | 0 | 0 | 0 | 29 | PAID XP/TU/EF | B |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| CHASE | 04/97 07/03 | 08/04 | $12700 REV | $0 $0 | $0 | 0 | 0 | 0 | 46 | AS AGREED XP/TU/EF | B |
| CITI | 06/92 05/03 | 07/03 | $8100 REV | $0 $0 | $0 | 0 | 0 | 0 | 17 | PAID TU/EF | B |
| CITI | 06/92 03/00 | 09/01 | $6100 REV | $0 $0 | $0 | 0 | 0 | 0 | 99 | AS AGREED TU/EF | B |
| CITIMORTGAGE INC | 03/03 08/03 | 08/03 | $291000 MTG 360 | $0 $0 | $0 | 0 | 0 | 0 | 2 | PAID XP/TU/EF | J |
| DISCOVR CD | 12/98 08/02 | 02/03 | REV | $0 $0 | $0 | 0 | 0 | 0 | | CRCDLOST XP/TU/EF | B |
| FIRST CARD | 06/95 07/96 | 07/96 | $5000 REV | $0 $0 | $0 | 0 | 0 | 0 | | AS AGREED TU | B |
| FIRST USA BANK | 06/95 10/99 | 10/99 | $6000 REV | $0 $0 | $0 | 0 | 0 | 0 | 53 | PAID XP/TU/EF | B |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| FIRST USA BANK N A | 08/99 10/01 | 10/01 | $6000 REV | $0 $0 | $0 | 0 | 0 | 0 | 25 | PAID XP/TU/EP | B |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| FIRST USA BANK N A | 12/97 07/01 | 07/01 | $10000 REV | $0 $0 | $0 | 0 | 0 | 0 | 44 | PAID XP/TU/EF | B |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| FLEET CC | 04/02 09/02 | 09/02 | $9000 REV | $0 $0 | $0 | 0 | 0 | 0 | 5 | AS AGREED EF | B |
| FUSA NA | 11/95 09/98 | 01/98 | $3500 REV | $0 $0 | $0 | 0 | 0 | 0 | 26 | PAID TU/EF | B |
| CLOSED ACCOUNT | | | | | | | | | | | |
| FUSA NA | 08/90 12/95 | 07/97 | $2500 REV | $0 $0 | $0 | 0 | 0 | 0 | 69 | PAID TU/EF | B |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |
| GE/CARD/CO | 12/97 03/99 | 08/99 | - REV | $0 $0 | $0 | 0 | 0 | 0 | 20 | PAID EF | B |
| TRANSFERRED TO ANOTHER LENDER | | | | | | | | | | | |
| HE/COMPUSA | 02/95 04/98 | 04/98 | - REV | $0 $0 | $0 | 0 | 0 | 0 | 37 | PAID TU/EF | S |
| ACCOUNT CLOSED BY CONSUMER. | | | | | | | | | | | |
| HHLD BANK | 03/94 01/98 | 01/98 | $3514 REV | $0 $0 | $0 | 0 | 0 | 0 | 48 | PAID XP/TU/EF | B |
| HHLD BANK | 01/01 07/01 | 08/01 | $4000 REV | $0 $0 | $0 | 0 | 0 | 0 | 78 | AS AGREED XP | S |
| HOME COMING FUNDING | 07/02 04/03 | 04/03 | $32900 MTG 180 | $0 $0 | $0 | 0 | 0 | 0 | 4 | PAID XP/TU/EF | S |

ECOA KEY B=BORROWER, C=CO BORROWER, S=SHARED, J=JOINT, U=UNDESIGNATED, A=AUTHORIZED USER

as required by PUBLIC LAW 91 508, 95-576 Sec 119

*Page 2/5*

REDACTED

P 18

# CREDIT DATA INFORMATION

18021 Arrow Highway, Unit E Irwindale CA 91706
Tel. (626) 337-4949  *  Fax (626) 337 3949

**CREDIT REPORT**

| FILE # | 115795    FNMA #  AIE98192 | REPORT DATE | 8/10/2004 |
|---|---|---|---|
| REPORT TO | WISE INVESTMENTS ENTERPRISE - | DATE ORDERED | 8/10/2004 |
| LOAN TYPE | | REPOSITORIES | XP/TU/EF |
| LOAN # | | PRICE | $30.00 |

| BORROWER | CARVALHO, NOEMIA ALVES | MARITAL STATUS | |
|---|---|---|---|
| CO-BORROWER | | DEPENDENTS | |
| STREET | | YEARS AT ADDR. | |
| CITY STATE, ZIP | | | |

| CREDITOR | OPENED DATE / DATE LAST ACTIVITY | REPORTED DATE | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | HISTORICAL STATUS 30 | 60 | 90 | MOS REV | PRESENT STATUS | E C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDYMAC BANK | 07/02 04/03 | 04/03 | $263500 | $0 MTG 360 | $0 | 0 | 0 | 0 | 6 | PAID XP/TU/EF | J |
| MCCBG/GAP | 01/03 03/01 | 07/04 | $1200 | $0 REV | $0 | 0 | 0 | 0 | 54 | AS AGREED XP/TU/EF | B |
| MCCBG/WESTERN APPLIA | 10/02 04/03 | 08/04 | $5500 | $0 REV | $0 | 0 | 0 | 0 | 22 | AS AGREED XP/TU/EF | B |
| PEOPLES BANK | 08/99 10/01 | 10/01 | $6400 | $0 REV | $0 | 0 | 0 | 0 | 45 | PAID XP/TU/EF | B |
| CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY SUBSCRIBER | | | | | | | | | | | |
| RNB-MERVYN | 08/02 11/02 | 07/04 | $1000 | $0 REV | $0 | 0 | 0 | 0 | 23 | PAID XP/TU/EF | B |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |
| STUDENT LOAN MKT ASS | 04/95 11/99 | 11/99 | $875 | $0 EDU | $0 | 0 | 0 | 0 | 57 | PAID XP/TU/EF | B |
| ACCOUNT TRANSFERRED TO ANOTHER LENDER | | | | | | | | | | | |
| STUDENT LOAN MKT ASS | 04/95 12/99 | 11/99 | $1500 | $0 EDU | $0 | 0 | 0 | 0 | 57 | PAID XP/TU/EF | B |
| ACCOUNT TRANSFERRED TO ANOTHER LENDER | | | | | | | | | | | |
| TOYOTA MOTOR CREDIT | 04/94 04/95 | 04/95 | $13173 | $0 AUTO 042 | $0 | 0 | 0 | 0 | 13 | PAID XP/TU/EF | B |
| UNVL/CITI | 03/99 05/00 | 04/01 | $7000 | $0 REV | $0 | 0 | 0 | 0 | 24 | PAID XP/TU/EF | B |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |
| WFNNB/EXPRESS | 12/03 02/04 | 08/04 | $350 | $0 REV | $0 | 0 | 0 | 0 | 7 | AS AGREED XP/TU/EF | B |
| WFNNB/VCTRIA | 10/99 | 10/99 | $1000 | $0 REV | $0 | 0 | 0 | 0 | 1 | AS AGREED XP/TU/EF | B |

- - - - - - - - - - - - C O L L E C T I O N   A C C O U N T S - - - - - - - - - - - -

| CREDIT CONST | 08/03 09/03 | $118 OPEN | $118 | $118 | | | | | COLLECTION TU | B |
|---|---|---|---|---|---|---|---|---|---|---|
| PLACED FOR COLLECTION, CLIENT NAME MEDICAL | | | | | | | | | | |
| CREDIT CONSULTING SE | 08/03 11/01 | 09/03 | $118 OTHE | $118 | $0 | | | | | COLLECTION XP/EF | B |

- - - - - - - - - - - - T R A D E   S U M M A R Y - - - - - - - - - - - -

| | COUNT | BALANCE | PAYMENT | PAST DUE |
|---|---|---|---|---|
| MORTGAGE | 4 | 286411 | 1410 | 0 |
| INSTALLMENT | 3 | 0 | 0 | 0 |
| OPEN | 2 | 118 | 118 | 118 |
| REVOLVING | 32 | 1606 | 50 | 0 |
| OTHER | 1 | 118 | 0 | 0 |
| TOTAL | 42 | 288253 | 1578 | 118 |

← $188.00 Blue Cross

- - - - - - - - - - - - D E R O G A T O R Y   S U M M A R Y - - - - - - - - - - - -

| CHARGE OFFS | 0 | DELINQ 30 DAYS | 0 | INQUIRIES | 1 |
|---|---|---|---|---|---|
| COLLECTIONS | 2 | 60 DAYS | 0 | | |
| BANKRUPTCY ACCOUNTS | 0 | 90 DAYS | 0 | | |
| PUBLIC RECORDS | 0 | OTHER | 0 | | |

ECOA KEY  B=BORROWER, C=CO-BORROWER, S=SHARED, J=JOINT, U=UNDESIGNATED, A=AUTHORIZED USER

**Page 3/5**

REDACTED

**CREDIT DATA INFORMATION**
16031 Arrow Highway  Unit E  Irwindale, CA 91706
Tel (626) 337-4949  •  Fax (626) 337 3949

**CREDIT REPORT**

| FILE # | 115795 | PNMA # AIE96192 | REPORT DATE | 8/10/2004 |
|---|---|---|---|---|
| REPORT TO | WISE INVESTMENTS ENTERPRISE - | | DATE ORDERED | 8/10/2004 |
| LOAN TYPE | | | REPOSITORIES | XP/TU/EF |
| LOAN # | | | PRICE | $30 00 |

| BORROWER | CARVALHO, NOEMIA ALVES | MARITAL STATUS | |
|---|---|---|---|
| CO-BORROWER | | DEPENDENTS | |
| STREET | | YEARS AT ADDR | |
| CITY, STATE, ZIP | | | |

| CREDITOR & # | OPENING DATE / DATE LAST ACTIVITY | REPORTED DATE | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | HISTORICAL STATUS 30 1 / 60 2 / 90 3 | PRESENT STATUS | ECOA |
|---|---|---|---|---|---|---|---|---|

**P U B L I C   R E C O R D S**

**\*\*\* NO RECORD FOUND \*\*\***

**I N Q U I R I E S   ( O N L Y   L A S T   9 0   D A Y S   S H O W N )**

| TU | 08/10/04 | CREDIT DATA |
|---|---|---|

**S O U R C E   O F   I N F O R M A T I O N**

**1 - EXPERIAN**
NAME  NOEMIA A CARVALHO DOB  1978
NAME  NOEMIA ALVES AMBROZINO
SSN.
ADDRESS
ADDRESS
ADDRESS
EMPLOYER: WASTE MANAGEMENT//  04/02
EMPLOYER  VAN BUREN APARTMENTS//  03/00

**2 - TRANSUNION**
NAME  NOEMIA ALVES CARVALHO DOB. 04/02/1959
SSN:
ADDRESS
ADDRESS
ADDRESS.

**3 - EQUIFAX**
NAME: NOEMIA ALVES CARVALHO DOB  04/02/1959
NAME: CARVALHO NOEMIA ALVES
SSN:
ADDRESS
ADDRESS:
ADDRESS
EMPLOYER: ROYAL PLUMBING SUPPL//

**C R E D I T O R S**

| AMEX | P O BOX 7871, FORT LAUDERDALE FL 33329 | (305) 473-3361 |
|---|---|---|
| ASTORIA FED S & L | ONE WALL STREET,ONEONTA, NY 13820 | 800-525-9094 |
| BANK OF AMERICA | 1825 E BUCKEYE RD,PHOENIX, AZ 85034 | 800-242-5722 |
| BENEFICIAL NATIONAL | 1405 FOULK RD,WILMINGTON DE 19808 | 302-478-9056 |
| CAPITAL 1 BK | 11013 W BROAD ST GLEN ALLEN, VA 23060 | |
| CAPITAL ONE BANK | PO BOX 85068,GLEN ALLEN, VA 23058 | BYMAILONLY |
| CHASE | 100 DUFFY AVE,HICKSVILLE, NY 11801 | 800-256-6555 |
| CHASE MANHATTAN MORT | 101 E TOWN STREET,COLUMBUS OH 43215-5187 | 614-842-7000 |
| CHASE MANHATTAN MTGE | 3415 VISION DR COLUMBUS, OH 43219 | 800-848-9380 |
| CHASE MORT | 200 OLD WILSON BRD,WORTHINGTON, OH 43085 | 614-842-7000 |
| CHASE NA | 4915 INDEPENDENCE,TAMPA, FL 33634 | 800-356-5555 |
| CITI BANK | P O  BOX 6500 C/O CITI CORP,SIOUX FALLS S) 57117-6 | |
| CITIBANK - VISA | P O  BOX 6500 SIOUX FALLS SD 57117-6500 | |
| CITIBANK MC | PO BOX 6241,SIOUX FALLS, SD 57117 | 800-843-0777 |
| CTTIBANK N. A. | 15851 CLAYTON ROAD MS-301,BALLWIN MO 63011 | 314-256-5000 |
| CITIBK VISA | 701 E 60TH ST N,SIOUX FALLS, SD 57117 | 800-950-5114 |
| CITIMORTGAGE INC | 15851 CLAYTON RD,BALLWIN, MO 63011 | 800-723-7906 |
| CREDIT CONSULTING | 201 JOHN ST WE,SALINAS CA 93901 | (831) 424-0606 |
| CREDIT CONSULTING SE | 201 JOHN DR WE,SALINAS, CA 93901-3345 | 831-424-0606 |
| CREDIT CONSULTING SVC | P O BOX 5879,SALINAS, CA 93915 | 831-424-0606 |
| DISCOVER FIN | POB 15316,WILMINGTON, DE 19850 | |
| DISCOVER FINANCIAL S | PO BOX15316 ATT.CMS/PROD DEVELOP,WILMINGTON DE 198 | |
| DISCOVER FINANCIAL SVC | P O BOX 15316,WILMINGTON, DE 19850 | BYMAILONLY |
| FIRST CARD | 2500 WESTFIELD DR MAIL SUITE 6237,ELGIN, IL 60123 | 847-888-6000 |

FCOA KEY B=BORROWER, C=CO-BORROWER, S=SHARED, J=JOINT, U=UNDESIGNATE D A=AUTHORIZED USER

REDACTED

P 181

## CREDIT DATA INFORMATION
16021 Arrow Highway Unit E, Irwindale, CA 91706
Tel (626) 337-4949 * Fax (626) 337 3849

**CREDIT REPORT**

| | | |
|---|---|---|
| FILE # | 115795    FNMA #. A1E98192 | REPORT DATE  8/10/2004 |
| REPORT TO | WISE INVESTMENTS ENTERPRISE - | DATE ORDERED  8/10/2004 |
| LOAN TYPE | | REPOSITORIES  XP/TU/EP |
| LOAN # | | PRICE  $30 00 |

| | | |
|---|---|---|
| BORROWER | CARVALHO, NOEMIA ALVES | MARITAL STATUS |
| CO-BORROWER | | DEPENDENTS |
| STREET | | YEARS AT ADDR |
| CITY, STATE, ZIP | | |

| CREDITOR | REPORTED DATE | PRESENT STATUS |
|---|---|---|
| FIRST USA BANK | FCC NATL BK 300 KING ST,WILMINGTON, DE 19301 | BYMAILONLY |
| FIRST USA BANK N A | 1523 CONCORD PK,WILMINGTON, DE 19803 | 800-955-9900 |
| FIRST USA BANK, NA | 2500 WESTFIELD RD,STE 6,ELGIN IL 60123 | 800-955-8010 |
| FIRST USA BK | P O BOX 923,KINGS MILLS, OH 45034 | 800-544-5232 |
| FIRST USA NA | 900 N MARKET STREET,WILMINGTON DE 19801 | |
| FLEET CC | 200 TOURNAMENT DR,HORSHAM, PA 19044 | BYMAILONLY |
| FBT USA BK | 3 CHRISTIANA 201 N WALNUT ST,WILMINGTON, DE 19801 | 302-594-4000 |
| GAP | P O BOX 29116,SHAWNEE MISSIO, KS 66201 | |
| GE CAPITAL CONSUMER | 5300 KINGS ISLAND DR,MASON OH 45040 | 800-677-1020 |
| HH BANK | POB 98706,LAS VEGAS, NV 89193 | |
| HOLD BANK | PO BOX 58706,LAS VEGAS, NV 89193 | BYMAILONLY |
| HOME COMING FUNDING NE | 2711 N HASKELL AVE EW 1,DALLAS, TX 75204 | 800-797-7130 |
| HOMECOME FIN | 2711 N HASKELL SUITE 1000,DALLAS, TX 75201 | 800-206-2901 |
| HOMECOMING FINANCIAL | PO BOX 890036,DALLAS TX 75389 | 800-206-2901 |
| HOUSEHOLD CREDIT SER | 1441 SCHILLING PLACE,SALINAS CA 93901 | |
| HRS | 90 CHRISTIANA RD,NEW CASTLE, DE 19720 | |
| HRS/COMPUSA | 200 BENEFICAL CTR,PEAPACK, NJ 07977 | |
| INDYMAC BANK HOME LO | 6900 BEATRICE DRIVE,KALAMAZOO MI 49009-8070 | 800-781-7399 |
| LOANWORKS | ONE NATIONAL CITY PARKWA,KALAMAZOO, MI 49.09 | 800-781-7399 |
| MCCBG/GAP | PO BOX 29116,SHAWNEE MISSION, KS 66201 | |
| MCCBG/WESTER | P O BOX 276 MAIL CODE OH 3-428,DAYTON, OH 45401 | 937-534-6950 |
| MCCBG/WESTERN APPLIANCE | PO BOX 276,DAYTON OH 454010276| | (937) 534-6950 |
| PEOPLES BANK | 1000 LAFAYETTE BLVD 11TH,BRIDGEPORT, CT 06604 | 203-338-3314 |
| RNB - MERVYNS | 3701 WAYZATA BLVD,MINNEAPOLIS, MN 55416 | BYMAILONLY |
| RNB/MERVYN'S | 3701 WAYZATA BLV MAILSTOP 2CF,MINNEAPOLI , MN 554 | |
| RNB-MERVYNS | 3701 WAYZATA BV MAIL STOP,MINNEAPOLIS MN 55416 | 612-307-5879 |
| SALLIE MAE-FFELP | 1002 ARTHUR DRIVE LYNN, HAVEN FL 32444 | 900-558-7862 |
| SEARS | 13200 SMITH RD,CLEVELAND, OH 44130 | BYMAILONLY |
| STUDENT LOAN MKT ASSN | 220 LASLEY AVENUE,WILKES BARRE, PA 18706 | 913-841-0234 |
| TOYOTA MOTOR CREDIT | ADDRESS NOT AVAILABLE,ATLANTA GA 30309 | 800-801-2055 |
| TOYOTA MOTOR CREDIT CO | 90 CRYSTAL RUN ROAD STE,MIDDLETOWN, NY 10940 | 914-695-2300 |
| TOYOTA MTR | 19001 S WESTERN AV,TORRANCE, CA 90501 | |
| UCS/UNIVERSAL CARD SER | PO BOX 44267,JACKSONVILLE, FL 32231 | |
| UNIVERSAL BANK, NA | 8787 BAYPINES ,JACKSONVILLE FL 32201 | 904-954-8788 |
| UNVL BK NA | 8787 BAY PINE RD,JACKSONVILLE, FL 32256 | 904-954-7500 |
| WFN VICTORIA'S SECRE | 220 W SCHROCK,WESTERVILLE OH 43081 | |
| WFNNB/EXPRESS | 655 WEST 112TH ST,NORTHGLENN, CO 80234 | 800-888-3257 |
| WFNNB/VCTRIA | 220 W SCHROCK RD,WESTERVILLE. OH 43081 | 614-523-0200 |

**M I S C E L L A N E O U S   I N F O R M A T I O N**

Instant View Password
Fannie User ID.
To verify the authenticity of this credit report, please visit http://cdi.mendianlink com
and click on the Instant View link.  Enter report number 115795 and password B5-304A1ABB to
view the report  For any inquiries regarding this report or service provided by CREDIT
DATA INFORMATION please contact us at 626-337-4949

This PREVIEW report contains *Infile* information including all pub ic records supplied by
the repositories shown on page 1  Its content has not been verified and may contain
duplicates and/or inaccurate information.  It is not, until completed, a Residential
Mortgage Credit Report as defined by FNMA, FHLMC, FHA/VA guidelines  Any questions
regarding this information should be directed to the appropriate repository service
center(s) listed below.

| | | |
|---|---|---|
| EXPERIAN (XP) | TRANS UNION (TU) | EQUIFAX (EF) |
| P O BOX 2002 | 2 BALDWIN PL | PO BOX 740241 |
| ALLEN, TX 75013 | P O BOX 1000 | ATLANTA, GA 30374 |
| (888) 397-3742 | CHESTER, PA 19022 | (800) 685-2111 |
| | (800) 888-4213 | |

*** END OF REPORT 8/10/2004 4:36 59 PM ***

ECOA KEY  B=BORROWER, C=CO-BORROWER, S=SHARED, J=JOINT, U=UNDESIGNATED, A=AUTHORIZED USER

REDACTED

EXHIBIT B

Letter (129735277-003)
  Monday, September 20, 2004


--------------------------
Information For Consumers
--------------------------

             Received On:  Thursday, September 16, 2004
                     Via:  Mail
      Initiated Because Of:  Consumer
              Printed On:  Monday, September 20, 2004
          Print Language:  English
        Paragraphs Added:  #207 Documentation Unusable

      Mailed To Consumer At:  NOEMIA CARVALHO


---------------------------------
Information For Internal Use Only
---------------------------------
              Created On:  Monday, September 20, 2004
                      At:  3:11:00 am
                      By:  REKHA ROBY (C5178)
                      At:  Consumer Relations Global

REDACTED

```
*** 129735277-003 ***
P.O. BOX 2000
Chester. PA 19022-2000
```

SEPTEMBER 20. 2004          FILE NUMBER 129735277

NOEMIA CARVALHO

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Dispute Status(CCS #███4329)

We are unable to accept the documentation you sent. However,
TransUnion will contact the source of the disputed information
to advise them of your dispute. We will ask them to verify the
accuracy of the reported information. When the investigation is
completed. you will receive written response and/or a copy of
your updated credit report to notify you of the results.

If you have any additional questions or concerns. please contact
TransUnion at the address shown below. or visit us on the web at
www.transunion.com for general information. When contacting our
office. please provide your current file number 129735277.

```
P.O. BOX 2000
CHESTER. PA 19022-2000
```

REDACTED

EXHIBIT C

Corrected Copy (129735277-004)
Wednesday, October 13, 2004

---------------------------
Information For Consumers
---------------------------

           Number Of Files:  01
       Initiated Because Of:  Consumer
               Completed On:  Wednesday, October 13, 2004
                 Printed On:  Thursday, October 14, 2004
             Print Language:  English
                 Sent Score:  No

      Mailed To Consumer At:  NOEMIA ALVES CARVALHO


               Copies Sent to:

--------------------------------
Information For Internal Use Only
--------------------------------
                 Created At:  8:35:00 am
                        By:  ACDV3 CRS2 (CRS9REQ3)
                        At:  Crum Lynne, PA

REDACTED

```
03  *** 129735277-004 ***           YOUR TRANSUNION FILE NUMBER:  129735277
    P.O. Box 2000                    PAGE  1 OF 13
    Chester, PA 19022                DATE THIS REPORT PRINTED: 10/13/2004

    RETURN SERVICE REQUESTED         SOCIAL SECURITY NUMBEP· XXX-XX-1135
                                     BIRTH DATE:          /1959
                                     YOU HAVE BEEN IN OUR FILES SINCE: 07/1990
                                     PHONE: 891-9028
```

CONSUMER REPORT FOR:


    CARVALHO, NOEMIA, ALVES


FORMER ADDRESSES REPORTED:

---

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CREDIT CONSULTING | 4329 | NEW INFORMATION BELOW |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED
ABOVE. YOUR UPDATED CREDIT INFORMATION FOLLOWS.

---

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION.
YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS
FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT
BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS
WORD IS NOT DISPLAYED TO ANYONE BUT YOU EXCEPT WHERE PERMITTED BY LAW.

### YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

REDACTED

REPORT ON CARVALHO, NOEMIA. ALVES                        PAGE  2 OF 13
SOCIAL SECURITY NUMBER: XXX-XX-1135        TRANSUNION FILE NUMBER:  129735277


>COLLECTION RECORD<
CREDIT CONSULTING  PH#: (831) 424-0606
201 JOHN ST STE E. SALINAS. CA 93901-3345
ACCT# ▮▮▮4329                          OPEN ACCOUNT
ACCT INFO DISPUTED BY CONSUMR
  UPDATED  10/2004   BALANCE:      $118   INDIVIDUAL ACCOUNT
  PLACED   08/2003   MOST OWED:    $118   MED1 BAYSIDE MEDICAL GROUP  INC
                     >PAST DUE:    $118<
  >STATUS AS OF 10/2004: COLLECTION ACCOUNT<

_____

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

REDACTED

EPORT ON CARVALHO, NOEMIA. ALVES                              PAGE  3 OF 13
OCIAL SECURITY NUMBER: XXX-XX-1135        TRANSUNION FILE NUMBER:  129735277

REDACTED

REPORT ON CARVALHO, NOEMIA, ALVES
SOCIAL SECURITY NUMBER: XXX-XX-1135     TRANSUNION FILE NUMBER: 129735277     PAGE  4 OF 13

REDACTED

REPORT ON CARVALHO. NOEMIA. ALVES
SOCIAL SECURITY NUMBER: XXX-XX-1135    TRANSUNION FILE NUMBER: 129735277    PAGE 5 OF 13

REDACTED

REPORT ON CARVALHO, NOEMIA. ALVES
SOCIAL SECURITY NUMBER: XXX-XX-1135

PAGE  6 OF 13
TRANSUNION FILE NUMBER:  129735277

REDACTED

REPORT ON CARVALHO. NOEMIA. ALVES                    PAGE  7 OF 13
SOCIAL SECURITY NUMBER: XXX-XX-1135    TRANSUNION FILE NUMBER:  129735277

REDACTED

EPORT ON CARVALHO, NOEMIA, ALVES                    PAGE  8 OF 13
OCIAL SECURITY NUMBER: XXX-XX-1135      TRANSUNION FILE NUMBER:  129735277

REDACTED

EPORT ON CARVALHO, NOEMIA, ALVES
OCIAL SECURITY NUMBER: XXX-XX-1135          TRANSUNION FILE NUMBER:   129735277

PAGE  9 OF 13

REDACTED

REPORT ON CARVALHO, NOEMIA, ALVES                                   PAGE 10 OF 13
SOCIAL SECURITY NUMBER: XXX-XX-1135    TRANSUNION FILE NUMBER: 129735277

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

```
SUBSCRIBER NAME                         INQUIRY TYPE    DATE
FIRST USA NA                            INDIVIDUAL      08/17/2004
    THREE CHRISTINA, WILMINGTON, DE 19801  PH#: NOT AVAILABLE
230 HSBC MORTGAGE VIA HSBC MORTGAGE CORP (USA)  INDIVIDUAL    08/12/2004
    2929 WALDEN AVE, DEPEW, NY 14043  PH#: NOT AVAILABLE
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
WISE INVESTMENTS -2 VIA CREDIT DATA INFORMATION  INDIVIDUAL   08/10/2004
    16021 EAST ARROW H, IRWINDALE, CA 91706  PH#: (626) 337-4949
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
CHASE MANHATTAN BANK                    INDIVIDUAL      01/11/2004
    4915 INDEPENDENCE , TAMPA, FL 33634  PH#: NOT AVAILABLE
CMMC/WHSL UDRWTG/SAN VIA FAC/REP MTG     INDIVIDUAL     05/27/2003
    12395 FIRST AMERIC, POWAY, CA 92064  PH#: (800) 637-2422
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
WISE INVESTMENTS -2 VIA CREDIT DATA INFORMATION  INDIVIDUAL   05/20/2003
    16021 EAST ARROW H, IRWINDALE, CA 91706  PH#: (626) 337-4949
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
CITIMORTGAGE INC VIA EQUIFAX MORTGAGE SERVICE    PARTICIPANT  01/31/2003
    1600 PEACHTREE ST , ATLANTA, GA 30309  PH#: (800) 333-0037
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
CITIBANK N A                            JOINT           01/30/2003
    1000 TECHNOLOGY DR, O'FALLON, MO 63304  PH#: (636) 261-1504
WISE INVESTMENTS - 2 VIA CREDIT DATA INFORMATION  INDIVIDUAL  01/13/2003
    16021 E. ARROW HWY, IRWINDALE, CA 91706  PH#: (626) 337-4949
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
```

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT. THESE INQUIRIES ARE NOT SEEN BY
ANYONE BUT YOU AND THEY DO NOT AFFECT YOUR CREDIT SCORE.

```
SUBSCRIBER NAME                         DATE
FIRST USA                               12/2003
    800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081-2822  PH#: NOT AVAILABLE
CITIFINANCIAL                           01/2004
    POB 499, HANOVER, MD 21076  PH#: (800) 352-6070
AIG                                     01/2004
    505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
FIRST USA                               02/2004
    800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081-2822  PH#: NOT AVAILABLE
GENWORTH FINANCIAL                      02/2004
    6620 WEST BROAD ST BLDG 4, RICHMOND, VA 23230  PH#: NOT AVAILABLE
```

REDACTED

REPORT ON CARVALHO, NOEMIA, ALVES                                    PAGE 11 OF 13
SOCIAL SECURITY NUMBER: XXX-XX-1135        TRANSUNION FILE NUMBER:  129735277


CAPITAL ONE SERVICES                             03/2004
   15000 CAPITAL ONE DR, RICHMOND, VA 23238-1119  PH#: (800) 955-7070
CAPITAL ONE SERVICES                             04/2004
   15000 CAPITAL ONE DR, RICHMOND, VA 23238-1119  PH#: (800) 955-7070
GENWORTH FINANCIAL                               04/2004
   6620 WEST BROAD ST BLDG 4, RICHMOND, VA 23230  PH#: NOT AVAILABLE
FIRST USA                                        04/2004
   800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081-2822  PH#: NOT AVAILABLE
GENWORTH FINANCIAL                               05/2004
   6620 WEST BROAD ST BLDG 4, RICHMOND, VA 23230  PH#: NOT AVAILABLE
CAPITAL ONE SERVICES                             05/2004
   15000 CAPITAL ONE DR, RICHMOND, VA 23238-1119  PH#: (800) 955-7070
HOME ELECTRONICS SALES &                         05/2004
   1000 MACARTHUR BV, MAHWAH, NJ 07430  PH#: (800) 808-6950
FIRST USA                                        06/2004
   800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081-2822  PH#: NOT AVAILABLE


THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW).

SUBSCRIBER NAME                                  DATE
CITIBANK NA                                      10/2002
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                         10/2002
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
DISCOVER FINCL SVC LLC                           11/2002
   PO BOX 15316, WILMINGTON, DE 19850-5316  PH#: (800) 347-2683
CITIBANK NA                                      11/2002
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                         11/2002
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
CITIBANK NA                                      12/2002
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                         12/2002
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
CITIBANK NA                                      01/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                         01/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
DISCOVER FINCL SVC LLC                           02/2003
   PO BOX 15316, WILMINGTON, DE 19850-5316  PH#: (800) 347-2683
CITIBANK NA                                      02/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                         02/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
LOAN WORKS PASADENA CA                           02/2003
   155 N LAKE AVE, PASADENA, CA 91101-5615  PH#: (626) 535-7284
CITIBANK NA                                      03/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                         03/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400

EPORT ON CARVALHO. NOEMIA. ALVES
OCIAL SECURITY NUMBER: XXX-XX-1135

PAGE 12 OF 13
TRANSUNION FILE NUMBER: 129735277

SUBSCRIBER NAME                                    DATE
                                                   04/2003
CITIBANK NA
    PO BOX 6241. SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                           04/2003
    300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
FLEET CC                                           05/2003
    300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
LOAN WORKS PASADENA CA                             05/2003
    155 N LAKE AVE, PASADENA, CA 91101-5615  PH#: (626) 535-7284
FLEET CC                                           06/2003
    300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
FLEET CC                                           08/2003
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           09/2003
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           10/2003
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           11/2003
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           12/2003
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           01/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           02/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           03/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           04/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           05/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           06/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
FLEET CC                                           07/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
DISCOVER FINCL SVC LLC                             08/2004
    2500 LAKE COOK RD, RIVERWOODS, IL 60015-3851  PH#: NOT AVAILABLE
SEARS/CBSD                                         09/2004
    8725 W SAHARA AVE. MC02-02-03. THE LAKES, NV 89163-7802  PH#: NOT AVAILABLE

EPORT ON CARVALHO, NOEMIA, ALVES
OCIAL SECURITY NUMBER: XXX-XX-1135          TRANSUNION FILE NUMBER: 129735277          PAGE 13 OF 13

F OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD
ONSUMER STATEMENT TO YOUR REPORT. IF YOU PROVIDE A CONSUMER STATEMENT THAT
ONTAINS MEDICAL INFORMATION RELATED TO SERVICE PROVIDERS OR MEDICAL
ROCEDURES, THEN YOU EXPRESSLY CONSENT TO TRANSUNION INCLUDING THIS INFORMATION
N EVERY CREDIT REPORT WE ISSUE ABOUT YOU.

F THERE HAS BEEN A CHANGE IN YOUR CREDIT HISTORY RESULTING FROM OUR
NVESTIGATION, OR IF YOU ADD A CONSUMER STATEMENT, YOU MAY REQUEST THAT
RANSUNION SEND AN UPDATED REPORT TO THOSE WHO RECEIVED YOUR REPORT WITHIN THE
AST TWO YEARS FOR EMPLOYMENT PURPOSES, OR WITHIN THE LAST ONE YEAR FOR ANY
THER PURPOSE.

F INTERESTED, YOU MAY ALSO REQUEST A DESCRIPTION OF HOW THE INVESTIGATION WAS
ONDUCTED ALONG WITH THE NAME, ADDRESS AND TELEPHONE NUMBER OF ANYONE WE
ONTACTED FOR INFORMATION.

HOULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO.

Y MAIL:
ransUnion Consumer Relations
.O. Box 2000
hester, PA 19022-2000

Y PHONE:
-800-916-8800
UR BUSINESS HOURS IN YOUR TIME ZONE ARE:
:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
LEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
VAILABLE.

EXHIBIT D

Dispute Activity Master Record  (136465245-002)
 Monday, April 11, 2005


-----------------------------
Information For Consumers
-----------------------------
             Received On: Tuesday, April 5, 2005
                     Via: Mail
     Initiated Because Of: Consumer

          Current Status: Request completed, credit report
                          updated


---------------------------------
Information For Internal Use Only
---------------------------------
      Initially Entered On: Monday, April 11, 2005
                       At: 12:19:00 pm
                       By: Unknown user (C5089)
                       At: Consumer Relations Global

C5084

*Noemia Carvalho*

April 1, 2005

Equifax Information Services                Experian
P.O. Box 740241                             P.O. Box 2002          APR 05 2005
Atlanta, GA 30374                           Allen, TX 75013

Trans Union
P.O. Box 34012
Fullerton, CA 92834

> Social Security No.        1135
> Date of Birth:             1959
> Accounts Disputed: Credit Consulting Services Acct. No.        4329

Dear Sir or Madam:

I am in receipt of verified consumer reports containing the above account.  Please provide me a description of how this item was verified.

Also, please make sure that my consumer statement is placed in such a way that anyone reviewing my credit report will note that:

> I dispute the above Credit Consulting Services Acct. No        4329 on my Credit Report.  These bills arose out of the medical treatment I was covered for by Blue Cross of California.  For some reason that is unknown to me, they did not pay these medical bills

Very truly yours,

*Noemia Carvalho*

REDACTED





Trans Union
P O Box 34012
Fullerton, CA 92834

*Norma Carvalho*

REDACTED

EXHIBIT E

```
Corrected Copy (136465245-003)
 Tuesday, May 3, 2005


---------------------------
Information For Consumers
---------------------------

        Number Of Files:  01
     Initiated Because Of:  Consumer
           Completed On:  Tuesday, May 3, 2005
             Printed On:  Tuesday, May 3, 2005
         Print Language:  English
             Sent Score:  No

 Mailed To Consumer At:  NOEMIA ALVES CARVALHO


        Copies Sent to:

-----------------------------------
Information For Internal Use Only
-----------------------------------
          Created At:  5:11:00 am
                  By:  ACDV3 CRS2 (CRS9REQ3)
                  At:  Crum Lynne, PA
```

REDACTED

P.O. Box 2000
Chester, PA 19022

# TransUnion Personal Credit Score
NOEMIA ALVES CARVALHO



Your Credit Score is:

Score created on:
05/03/2005



This will show a numerical depiction of your creditworthiness.

| 400 | 475 | 550 | 625 | 700 | 775 | 850 | 925 |

Lowest ▭ Highest

This will show how you compare to the general population.

| 0% | 20% | 40% | 60% | 80% | 100% |

Lowest ▭ Highest

This will show how most lenders would view your creditworthiness.

Very Poor · Poor · Fair · Good · Very Good

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $5.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores

**• How are credit scores used?**

A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

**• How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

**• How do inquiries affect my credit score?**

Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

## See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

## Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**

**TransUnion.**

| | |
|---|---|
| File Number: | 136465245 |
| Page: | 1 of 12 |
| Date Issued: | 05/03/2005 |

## Personal Information

| | |
|---|---|
| Name: | NOEMIA ALVES CARVALHO |

| | |
|---|---|
| SSN: | XXX-XX-1135 |
| Date of Birth: | 1959 |
| Telephone: | |

Your SSN is partially masked for your protection.

You have been on our files since 07/1990

### CURRENT ADDRESS

| | |
|---|---|
| Address: | |
| Date Reported: | 11/2002 |

### PREVIOUS ADDRESS

| | |
|---|---|
| Address: | |
| Date Reported: | 07/1996 |
| Address: | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CREDIT CONSULTING**    4329
201 JOHN ST STE E
SALINAS, CA 93901-3345
(831) 424-0606

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 08/2003
Estimated date that this item will be removed:  10/2008

| | |
|---|---|
| Balance: | $118 |
| Date Verified: | 10/2004 |
| Original Amount: | $118 |
| Original Creditor: | MED1 BAYSIDE MEDICAL GROUP  INC |
| Past Due: | ›$118‹ |

| | |
|---|---|
| Pay Status: | ›COLLECTION ACCOUNT‹ |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Closed: | 10/2004 |

**GAP/MCCBG**    7630
PO BOX 981400
EL PASO, TX 79998-1400
Phone number not available

Loan Type: CHARGE ACCOUNT
Estimated date that this item will be removed:  02/2008

| | |
|---|---|
| Balance: | $146 |
| Date Updated: | 04/2005 |
| High Balance: | $168 |
| Credit Limit: | $1,200 |
| Past Due: | ›$20‹ |

| | |
|---|---|
| Pay Status: | ›30 DAYS PAST DUE‹ |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 01/2001 |

| Late Payments (31 months) | 30 | 60 | 90+ | Last 31 months | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | OK mar | OK feb | OK '05 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '04 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | | | |
| | | | | | OK mar | OK feb | OK '03 | OK dec | OK nov | OK oct | OK sep | | | | | | | | | | | | | | | | | | | | |

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:     136465245
Page:            2 of 12
Date Issued:     05/03/2005

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number: 136465245
Page: 3 of 12
Date Issued: 05/03/2005

TransUnion.

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:    136465245
Page:           4 of 12
Date Issued:    05/03/2005

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:    136465245
Page:           5 of 12
Date Issued:    05/03/2005

TransUnion.

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:    136465245
Page:           7 of 12
Date Issued:    05/03/2005

TransUnion.

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:    136465245
Page:           8 of 12
Date Issued:    05/03/2005

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:      136465245
Page:             9 of 12
Date Issued:      05/03/2005

TransUnion.

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**PARK PLACE CAPITAL C VIA CIS WEST**
PO BOX 5000
FLANDERS, NJ 07836
(973) 927-0225
Requested On: 04/11/2005    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**230 HSBC MORTGAGE VIA HSBC MORTGAGE CORP (USA)**
2929 WALDEN AVE
DEPEW, NY 14043
Phone number not available
Requested On: 08/12/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CHASE MANHATTAN BANK**
4915 INDEPENDENCE
TAMPA, FL 33634
Phone number not available
Requested On: 01/11/2004    Inquiry Type: INDIVIDUAL

**FIRST USA NA**
THREE CHRISTINA
201 N. WALNUT ST
WILMINGTON, DE 19801
Phone number not available
Requested On: 08/17/2004    Inquiry Type: INDIVIDUAL

**WISE INVESTMENTS -2 VIA CREDIT DATA INFORMATION**
16021 EAST ARROW H
UNIT E
IRWINDALE, CA 91706
(626) 337-4949
Requested On: 08/10/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CMMC/WHSL UDRWTG/SAN VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 05/27/2003    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number: 136465245
Page: 10 of 12
Date Issued: 05/03/2005

**WISE INVESTMENTS -2 VIA CREDIT DATA INFORMATION**
16021 EAST ARROW H
UNIT E
IRWINDALE, CA 91706
(626) 337-4949
Requested On: 05/20/2003  Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**BANK OF AMERICA MBNA**  Requested On: 11/2004
PO BOX 17054
WILMINGTON, DE 19884
(800) 421-2110

**GENWORTH FINANCIAL**  Requested On: 11/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 10/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**CAPITAL ONE SERVICES**  Requested On: 09/2004
15000 CAPITAL ONE DR
RICHMOND, VA 23238-1119
(800) 955-7070

**CAPITAL ONE SERVICES**  Requested On: 08/2004
15000 CAPITAL ONE DR
RICHMOND, VA 23238-1119
(800) 955-7070

**CITIFINANCIAL**  Requested On: 08/2004
POB 499
HANOVER, MD 21076
(800) 352-6070

**GENWORTH FINANCIAL**  Requested On: 08/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**AIG**  Requested On: 07/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 07/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**FIRST USA**  Requested On: 06/2004
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**20TH CENTURY INSURANCE**  Requested On: 05/2004
21900 BURBANK BLVD
WOODLAND HLS, CA 91367-6469
Phone number not available

**CAPITAL ONE SERVICES**  Requested On: 05/2004
15000 CAPITAL ONE DR
RICHMOND, VA 23238-1119
(800) 955-7070

**GENWORTH FINANCIAL**  Requested On: 05/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**HOME ELECTRONICS SALES &**  Requested On: 05/2004
1000 MACARTHUR BV
MAHWAH, NJ 07430
(800) 808-6950

**CAPITAL ONE SERVICES**  Requested On: 04/2004
15000 CAPITAL ONE DR
RICHMOND, VA 23238-1119
(800) 955-7070

**FIRST USA**  Requested On: 04/2004
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 04/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**AIG**  Requested On: 03/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 02/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**AIG**  Requested On: 01/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

Consumer Credit Report for **NOEMIA ALVES CARVALHO**

| | |
|---|---|
| File Number: | 136465245 |
| Page: | 11 of 12 |
| Date Issued: | 05/03/2005 |

**TransUnion.**

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**SEARS/CBSD**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available
**Requested On:** 04/2005

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
Phone number not available
**Requested On:** 03/2005

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 10/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 09/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 07/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 06/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 05/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 04/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 03/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 02/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 01/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 12/2003

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 11/2003

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 10/2003

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 09/2003

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 08/2003

**FLEET CC**
300 N WAKEFIELD DR
NEWARK, DE 19702-5419
(302) 791-4400
**Requested On:** 06/2003

**FLEET CC**
300 N WAKEFIELD DR
NEWARK, DE 19702-5419
(302) 791-4400
**Requested On:** 05/2003

Consumer Credit Report for NOEMIA ALVES CARVALHO

| File Number: | 136465245 |
|---|---|
| Page: | 12 of 12 |
| Date Issued: | 05/03/2005 |

**LOAN WORKS PASADENA CA**
155 N LAKE AVE
PASADENA, CA 91101-5615
(626) 535-7284
**Requested On:** 05/2003

**CITIBANK NA**
PO BOX 6241
SIOUX FALLS, SD 57117-6241
Phone number not available
**Requested On:** 04/2003

**FLEET CC**
300 N WAKEFIELD DR
NEWARK, DE 19702-5419
(302) 791-4400
**Requested On:** 04/2003

## Consumer Statement

I DISPUTE THE ABOVE CREDIT CONSULTING SERVICES ACCT NO 1834329 ON MY CREDIT REPORT.THESE BILLS AROSE OUT OF THE MEDICAL TREATMENT I WAS COVERED FOR BY BLUE CROSS OF CALIFORNIA. FOR SOME REASON THAT IS UNKNOWN TO ME,THEY DID NOT PAY THESE MEDICAL BILLS
(Note: This statement has no expiration date.)

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

## A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

**California Residents**

You have the right to obtain a copy of your credit file from a consumer reporting agency. You also have the right to receive a credit score developed by the reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8) for the credit file, and a reasonable fee for the credit score. There is no fee for the credit file, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer reporting agency must provide someone to help you interpret the information in your credit file.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years.

If you have notified a consumer reporting agency in writing that you dispute the accuracy of the information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the consumer reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer reporting agency must include your statement about disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in 12 months preceding your request. This record shall include the recipients of any consumer report.

You may request in writing that the information contained in your file not be provided to a third party for marketing purposes.

You have the right to place a security alert in your credit report, which will warn anyone who receives information in your credit report that your identity may have been used without your consent and that recipients of your credit report are advised, but not required, to verify your identity prior to issuing credit. The security alert may prevent credit, loans, and services from being approved in your name without your consent. The security alert may delay or interfere with the timely approval of any subsequent request or application you make that involves access to your credit information such as a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, and an extension of credit at point of sale. The security alert will remain on your credit report for 12 months. You have the right to obtain a free copy of your credit report every 90 days while the security alert is in effect. A security alert may be requested by calling 800 680-7289 or it may be requested in writing by sending a request to TransUnion Security Alert, Post Office Box 6790, Fullerton, CA 92634.

You have the right to place a security freeze on your credit report, which will prohibit a consumer credit reporting agency from releasing any information in your credit report without your express authorization. A security freeze must be requested in writing. A security freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make that involves access to your credit report such as a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, and an extension of credit at point of sale. When you place a security freeze on your credit report, you will be provided a personal identifier to use if you choose to remove the freeze or authorize the release of your credit report. To provide that authorization you must contact the consumer credit reporting agency and provide all of the following:

1.  The personal identifier
2.  Proper identification to verify your identity
3.  The period of time for which your credit report shall be available and, if you choose, the  proper information regarding the third party who is to receive your credit report

A consumer credit reporting agency must authorize the release of your credit report no later than three business days after receiving the above information.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

A consumer credit reporting agency may charge a reasonable fee to a consumer who elects to freeze, remove the freeze, or temporarily lift the freeze regarding access to a consumer credit report unless the consumer is a victim of identity theft who has submitted the appropriate substantiating proof to the consumer credit reporting agency.

If you are a victim of identity theft and provide to a consumer credit reporting agency a copy of a valid police report or a valid investigative report made by a Department of Motor Vehicles investigator with peace officer status describing your circumstances, the following shall apply:

1.  You have a right to have any information you list on the report as allegedly fraudulent promptly blocked so that the information cannot be reported. The information will be unblocked only if (A) the information you provide is a material misrepresentation of the facts, (B) you agree that the information is blocked in error, or (C) you knowingly obtained possession of goods, services, or moneys as a result of the blocked transactions. If blocked information is unblocked, you will be promptly notified.

2.  Beginning July 1, 2003 you have a right to receive, free of charge and upon request, one copy of your credit report each month for up to 12 consecutive months.

EXHIBIT F

```
Dispute Activity Master Record  (136465245-005)
  Friday, June 10, 2005


  --------------------------
  Information For Consumers
  --------------------------
               Received On: Thursday, June 9, 2005
                       Via: Mail
        Initiated Because Of: Consumer

             Current Status: Request Canceled


  --------------------------------
  Information For Internal Use Only
  --------------------------------
         Initially Entered On: Friday, June 10, 2005
                          At: 5:19:00 am
                          By: SUJITH SUVARNA (C3644)
                          At: Consumer Relations Global
```

C3644

*Noemia Carvalho*

JUN 0 9 2005

June 3, 2005

Equifax Information Services          Experian
P.O. Box 740241                       P.O. Box 2002
Atlanta, GA 30374                     Allen, TX 75013

Trans Union
P.O. Box 34012
Fullerton, CA 92834

Social Security No.          1135
Date of Birth:               1959
Accounts Disputed: Credit Consulting Services Acct. No.      4329

Dear Sir or Madam:

I have learned that the above referenced bill may have been paid if Credit Consulting
Service's Assignor Bayside Medical Group had timely and properly submitted my bill to
Blue Shield.  I therefore renew my dispute on this basis.

Please timely initiate a reinvestigation of this matter and provide me a description of
how this item was verified.

Very truly yours,

Noemia Carvalho

REDACTED





*Noemia Carvalho*

Trans Union
P O Box 34012
Fullerton, CA 92834

REDACTED

EXHIBIT G

Letter (136465245-006)
 Friday, June 10, 2005


--------------------------
Information For Consumers
--------------------------

              Received On:  Thursday, June 9, 2005
                      Via:  Mail
       Initiated Because Of:  Consumer
                Printed On:  Friday, June 10, 2005
           Print Language:  English
         Paragraphs Added:  #215 Previous Verification
                            Correct (System Generated)

    Mailed To Consumer At:  NOEMIA ALVES CARVALHO


--------------------------------
Information For Internal Use Only
--------------------------------
               Created On:  Friday, June 10, 2005
                       At:  5:19:00 am
                       By:  SUJITH SUVARNA (C3644)
                       At:  Consumer Relations Global

REDACTED

```
*** 136465245-006 ***
P.O. BOX 2000
Chester, PA 19022-2000
```

JUNE 10, 2005                    FILE NUMBER 136465245


NOEMIA ALVES CARVALHO


Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Dispute Status

Our records show that your creditor(s) previously verified as
accurate the items that are listed below. Therefore, under the
Fair Credit Reporting Act, we consider this dispute frivolous
and we will not reinvestigate the item(s) unless you can provide
court papers or a recent, authentic letter from the creditor(s)
that explains what information should be updated.

If you disagree with the results of your dispute, you may add a
consumer statement of 100 words or less to your credit report or
you may contact the creditor directly. If you provide a consumer
statement that contains medical information, then you expressly
consent to TransUnion including this information in every credit
report we issue about you.

The names and addresses are listed below:

CREDIT CONSULTING
ACCT # ●●●4329
201 JOHN ST STE E
SALINAS, CA 93901
(831) 424-0606

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 136465245.


P.O. BOX 2000
CHESTER, PA 19022-2000


PAGE 01


REDACTED

# EXHIBIT H

```
Dispute Activity Master Record  (151371595-004)
  Thursday, February 16, 2006


  --------------------------
  Information For Consumers
  --------------------------
                Received On: Tuesday, February 14, 2006
                        Via: Mail
        Initiated Because Of: Consumer

              Current Status: Request completed, credit report
                              updated


  ----------------------------------
  Information For Internal Use Only
  ----------------------------------
        Initially Entered On: Thursday, February 16, 2006
                          At: 4:28:00 pm
                          By: Unknown user (C4198)
                          At: Fullerton, CA
```

5137|595

*Law Offices of Ron Bochner*
*72 N. Fifth Street, Suite 15*
*P.O. Box 90566*
*San Jose, California 95109*
*510-272-0998*



February 9, 2006

Trans Union
P.O. Box 34012
Fullerton, CA 92834

Re:                        Noemia Carvalho
Social Security No.          1135
Date of Birth:              1959
Accounts Disputed:    Credit Consulting Services Acct. No. ███4329 ("CCS")

Dear Sir/Madam:

I represent Ms. Carvalho regarding the above account and enclose an authorization so showing.

For several years now, Ms. Carvalho has been challenging the referenced entry on her credit report. The problem with the entry is that CCS entry is improper.

The CCS account is an assigned account from Bayside Medical Group, Inc. ("Bayside"). As I am sure you are aware, an assignment takes with it all defects in the right assigned. It appears that Bayside failed to timely and properly request payment from Blue Cross of California, instead improperly seeking payment from Blue Shield and then was informed its request for payment was too late. It appears likely that this failure extends to a substantial class of at least Bayside's patients.

On many occasions (I would estimate at least six), Ms. Carvalho has contacted Bayside, CCS and the each credit reporting agencies. CCS has verified the accuracy of the entry, despite the clear evidence it is wrong. Ms. Carvalho's credit score has suffered due to this entry and caused her home to be refinanced at a rate higher than necessary due to its inclusion. Moreover, Ms. Carvalho has suffered for several years due to this entry.

Under both the Fair and Accurate Transactions Act and the California Consumer Credit Reporting Act, Ms. Carvalho is entitled to damage both for the increased payments she will have to pay on the life of her loan and for her emotional distress. Therefore, Ms. Carvalho is demanding that (1) this entry be removed from her credit report and (2) she be paid $25,000.00,

REDACTED

Letter to Trans Union
Page Two
February 9, 2006

plus attorney's fees to compensate her for her damages.

Please take this as a request to reinvestigate and respond in full within 30 days.

Very truly yours,

Ron Boehner
RB
encl.

# AUTHORIZATION

Pursuant to Title 10 of the California Code of Regulations:

I authorize the RON BOCHNER, Esq., 440 Grand Ave., Suite 360, Oakland, CA 94610 510-272-0998 to handle my claim regarding improper items on my credit report(s) and improper furnishing of financial information to credit reporting agencies. Any and all prior authorizations are hereby revoked by the undersigned as of the date of this authorization. This authorization is valid for one year from the date signed unless renewed or revoked.

All communications and responses regarding my claim are to be directed solely to my attorneys within the term limits mandated by Section 2695.5(g).

Pursuant to Section 2695.5(a), all benefits, coverage, time limits or other provisions of any insurance policy issued that may apply to this claim are requested.

DATED: 9/7/2005

Noemia Alves Carvalho

Noemia Carvalho



SAN JOSE CA 951

10 FEB 2006 PM 7 T

Trans Union
P.O. Box 34012
Fullerton, CA 92834

Ron Bochnar, Esq.
72 N. Fifth St., Suite 15
P.O. Box 90566
San Jose, California 95109

EXHIBIT I

Letter (151371595-007)
  Monday, February 20, 2006


----------------------------
Information For Consumers
----------------------------

              Received On:  Monday, February 20, 2006
                     Via:  Telephone
      Initiated Because Of:  Consumer
                Printed On:  Canceled print on Monday,
                            February 20, 2006
           Print Language:  English
          Paragraphs Added:  #407 Credit Report Enclosed

   Mailed To 3rd Party At:  RON BOCHNER
                            90566 POB 90566
                            SAN JOSE, CA 95109


----------------------------------
Information For Internal Use Only
----------------------------------
               Created On:  Monday, February 20, 2006
                      At:  1:10:00 pm
                      By:  Unknown user (C4198)
                      At:  Fullerton, CA

-----------------
Immediate Printed
-----------------
                      By:  Unknown user (C4198)
                      At:  Fullerton, CA
                      On:  Monday, February 20, 2006
                      At:  1:10:00 pm

75

```
*** 151371595-007 ***
POB 34012
Fullerton, CA 92834-5207
```

FEBRUARY 20, 2006          FILE NUMBER 151371595

```
RON BOCHNER
POB 90566
SAN JOSE, CA 95109
```

Re: NOEMIA ALVES CARVALHO, File  151371595

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request
for the above-referenced consumer.

Re: Credit Report Request

Enclosed for your review is a copy of the above-referenced
consumer's credit report.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide the above-referenced consumer's current
file number 151371595.

```
POB 34012
FULLERTON, CA 92834-5207
```

PAGE 01

Corrected Copy (151371595-005)
Monday, February 20, 2006

```
------------------------
Information For Consumers
------------------------

            Number Of Files:  01
               Completed On:  Monday, February 20, 2006
                 Printed On:  Canceled print on Monday,
                              February 20, 2006
             Print Language:  English
                 Sent Score:  No

      Mailed To Consumer At:  NOEMIA ALVES CARVALHO


                 Copies Sent to:

-----------------------------------
Information For Internal Use Only
-----------------------------------
                 Created At:  12:45:00 pm
                         By:  CHARLES DAVIS (C4598)
                         At:  Fullerton, CA

-----------------
Immediate Printed
-----------------
            By:  Unknown user (C4198)
            At:  Fullerton, CA
            On:  Monday, February 20, 2006
            At:  1:10:00 pm
```

REDACTED

151-C1229EXX
P.O. Box 2000
Chester, PA 19022



02/20/2006    Trans**Union**.

NOEMIA ALVES CARVALHO

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CREDIT CONSULTING | # ●●●4329 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

REDACTED

Your Credit Score is:

Score created on:
02/20/2006

This will show a numerical depiction of your creditworthiness.

| 400 | 475 | 550 | 625 | 700 | 775 | 850 | 925 |

Lowest    Highest

This will show how you compare to the general population.

| 0% | 20% | 40% | 60% | 80% | 100% |

Lowest    Highest

This will show how most lenders would view your creditworthiness.

Very Poor   Poor   Fair   Good   Very Good

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $5.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores

• **How are credit scores used?**
A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

• **How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

• **How do inquiries affect my credit score?**
Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

## See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

## Protect yourself from ID theft

Last year, *9.9 million* people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**

File Number: 151371595
Page: 1 of 12
Date Issued: 02/20/2006

TransUnion.

## Personal Information

Name: NOEMIA ALVES CARVALHO

SSN: XXX-XX-1135
Date of Birth: 1959
Telephone:
Your SSN is partially masked for your protection.

You have been on our files since 07/1990

**CURRENT ADDRESS**

Address:

Date Reported: 11/2002

**PREVIOUS ADDRESS**

Address:

Date Reported: 07/1996

Address:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CREDIT CONSULTING  #▮▮▮4329**
201 JOHN ST STE E
SALINAS, CA 93901-3345
(831) 424-0606

Balance: $118
Date Verified: 07/2005
Original Amount: $118
Original Creditor: MED1 BAYSIDE MEDICAL GROUP  INC
Past Due: ›$118‹

Pay Status: ›COLLECTION ACCOUNT‹
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 10/2004

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 08/2003
Estimated date that this item will be removed: 10/2008

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection.)

REDACTED

File Number:    151371595
Page:    2 of 12
Date Issued:    02/20/2006

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

| File Number: | 151371595 |
| Page: | 3 of 12 |
| Date Issued: | 02/20/2006 |

Trans**Union.**

REDACTED

Consumer Credit Report for  NOEMIA ALVES CARVALHO

File Number:       151371595
Page:              4 of 12
Date Issued:       02/20/2006

REDACTED

Consumer Credit Report for  NOEMIA ALVES CARVALHO

File Number:      151371595
Page:             5 of 12
Date Issued:      02/20/2006

TransUnion.

REDACTED

File Number:        151371595
Page:               6 of 12
Date Issued:        02/20/2006

REDACTED

Consumer Credit Report for  NOEMIA ALVES CARVALHO

File Number:     151371595
Page:            7 of 12
Date Issued:     02/20/2006

TransUnion.

REDACTED

| | |
|---|---|
| File Number: | 151371595 |
| Page: | 8 of 12 |
| Date Issued: | 02/20/2006 |

REDACTED

**Case 5:08-cv-01317-JF    Document 80-5    Filed 08/22/2008    Page 15 of 22**

Consumer Credit Report for NOEMIA ALVES CARVALHO

| | |
|---|---|
| File Number: | 151371595 |
| Page: | 9 of 12 |
| Date Issued: | 02/20/2006 |

TransUnion.

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**WASHMTL/PROV**
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available
**Requested On:** 02/04/2006  **Inquiry Type:** INDIVIDUAL

**PARK PLACE CAPITAL C VIA CIS WEST**
PO BOX 5000
FLANDERS, NJ 07836
(973) 927-0225
**Requested On:** 04/11/2005  **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

**230 HSBC MORTGAGE VIA HSBC MORTGAGE CORP (USA)**
2929 WALDEN AVE
DEPEW, NY 14043
Phone number not available
**Requested On:** 08/12/2004  **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

**GEMB/GAP**
P O BOX 981400
EL PASO, TX 79998
Phone number not available
**Requested On:** 06/02/2005  **Inquiry Type:** INDIVIDUAL

**FIRST USA NA**
THREE CHRISTINA
201 N. WALNUT ST
WILMINGTON, DE 19801
Phone number not available
**Requested On:** 08/17/2004  **Inquiry Type:** INDIVIDUAL

**WISE INVESTMENTS -2 VIA CREDIT DATA INFORMATION**
16021 EAST ARROW H
UNIT E
IRWINDALE, CA 91706
(626) 337-4949
**Requested On:** 08/10/2004  **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**WASHMTL/PROV**  **Requested On:** 02/04/2006
Identifying information they provided:
NOEMIA CARVALHO
322 HANOVER AV
OAKLAND, CA 94606

REDACTED

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:      151371595
Page:             10 of 12
Date Issued:      02/20/2006

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**MBNA AMERICA BANK NA PR**  Requested On: 10/2005
MBNA AMERICA BANK
WILMINGTON, DE 00000
(800) 421-2110

**AMERICAN EXPRESS PROPERT**  Requested On: 09/2005
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

**WASHMTL/PROV**  Requested On: 09/2005
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**BARCLAYS BANK DELAWARE**  Requested On: 08/2005
1007 NORTH ORANGE ST
WILMINGTON, DE 19801
Phone number not available

**WASHMTL/PROV**  Requested On: 08/2005
P O BOX 9007
PLEASANTON, CA 94566
Phone number not available

**AMERICAN EXPRESS PROPERT**  Requested On: 06/2005
1400 LOMBARDI AVE
GREEN BAY, WI 54304-3922
Phone number not available

**FIRST USA**  Requested On: 06/2005
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**MERRICK BANK**  Requested On: 05/2005
10705 S JORDAN GATEWAY
SUITE 200
SOUTH JORDAN, UT 84095
Phone number not available

**PROVIDIAN**  Requested On: 04/2005
POB 9007
PLEASANTON, CA 94566-4122
Phone number not available

**20TH CENTURY INSURANCE**  Requested On: 03/2005
21900 BURBANK BLVD
WOODLAND HLS, CA 91367-6469
Phone number not available

**PROVIDIAN**  Requested On: 03/2005
POB 9007
PLEASANTON, CA 94566-4122
Phone number not available

**MBNA AMERICA BANK NA PR**  Requested On: 02/2005
MBNA AMERICA BANK
WILMINGTON, DE 00000
(800) 421-2110

**GENWORTH FINANCIAL**  Requested On: 11/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 10/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 08/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**AIG**  Requested On: 07/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 07/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**20TH CENTURY INSURANCE**  Requested On: 05/2004
21900 BURBANK BLVD
WOODLAND HLS, CA 91367-6469
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 05/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 04/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**AIG**  Requested On: 03/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**GENWORTH FINANCIAL**  Requested On: 02/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number: 151371595
Page: 11 of 12
Date Issued: 02/20/2006

TransUnion.

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 01/2006

**SEARS/CBSD**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available
**Requested On:** 01/2006

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
Phone number not available
**Requested On:** 12/2005

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 11/2005

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 09/2005

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 08/2005

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 10/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 09/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 07/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 06/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 05/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 04/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 03/2004

**FLEET CC**
300 WAKEFIELD DR
NEWARK, DE 19702
(302) 791-4400
**Requested On:** 02/2004

## Consumer Statement

I DISPUTE THE ABOVE CREDIT CONSULTING SERVICES ACCT NO 1834329 ON MY CREDIT REPORT.THESE BILLS AROSE OUT OF THE MEDICAL TREATMENT I WAS COVERED FOR BY BLUE CROSS OF CALIFORNIA. FOR SOME REASON THAT IS UNKNOWN TO ME,THEY DID NOT PAY THESE MEDICAL BILLS
(Note: This statement has no expiration date.)

Consumer Credit Report for NOEMIA ALVES CARVALHO

File Number:    151371595
Page:           12 of 12
Date Issued:    02/20/2006

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays.  **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...**

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management<br>Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA<br>Washington, DC 20250   202-720-7051 |

**California Residents**

You have the right to obtain a copy of your credit file from a consumer reporting agency. You also have the right to receive a credit score developed by the reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8) for the credit file, and a reasonable fee for the credit score. There is no fee for the credit file, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer reporting agency must provide someone to help you interpret the information in your credit file.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years.

If you have notified a consumer reporting agency in writing that you dispute the accuracy of the information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the consumer reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer reporting agency must include your statement about disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in 12 months preceding your request. This record shall include the recipients of any consumer report.

You may request in writing that the information contained in your file not be provided to a third party for marketing purposes.

You have the right to place a security alert in your credit report, which will warn anyone who receives information in your credit report that your identity may have been used without your consent and that recipients of your credit report are advised, but not required, to verify your identity prior to issuing credit. The security alert may prevent credit, loans, and services from being approved in your name without your consent. The security alert may delay or interfere with the timely approval of any subsequent request or application you make that involves access to your credit information such as a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, and an extension of credit at point of sale. The security alert will remain on your credit report for 12 months. You have the right to obtain a free copy of your credit report every 90 days while the security alert is in effect. A security alert may be requested by calling 800 680-7289 or it may be requested in writing by sending a request to TransUnion Security Alert, Post Office Box 6790, Fullerton, CA 92634.

You have the right to place a security freeze on your credit report, which will prohibit a consumer credit reporting agency from releasing any information in your credit report without your express authorization. A security freeze must be requested in writing. A security freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make that involves access to your credit report such as a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, and an extension of credit at point of sale. When you place a security freeze on your credit report, you will be provided a personal identifier to use if you choose to remove the freeze or authorize the release of your credit report. To provide that authorization you must contact the consumer credit reporting agency and provide all of the following:

1.  The personal identifier
2.  Proper identification to verify your identity
3.  The period of time for which your credit report shall be available and, if you choose, the proper information regarding the third party who is to receive your credit report

A consumer credit reporting agency must authorize the release of your credit report no later than three business days after receiving the above information.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

A consumer credit reporting agency may charge a reasonable fee to a consumer who elects to freeze, remove the freeze, or temporarily lift the freeze regarding access to a consumer credit report unless the consumer is a victim of identity theft who has submitted the appropriate substantiating proof to the consumer credit reporting agency.

If you are a victim of identity theft and provide to a consumer credit reporting agency a copy of a valid police report or a valid investigative report made by a Department of Motor Vehicles investigator with peace officer status describing your circumstances, the following shall apply:

1. You have a right to have any information you list on the report as allegedly fraudulent promptly blocked so that the information cannot be reported. The information will be unblocked only if (A) the information you provide is a material misrepresentation of the facts, (B) you agree that the information is blocked in error, or (C) you knowingly obtained possession of goods, services, or moneys as a result of the blocked transactions. If blocked information is unblocked, you will be promptly notified.

2. Beginning July 1, 2003 you have a right to receive, free of charge and upon request, one copy of your credit report each month for up to 12 consecutive months.