LAW OFFICES OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
(408) 200-9890

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEMIA CARVALHO, | Case No. C 08-1317 JF (HRL) |
| Plaintiff, | PLAINTIFF'S ADMINISTRATIVE MOTION FILING EXHIBITS UNDER SEAL (CLASS CERTIFICATION MOTION) (CIVIL L.R. 7-11, 79-5) |
| vs. | |
| CREDIT CONSULTING SERVICES, INC. dba CCS, et al., | |
| Defendants. | DATE: September 26, 2008<br>TIME: 9:00 a.m.<br>DEPT.: COURTROOM 3 |

I, Ron Bochner, declare as follows:

Pursuant to Local Rules 7-11 and 79-5, Plaintiff Noemia Carvalho ("Plaintiff") hereby files under seal certain Exhibits attached to the Declaration of Ron Bochner in support of Plaintiff's Motion for Class Certification.

Local Rules 7-11 and 79-5 allow materials to be lodged with the Clerk when a prior Court order provides for the filing of documents under seal. The Monterey County Superior Court issued such an order, the parties' Stipulated Protective Order requiring items marked "confidential" to be filed under seal. The only items being so requested are items produced

pursuant to the Stipulated Protective Order and so marked by defendants in this case. Plaintiff does not intend by this Motion to waive any right to challenge the actual confidentiality of any such documents at an appropriate time.

Therefore, pursuant to Local Rules 7-11 and 79-5, plaintiff requests that this Court order Plaintiff's Exhibits Lodged in Support of her Motion for Class Certification to be filed under seal.

Respectfully submitted.

I declare under the penalty of perjury that the above is true and correct. Executed at the City and County of Santa Clara, California this 21st day of August, 2008.

_____
Ron Bochner
Attorney for Plaintiff
Noemia Carvalho


IT IS SO ORDERED.

Dated: 8/27/08

_____
Jeremy Fogel, U.S. District Judge