1

**\*\*E-Filed 9/4/08\*\***

2

3

4

5

6

7

NOT FOR CITATION

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

13    **NOEMIA CARVALHO,**

| |
|---|
| Case Number C 08-01317 JF (HRL) |

**Plaintiff,**

14    **v.**

**ORDER[1] GRANTING DEFENDANTS' JOINT MOTION TO CONTINUE HEARING DATE AND EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

15    **CREDIT CONSULTING SERVICES, ET AL.,**

16    **Defendant.**

17

18    RE: Docket No. 82

19

20        Having considered Defendants' Joint Motion to Extend Time to File Opposition to

21    Plaintiff's Motion for Class Certification (the "Joint Motion"), and the papers submitted

22    therewith, the Court is satisfied that Defendants were not properly apprised of the calendared

23    September 26, 2008 hearing date in accordance with this Court's meet-and-confer rule.  Standing

24    Order at 1:20-21.

25        IT IS HEREBY ORDERED that Defendants' Joint Motion is GRANTED.

26        The current hearing date for Plaintiff's Motion for Class Certification is CONTINUED to

27

28        [1] This disposition is not designated for publication in the official reports.

Case No. C 08-01317 JF (HRL)
ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE
(JFLC3)

1  November 14, 2008, with Defendants' Opposition to the Class Certification Motion due October

2  24, 2008, and Plaintiff's Reply due on October 31, 2008.  For the convenience of the parties, the

3  Case Management Conference is CONTINUED to November 14, 2008.  In addition, the

4  September 26, 2008 hearing on Defendant TransUnion's Motion for Summary Judgment is

5  CONTINUED to November 14, 2008.

6

7      **IT IS SO ORDERED.**

8

DATED: 9/4/08

9

10

11     _____
       JEREMY FOGEL
       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order has been served upon the following persons:

2   Barry Goheen      bgoheen@kslaw.com, speltier@kslaw.com

3   Brian C. Frontino      bfrontino@stroock.com, lacalendar@stroock.com

4   Deanna L. Johnston      dljohnston@jonesday.com, kdorse@jonesday.com,
    pwalter@jonesday.com

5
    Kelli A. Crouch      kcrouch@jonesday.com, lfrancegorn@jonesday.com

6
    Lewis P. Perling      lperling@kslaw.com, speltier@kslaw.com

7
    Ron Keith Bochner      robolaw@justice.com

8
    Stephen Julian Newman      SNEWMAN@STROOCK.COM, lacalendar@stroock.com,
9   rharcourt@stroock.com, snewman8@yahoo.com

10  Suzanne Cate Jones      scjones@jonesday.com, iramirez@jonesday.com

11  Thomas P. Quinn      yhoman@nokesquinn.com, tquinn@nokesquinn.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-01317 JF (HRL)
ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE
(JFLC3)