Deanna L. Johnston (State Bar No. 198017)
Daniel T. Dobrygowski (State Bar No. 253137)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
Email:  dljohnston@jonesday.com
Email:  ddobrygowski@jonesday.com

Suzanne Cate Jones (State Bar No. 157496)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539
Email:  scjones@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOEMIA CARVALHO,** | **Case No. C 08-01317-JF-HRL** |
| **Plaintiff,** | **DECLARATION OF DEANNA L. JOHNSTON IN SUPPORT OF EXPERIAN'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CREDIT CONSULTING SERVICES, ET AL.,** | Date:         November 14, 2008<br>Time:         9:00 a.m.<br>Location:    Courtroom 3 |
| **Defendant.** | |

1    I, Deanna L. Johnston, declare as follows,

2    1.  I am an attorney licensed to practice in the State of California, and an associate
3 with the law firm Jones Day, counsel of record for defendant Experian Information Solutions, Inc.
4 ("Experian") I have personal knowledge of the following facts, and if called upon to testify, I
5 could and would competently testify to the facts stated in this declaration.

6    2.  I file this declaration in support of defendant Experian's Motion for Summary
7 Judgment.

## The Subject Credit Report Was Accurate

9    3.  On February 6, 2008, I attended and took the deposition of plaintiff Noemia
10 Carvalho. Copies of cited excerpts from Volume One of plaintiff's deposition are attached hereto
11 as Exhibit A.

12   4.  On March 4, 2008, I attended and took the deposition of plaintiff Noemia
13 Carvalho. Copies of cited excerpts from Volume Two of plaintiff's deposition are attached hereto
14 as Exhibit B.

15   5.  A true and correct copy of Exhibit 3 to plaintiff's deposition is attached hereto as
16 Exhibit C-3.

17   6.  A true and correct copy of Exhibit 8 to plaintiff's deposition is attached hereto as
18 Exhibit C-8.

19   7.  A true and correct copy of Exhibit 10 to plaintiff's deposition is attached hereto as
20 Exhibit C-10.

21   8.  A true and correct copy of Exhibit 13 to plaintiff's deposition is attached hereto as
22 Exhibit C-13.

23   9.  A true and correct copy of Exhibit 15 to plaintiff's deposition is attached hereto as
24 Exhibit C-15.

25   10. A true and correct copy of Exhibit 16 to plaintiff's deposition is attached hereto as
26 Exhibit C-16.

27   11. A true and correct copy of Exhibit 18 to plaintiff's deposition is attached hereto as
28 Exhibit C-18.

1    12.    A true and correct copy of Exhibit 25 to plaintiff's deposition is attached hereto as
2  Exhibit C-25.

3                                **Background Facts**

4    13.    A true and correct copy of Exhibit 19 to plaintiff's deposition is attached hereto as
5  Exhibit C-19.

6    14.    A true and correct copy of Exhibit 23 to plaintiff's deposition is attached hereto as
7  Exhibit C-23.

8    15.    A true and correct copy of Exhibit 24 to plaintiff's deposition is attached hereto as
9  Exhibit C-24.

10   16.    A true and correct copy of Exhibit 26 to plaintiff's deposition is attached hereto as
11 Exhibit C-26.

12   17.    A true and correct copy of Exhibit 27 to plaintiff's deposition is attached hereto as
13 Exhibit C-27.

14   18.    A true and correct copy of Exhibit 28 to plaintiff's deposition is attached hereto as
15 Exhibit C-28.

16   19.    A true and correct copy of Exhibit 29 to plaintiff's deposition is attached hereto as
17 Exhibit C-29.

18   20.    A true and correct copy of Exhibit 30 to plaintiff's deposition is attached hereto as
19 Exhibit C-30.

20   21.    A true and correct copy of Exhibit 35 to plaintiff's deposition is attached hereto as
21 Exhibit C-35.

22   22.    A true and correct copy of Exhibit 36 to plaintiff's deposition is attached hereto as
23 Exhibit C-36.

24   23.    A true and correct copy of Exhibit 38 to plaintiff's deposition is attached hereto as
25 Exhibit C-38.

26   24.    A true and correct copy of the Declaration of Brian Frontino in Support of
27 TransUnion's Motion for Summary Judgment with select exhibits is attached hereto as Exhibit D.
28

25. A true and correct copy of Experian's ACDV form produced as Exp/Car 00587 is attached hereto as Exhibit E.

26. A true and correct copy of plaintiff's July 7, 2008 letter to Experian is attached hereto as Exhibit F.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on October 7, 2008, in San Francisco, California.

    /S/ Deanna L. Johnston
Deanna L. Johnston

SFI-593349v3

-4-  Johnston Decl. ISO Experian's Motion for Summary Judgment 5:08-cv/01317-JF-HRL